# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| GULF LINE TRANSPORT, LLC | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 20EV004741 |
| v. | ) | |
| | ) | |
| FALCONE GLOBAL SOLUTIONS, | ) | |
| LLC and FORBO FLOORING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

COMES NOW, Gulf Line Transport, LLC (the "Plaintiff"), and for its Complaint against Defendants Falcone Global Solutions, LLC. ("Falcone") and Forbo Flooring, Inc. ("Forbo") (collectively, "Defendants") states as follows:

## JURISDICTION AND VENUE

1.   Plaintiff is a limited liability corporation organized under the laws of the State of Indiana.

2.   Defendant Falcone is a Georgia limited liability company and may be served with process by serving its registered agent, Alex B. Kaufman, at 999 Peachtree Street NE, Suite 1500, Atlanta GA 30309.  Defendant is subject to the jurisdiction and venue of this Court pursuant to 28 U.S.C. §§ 1332, 1337 due to the shipments at issue being part of interstate commerce and O.C.G.A. § 9-10-93.

3.   Defendant Forbo is a foreign limited liability corporation organized

under the laws of the State of Delaware and may be served with process by serving its registered agent, the Prentice-Hall Corporation System, Inc. at 251 Little Falls Drive, Wilmington, Delaware 19808. Defendant Forbo is subject to the jurisdiction and venue of this Court pursuant to 28 U.S.C. §§ 1332, 1337 due to the shipments at issue being part of interstate commerce and O.C.G.A. § 9-10-93.

## GENERAL BACKGROUND FACTS

4.     Defendant Falcone is a freight brokerage agency which arranges for transportation services for various clients.

5.     At all relevant times, Defendant Forbo was a client of Defendant Falcone and, upon Plaintiff's information and belief, was engaged in the business of importing flooring products from overseas and selling to customers in the United States.

6.     Plaintiff provided transportation services, through its subcontractor, Magana Transportation, LLC ("Magana"), for the benefit of Forbo at the direction of Falcone as evidenced by certain Delivery Orders, Receipts and Invoices, true and correct copies of which are attached hereto as **Exhibit A** (collectively, the "Agreements").

7.     All documents attached to this Complaint are business records of Plaintiff; prepared, received and/or maintained by Plaintiff in the ordinary course of its business and obtained from Plaintiff's business record filing system.

2

8.     Plaintiff performed its duties under the Agreement by transporting shipments for the benefit of Forbo as requested by Falcone from the port of Houston, Texas, where the goods had been shipped from the Netherlands, to Forbo's warehouse in Dallas, Texas ("Services").  Plaintiff then invoiced Falcone for services rendered.

9.     In consideration for the Services and pursuant to the Agreements, Falcone and/or Forbo agreed to pay Plaintiff for the Services.

10.     Falcone and/or Forbo failed to pay the amounts due on the Invoices when due.

11.     In consideration for the Services, Falcone and/or Forbo promised and became liable to pay Plaintiff the amounts charged for the Services in the principal amount of $30,235.00, together with interest at the rate of 1.5% per month from the due date of the invoices or 18% per annum pursuant to O.C.G.A. § 7-4-16 and the Agreements (the "Indebtedness").  A true and correct copy of Plaintiff's Statement of Account is attached hereto as **Exhibit B**.

12.     Falcone and/or Forbo have failed to provide payment for the transportation services rendered by Plaintiff in the principal amount of $30,235.00, together with interest at the rate of 1.5% per month from the due date of the invoices or 18% per annum pursuant to O.C.G.A. § 7-4-16 and the Agreements.

13.     Despite repeated demands for payment of the Indebtedness, Falcone

3

and/or Forbo have failed to pay and continues to refuse to pay the past-due Indebtedness owed to Plaintiff, all to Plaintiff's detriment.

14.    Falcone and Forbo received the benefit of Plaintiff fully performing on its duties of transporting the shipments to warehouses belonging to Forbo.

15.    In fact, Forbo executed bills of lading evidencing that it received the shipments from the Services provided pursuant to the Agreement. True and correct copies of the Bills of Lading executed by Forbo are attached hereto as **Exhibit C**.

16.    Unbeknownst to Plaintiff at the time of performance of the Services, there was a separate dispute between Forbo and Falcone that is unrelated to Plaintiff but which Falcone and Forbo are using as a basis for refusing to pay Plaintiff.

17.    Sometime in the spring of 2018, Maurice Ward, a subcontractor of Falcone ("Ward"), seized 87 containers ("Forbo Containers") belonging to Forbo that were in transit due to a payment dispute between Ward and Falcone.

18.    In an attempt to resolve the dispute and have the Forbo Containers released, Forbo and Falcone entered into a letter agreement dated April 28, 2018 ("Letter Agreement") which provided, inter alia, that Ward would be paid $243,000.00, with $121,500.00 coming from Falcone and $121,500 from Forbo as a cash advance to Falcone, which Falcone would repay by issuing credit notes to Forbo in the amount of $121,500.00. A true and correct copy of the Letter Agreement is attached hereto as **Exhibit D**.

19.     Forbo also agreed in the Letter Agreement to post a surety bond in "Dutch Courts" in the amount of $422,000.00 for the disputed invoices between Ward and Falcone to bond out the Forbo Containers ("Bond"), and that Forbo would hold back $250,000.00 in unpaid invoices with Falcone. Exhibit D.

20.     While Forbo admits that Falcone did pay back the cash advance of $121,500.00, the Bond has not been released and thus Forbo is still holding back $250,000.00 in invoices from Falcone without paying same.

21.     Forbo calculates the $250,000.00 in invoices that it holds back from Falcone on a rolling basis as additional invoices are submitted by Falcone, with the most recent invoices being held back and older invoices being released.

22.     Thus, the Bond is compensation to Falcone for the $250,000.00 in invoices being held back by Forbo, some of which include Plaintiff's Invoices.

23.     Forbo stopped using Falcone for freight brokerage services in 2019 after Plaintiff completed the Services, thus Plaintiff's Invoices will not be rolled up for payment under this arrangement between Forbo and Falcone, unless somehow the Bond is released.

24.     Plaintiff was unaware of this dispute between Forbo and Falcone until well after the Services had been completed.

25.     Additionally, according to Forbo's records, it has paid to Falcone at least $36,880 on Plaintiff's invoices, which exceeds the principal amount due on

same. A true and correct copy of Forbo's records of its payments to Falcone for the Services are attached hereto as **Exhibit E**.

26.     On August 21, 2020, Plaintiff filed a Complaint against Defendant Falcone in that certain case styled as <u>Gulf Line Transport, LLC v. Falcone Global Solutions, LLC</u>, State Court of Fulton County, Case No. 20EV004741 ("State Court Lawsuit"), and Forbo was added as a Defendant to the State Court Lawsuit on February 3, 2021.

27.     Plaintiff dismissed the State Court Lawsuit without prejudice on January 11, 2022. A true and correct copy of the Voluntary Dismissal without Prejudice is attached hereto as **Exhibit F**.

<u>**COUNT I – SUIT ON ACCOUNT AS TO FALCONE**</u>

28.     The allegations of paragraphs 1 through 27 of this Complaint are incorporated herein by this reference as if set forth fully herein.

29.     Falcone is indebted to Plaintiff on an account in the principal amount of $30,235.00, together with interest at the rate of 1.5% per month from the due date of the invoices or 18% per annum pursuant to O.C.G.A. § 7-4-16 and the Agreements.

30.     Falcone has failed and refused to pay the Indebtedness.

31.     All conditions precedent to the bringing of this action have been satisfied and/or waived.

32.     Falcone is/are hereby notified that Plaintiff intends to enforce the provisions of the Agreements relative to the payment of attorneys' fees. Pursuant to the provisions of the Agreements and O.C.G.A. § 13-1-11, Falcone has ten (10) days from the date of service of this Complaint upon it within which to pay the sums due under the Agreement without also being liable for attorneys' fees. Falcone can avoid the obligation to pay attorneys' fees by paying the sums due under the Agreement within ten (10) days after service of this Complaint upon it. If Falcone fails to pay the sums due under the Agreement within ten (10) days after the date of service of this Complaint upon it, it shall be liable for attorneys' fees in addition to the sums due under the Agreement.

33.     Falcone's refusal to pay the Indebtedness was in bad faith, constitutes stubborn litigiousness, and has caused Plaintiff unnecessary trouble and expense, thereby entitling Plaintiff to recover its expenses of litigation, including attorneys' fees and costs pursuant to O.C.G.A. § 13-6-11.

## <u>COUNT II – BREACH OF CONTRACT AS TO FALCONE</u>

34.     The allegations of Paragraphs 1 through 33 of this Complaint are hereby incorporated by reference as if fully set forth herein.

35.     Contrary to the terms of the Agreements, Falcone has failed and refused to pay for the Services provided by Plaintiff.

36.     Falcone's failure to pay the Indebtedness constitutes a breach of the Contract.

37.     As a direct and proximate result of Falcone's breach of the Contract, Plaintiff has suffered monetary damages in the principal amount of $30,235.00, together with interest at the rate of 1.5% per month from the due date of the invoices or 18% per annum pursuant to O.C.G.A. § 7-4-16 and the Agreements.

38.     Falcone is hereby notified that Plaintiff intends to enforce the provisions of the Agreements relative to the payment of attorneys' fees. Pursuant to the provisions of the Agreements and O.C.G.A. § 13-1-11, Falcone has ten (10) days from the date of service of this Complaint upon it within which to pay the sums due under the Agreement without also being liable for attorneys' fees. Falcone can avoid the obligation to pay attorneys' fees by paying the sums due under the Agreement within ten (10) days after service of this Complaint upon it. If Falcone fails to pay the sums due under the Agreements within ten (10) days after the date of service of this Complaint upon it, it shall be liable for attorneys' fees in addition to the sums due under the Agreement.

39.     Falcone's failure to pay the Indebtedness was in bad faith, constitutes stubborn litigiousness, and has caused Plaintiff unnecessary trouble and expense, thereby entitling Plaintiff to recover its expenses of litigation, including attorneys' fees and costs pursuant to O.C.G.A. § 13-6-11.

## COUNT III – UNJUST ENRICHMENT AS TO FALCONE

40.     The allegations of Paragraphs 1 through 26 of this Complaint are hereby incorporated by reference as if fully set forth herein.

41.     Forbo hired Falcone to coordinate delivery of shipments on Forbo's behalf.

42.     Upon Plaintiff's information and belief, Forbo and Falcone had an agreement whereby Forbo would pay Falcone for coordinating the shipments in question.

43.     Plaintiff fully performed its duties in delivering the shipments.

44.     Plaintiff conferred a benefit to both Falcone and Forbo in the form of delivering the shipments and fully performing under its Agreements.

45.     Plaintiff delivered the shipments with the expectation that it would be paid for the same.

46.     Falcone and Forbo were aware that Forbo received the benefit of the deliveries made by Plaintiff.

47.     Falcone and Forbo accepted the benefit of the deliveries and/or failed to reject them.

48.      Falcone has been unjustly enriched by the Services provided by Plaintiff to Falcone and Forbo and is liable to Plaintiff for the Indebtedness.

49.     Falcone's refusal to pay the Indebtedness was in bad faith, constitutes stubborn litigiousness, and has caused Plaintiff unnecessary trouble and expense, thereby entitling Plaintiff to recover its expenses of litigation, including attorneys' fees and costs pursuant to O.C.G.A. § 13-6-11.

### COUNT IV – SUIT ON ACCOUNT AS TO FORBO

50.     The allegations of Paragraphs 1 through 49 of this Complaint are hereby incorporated by reference as if fully set forth herein.

51.     Forbo is indebted to Plaintiff on an account in the principal amount of $30,235.00, together with interest at the rate of 1.5% per month from the due date of the invoices or 18% per annum pursuant to O.C.G.A. § 7-4-16 and the Agreements, which include Delivery Receipts signed by representatives of Forbo.

52.     The Indebtedness is still outstanding to date.

53.     All conditions precedent to the bringing of this action have been satisfied and/or waived.

54.     Forbo's refusal to pay the Indebtedness was in bad faith, constitutes stubborn litigiousness, and has caused Plaintiff unnecessary trouble and expense, thereby entitling Plaintiff to recover its expenses of litigation, including attorneys' fees and costs pursuant to O.C.G.A. § 13-6-11.

### COUNT V – BREACH OF CONTRACT AS TO FORBO

55.     The allegations of Paragraphs 1 through 54 of this Complaint are hereby

incorporated by reference as if fully set forth herein.

56.    Plaintiff had a contract with Forbo to provide the Services by virtue of, *inter alia*, Forbo executing the Bills of Lading evidencing that it received the shipments provided by the Services.

57.    Forbo has failed to pay for the Services provided by Plaintiff despite receiving the benefit of same.

58.    Forbo's failure to pay the Indebtedness constitutes a breach of the Agreements.

59.    As a direct and proximate result of Forbo's breach of the Agreements, Plaintiff has suffered monetary damages in the principal amount of $30,235.00, together with interest at the rate of 1.5% per month from the due date of the invoices or 18% per annum pursuant to O.C.G.A. § 7-4-16 and the Agreements.

60.    Forbo is hereby notified that Plaintiff intends to enforce the provisions of the Agreements relative to the payment of attorneys' fees. Pursuant to the provisions of the Agreements and O.C.G.A. § 13-1-11, Forbo has ten (10) days from the date of service of this Complaint upon it within which to pay the sums due under the Agreement without also being liable for attorneys' fees. Forbo can avoid the obligation to pay attorneys' fees by paying the sums due under the Agreement within ten (10) days after service of this Complaint upon it. If Forbo fails to pay the sums due under the Agreement within ten (10) days after the date of service of this

Complaint upon it, it shall be liable for attorneys' fees in addition to the sums due under the Agreement.

61.    Forbo's failure to pay the Indebtedness was in bad faith, constitutes stubborn litigiousness, and has caused Plaintiff unnecessary trouble and expense, thereby entitling Plaintiff to recover its expenses of litigation, including attorneys' fees and costs pursuant to O.C.G.A. § 13-6-11.

## COUNT III – UNJUST ENRICHMENT AS TO FORBO

62.    The allegations of Paragraphs 1 through 61 of this Complaint are hereby incorporated by reference as if fully set forth herein.

63.    Defendant Forbo hired Defendant Falcone to coordinate delivery of shipments on Forbo's behalf.

64.    Falcone hired Plaintiff to complete the deliveries.

65.    Forbo received and accepted delivery of the shipments by Plaintiff.

66.    Plaintiff conferred a benefit to Forbo in the form of delivering the shipments.

67.    Plaintiff delivered the shipments with the expectation that it would be paid for the same.

68.    Forbo was aware that it received the benefit of the deliveries from Plaintiff.

69.    Forbo accepted the benefit of the deliveries.

70.     Forbo has been unjustly enriched by the Services provided by Plaintiff to Falcone and Forbo and is liable to Plaintiff for the Indebtedness.

71.     Forbo's refusal to pay the Indebtedness was in bad faith, constitutes stubborn litigiousness, and has caused Plaintiff unnecessary trouble and expense, thereby entitling Plaintiff to recover its expenses of litigation, including attorneys' fees and costs pursuant to O.C.G.A. § 13-6-11.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, as follows:

(i)     In the principal amount of $30,235.00;
(ii)    Interest at the rate of 1.5% per month from the due date of the invoices or 18% per annum pursuant to O.C.G.A. § 7-4-16 and the Agreements;
(iii)   For attorneys' fees and expenses of litigation pursuant to O.C.G.A. § 13-1-11 and/or 13-6-11;
(iv)    For post-judgment interest as provided by law; and
(v)     For all costs of court.

This 22nd day of February, 2022.

Respectfully submitted,
**ROGERS LAW OFFICES**

By: */s/ Beth E. Rogers*
Beth E. Rogers, Georgia Bar No. 612092
James F. F. Carroll, Ga Bar No. 940350
9040 Roswell Road, Suite 205
Atlanta, GA 30350
770-685-6320 phone
678-990-9959 fax
Attorneys for Plaintiff

Exhibit A

# Gulf Line Transport, LLC

950 Houston Northcutt Blvd. * Suite 100 * Mount Pleasant, SC 29464 * voice: 843-849-0451 * fax: 843-881-5702

**07/31/2020**

**Make checks payable to:**

**Gulf Line Transport, LLC**
**PO Box 1999**
**Valparaiso, IN 46384**
**Phone: 843-849-0451**
**Fax: 843-881-5702**
**Email: ar@carolinanational.com**

| | |
|---|---|
| **Invoice#:** | GLT-8680370-GHO |
| **Invoice Date:** | 05/15/2019 |
| **Terms:** | 21 |
| **Due Date:** | 06/05/2019 |
| **Manifest#:** | |
| **Reference#:** | 2042080 |

Bill to:
FALCONE GLOBAL SOLUTIONS, LLC
ACCOUNTING@FACLONEGLOBAL.COM
TAYLOR@FALCONEGLOBAL.COM
Attention: 3348 PEACHTREE ROAD, NE TOWER
ATLANTA, GA 30326

| Load# | Info | Date | Description | | Amount |
|---|---|---|---|---|---|
| GLT-8680370-GHO | **PU Cont:** CMAU-1355057<br>**Cust Ref#:** 2042080<br>**BL/BK:** CMAU1355057<br>**Chassis:** TNPZ261137 | 05/08/2019 | BAYPORT TERMINAL<br>12619 PORT RD<br>SEABROOK, TX 77586 | To  FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238 | |
| | LINEHAUL | | | | $825.00 |
| | CHASSIS RENTAL | | | | $60.00 |
| | FUEL | | | | $264.00 |
| **Subtotal:** | | | | | **$1,149.00** |

| | |
|---|---|
| **Total:** | **$1,149.00** |
| **Payments:** | **$0.00** |
| **Balance Due:** | **$1,149.00** |

**Payment due in 21 days from receipt of invoice**

Failure to make payment after the above mentioned days will result in an interest fee of 1.5% monthly on total balance. In addition, payments not received within the above mentioned days are subject to legal action which include but are not limited to administrative fees, court costs and attorney fees

Page 1 / 1

# DELIVERY ORDER


FALCONE
GLOBAL SOLUTIONS, LLC
CUSTOMIZED SOLUTIONS TO MEET YOUR GLOBAL BUSINESS NEEDS

| BILL TO:<br>FALCONE GLOBAL SOLUTIONS LLC<br>3340 PEACHTREE ROAD NE, SUITE 1430<br>ATLANTA, GA 30326<br>404-381-8739 | DATE<br>5/02/19 | OUR REF. NO.<br>2042080 |
|---|---|---|
| | THE MERCHANDISE DESCRIBED BELOW<br>WILL BE ENTERED AND/OR FORWARDED<br>AS FOLLOWS: | |

| CARRIER<br>CMDU CMA CGM TARPON QE1MA | LOCATION<br>V136 BAYPORT CONTAINER TERMIN | ORIGIN/DESTINATION PORT<br>ROTTERDAM, NETHERLAN/HOUSTON, T |
|---|---|---|
| B/L OR AWB. NO.<br>CMDU RTM0906245 | ARRIVAL DATE<br>05/03/19 | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO:)<br>MAGANA TRANSPORT |
| | HOUSE NO.<br>CMDU RTM0907501 | ENTRY-B/L NO.<br>BGX-2042080-4 | CUST. REF. NO.<br>14791 |

| FOR DELIVERY TO | | ROUTE |
|---|---|---|
| FORBO LINOLEUM INC<br>JUPITER WEST A&B WEST IND CENTER<br>11240 GRADER ST<br>DALLAS, TX 75238 | | |
| | | ** FORBO SHIPMENT 673956 ** |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 61 | LINOLEUM, VINYLWELD, PVC FLOORCOVERING | 31,164 Lb | |
| | ** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507 & 404-381-8739 X305 ** | | |
| | DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | | |
| Container No.<br>CMAU1355057 | Container Size/Type    Weight    Quantity    Seal No.    P.O. No.<br>20 ft Dry | | |

**INLAND FREIGHT**
PREPAID/COLLECT
3rd Party

ORIGINAL DELIVERY ORDER

Kristi Coggins
PER:

Location of Goods:
V136 BAYPORT CONTAINER TERMINAL
12619 PORT ROAD
PASADENA, TX77586
CHECK AVAILABILITY PHONE#: 877-556-6308

Received in Good Order
By:

Date:          Time:

**DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE**



PHA: Bayport
SCAC Code: GLFI
Steamship Line: CMA

EIR: 6375484
Date: 2019-05-07
Time: 09:55 2019-05-07 10:33

MOVE TYPE: DELIVER IMPORT

| CONTAINER: CMAU1355057 | ISO CODE: 22G1 | LIC: 24144504 |
| CHASSIS: TNPZ261137 | CHASSIS OWNER ID: TLI | IS OWN: N |

BILL OF LADING:
SEAL: H0107108
GROSS: 36078 lb

IS HAZ: N
IS OOG: N

GENSET:
TEMP:

*** Pickup Container from: 24144504 ***

Driver responsible for chassis twistlocks    Do not park on crane Runways

# Gulf Line Transport, LLC

## DELIVERY RECEIPT

**CORPORATE OFFICE**
P.O. Box 1510 - Mt. Pleasant, SC 29464
(843) 849-0451

Terminal: Houston

| CONTAINER NO. | TRIP NO. |
|---|---|
| CMAU1355057 | 8680370 |
| CHASSIS NO. | B/L SHIPPERS NO. |
| TMPZ261137 | |
| FINAL DESTINATION | DELIVERY/PICK-UP DATE |
| Dallas | 5-7-19 |

**FROM**
Bluepoint
12415 Port Rd
Seabrook, TX 77586 (Where You Picked Up)

**TO**
Forbo Linoleum INC.
11240 Grader St.
Dallas, TX 75238 (Where You Delivered)

| CONTROL | | | | SEAL # | |
|---|---|---|---|---|---|
| PCS | DESCRIPTION | WEIGHT | | ACCESSORIAL AUTHORIZATION | |
| 1 | CONTAINER / TRL. LOAD   SEAL # HOU07109 | | APPOINTMENT TIME 9:00 | | |
| | SEAL INTACT | | ARRIVAL TIME 8:00 | | |
| 1 | EMPTY CONTAINER / TRL. | | | | |
| | SKIDS | | TIME STARTED LOADING/UNLOADING 9:30 | NAME | |
| | PALLETS | | | | |
| | SLIPSHEETS | | TIME COMPLETED 10:15 | NUMBER | |

DRIVER'S NAME: Kendrick Loads
UNIT NO: 570005
DATE DELIVERED: 5-8-19
DRIVER LOADED
DRIVER UNLOADED
RECEIVED IN GOOD CONDITION & VERIFYING TIME
SIGNATURE OF SHIPPER/RECEIVER

**NOTICE:** CUSTOMER IS RESPONSIBLE FOR ALL DETENTION CHARGES AFTER 48 HOURS. CAROLINA NATIONAL TRANSPORTATION MUST BE NOTIFIED WHEN TRAILER IS EMPTY.

Invoice: GLT-8680370-GHO  Page: 4



PHA: Bayport                     EIR: 6375484
SCAC Code: GLFI      Date: 2019-05-07
Steamship Line: CMA      Time: 09:55 2019-05-07 10:33

MOVE TYPE: DELIVER IMPORT

CONTAINER: CMAU1355057      ISO CODE: 22G1      LIC: 2414504
CHASSIS: TNPZ261137      CHASSIS OWNER ID: TLI      IS OWN: N

BILL OF LADING:      SEAL: H0107108      GROSS: 36078 lb

                     IS HAZ: N      IS OOG: N

GENSET:      TEMP:

*** Pickup Container from: 2414504 ***

Driver responsible for chassis twistlocks      Do not park on crane Runways

**P R I N T   R E P L I C A**

# Bayport                                    EIR: 6387137

# CMA:CMA CGM America Inc

**Type:** RM                                          **Created:** 08-MAY-2019 16:08
**Truck Co.:** GLFI                                   **EIRDate:** 08-MAY-2019 17:13

| | |
|---|---|
| **DRIVER NAME:** | **TRUCK LICENSE #:** 2414504 |
| **CONTAINER:** CMAU1355057 | **SIZE/TYPE:** 20 GP 86 |
| **CHASSIS:** TNPZ261137 | **SIZE/TYPE:** 20 CH NA |
| **OWNER CHASSIS:** No | **RELEASE:** |
| **VESSEL::** | |
| **PORT:** | |

| | |
|---|---|
| **GENERATOR:** | **SCALE WT:** 30060.0 |
| **FUEL LEVEL:** | **GROSS WT:** 4901.0 |
| **TEMP:  AIR EXCH:** | **CARGO WT:** |
| **SEALS:** | |

**Aleta Magana**

| | |
|---|---|
| **From:** | Cassidy Nash <cassidy.nash@falconeglobal.com> |
| **Sent:** | Tuesday, May 14, 2019 1:32 PM |
| **To:** | Aleta Magana |
| **Subject:** | RE: ref # 2042080  CMAU1355057 |

Approved.

Best Regards,

Cassidy Nash
Domestic Drayage Coordinator

**Falcone Global Solutions, LLC**
1628 John F. Kennedy Boulevard
Suite 401
Philadelphia, PA 19103
P: 404-381-8739 x404
F: 404-962-6971





This message and any attachments may contain CONFIDENTIAL and legally protected information.  If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others;  also, please notify the sender by replying to this message, and then delete it from your system.  All transactions are subject to the Falcone Global Companies Standard Trading Conditions (copies available on request from the Company) and which, in certain cases, exclude or limit the Company's liability and include certain indemnities benefiting the Company that supersede any and all agreements. Thank you.

**From:** Aleta Magana <aleta@maganatransport.com>
**Sent:** Tuesday, May 14, 2019 11:42 AM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** ref # 2042080 CMAU1355057

Hi Cassidy,

Please see below POD. Please email back approving charges.

| Inv. Code: | | Description: | Amount: |
|---|---|---|---|
| FSC | ▼ | FUEL | 264.00 |
| CHASSIS RENTAL | ▼ | CHASSIS RENTAL | 60.00 |
| LINEHAUL | ▼ | LINEHAUL | 825.00 |
| | | **Total Charge** | **1149.00** |

1

**From:** system@truckman3.com <system@truckman3.com>
**Sent:** Tuesday, May 14, 2019 10:41 AM
**To:** Aleta Magana <aleta@maganatransport.com>
**Subject:**

2

# Gulf Line Transport, LLC

**07/31/2020**

950 Houston Northcutt Blvd. * Suite 100 * Mount Pleasant, SC 29464 * voice: 843-849-0451 * fax: 843-881-5702

**Make checks payable to:**

**Gulf Line Transport, LLC**
**PO Box 1999**
**Valparaiso, IN 46384**
**Phone: 843-849-0451**
**Fax: 843-881-5702**
**Email: ar@carolinanational.com**

| | |
|---|---|
| **Invoice#:** | GLT-8697089-GHO |
| **Invoice Date:** | 05/15/2019 |
| **Terms:** | 21 |
| **Due Date:** | 06/05/2019 |
| **Manifest#:** | |
| **Reference#:** | 2042205 |

Bill to:
FALCONE GLOBAL SOLUTIONS, LLC
ACCOUNTING@FACLONEGLOBAL.COM
TAYLOR@FALCONEGLOBAL.COM
Attention: 3348 PEACHTREE ROAD, NE TOWER
ATLANTA, GA 30326

| Load# | Info | Date | Description | | Amount |
|---|---|---|---|---|---|
| GLT-8697089-GHO | PU Cont: TGHU-1493110<br>Cust Ref#: 2042205<br>BL/BK: HLCULIV190345681<br>Chassis: TEsz290415 | 05/14/2019 | BARBOURS CUT TERMINAL<br>1700 E BARBOURS CUT BLVD<br>LA PORTE, TX 77571-3025 | To FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238 | |
| | LINEHAUL | | | | $825.00 |
| | TRI AXEL RENTAL 2 DAYS | | | | $150.00 |
| | FUEL | | | | $264.00 |
| | Tri-Axle Fee | | | | $150.00 |
| | Chassis Split IMS - BBC | | | | $75.00 |
| **Subtotal:** | | | | | **$1,464.00** |

| | |
|---|---|
| **Total:** | **$1,464.00** |
| **Payments:** | **$0.00** |
| **Balance Due:** | **$1,464.00** |

**Payment due in 21 days from receipt of invoice**

Failure to make payment after the above mentioned days will result in an interest fee of 1.5% monthly on total balance. In addition, payments not received within the above mentioned days are subject to legal action which include but are not limited to administrative fees, court costs and attorney fees

# DELIVERY ORDER



 Page 1/1

| BILL TO:<br>FALCONE GLOBAL SOLUTIONS LLC<br>3340 PEACHTREE ROAD NE, SUITE 1430<br>ATLANTA, GA 30326<br>404-381-8739 | DATE<br>5/10/19 | OUR REF. NO.<br>2042205 |
|---|---|---|

THE MERCHANDISE DESCRIBED BELOW WILL BE ENTERED AND/OR FORWARDED AS FOLLOWS:

| CARRIER<br>HLCU AEGIALI 010W | LOCATION<br>S787 BARBOURS CUT TERMINAL | ORIGIN/DESTINATION PORT<br>LONDON, ENGLAND/HOUSTON, TX |
|---|---|---|
| B/L OR AWB. NO.<br>HLCU LIV190345681 | ARRIVAL DATE<br>05/08/19 | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ISSUED TO.)<br>MAGANA TRANSPORT |
| | HOUSE NO.<br>PSID 000103282 | ENTRY-B/L NO.<br>BGX-2042205-7 | CUST. REF. NO.<br>14784 |

| FOR DELIVERY TO | ROUTE |
|---|---|
| FORBO LINOLEUM INC<br>JUPITER WEST A&B WEST IND CENTER<br>11240 GRADER ST.<br>DALLAS, TX 75238 | ** FORBO SHIPMENT 674054 ** |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 1,322 | FLOTEX CARPET TILES AND CARPET TILE PLANKS | 41,643 Lb | |
| | ** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507&404-381-8739 x305 ** | | |
| | DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | | |

| Container No.<br>TGHU1493110 | Container Size/Type<br>20 ft Dry | Weight<br>18890 KG | Quantity<br>1322 CTN | Seal No.<br>FMH7168 | P.O. No.<br>674054 |
|---|---|---|---|---|---|

**INLAND FREIGHT**

ORIGINAL DELIVERY ORDER

PREPAID/COLLECT
3rd Party

Received in Good Order
By:

Date:_____ Time:_____

PER: Kristi Coggins

Location of Goods:
S787 BARBOURS CUT TERMINAL
1515 E BARBOURS CUT BLVD
LA PORTE, TX775713015
CHECK AVAILABILITY PHONE#: 817-825-7064

**DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE**

Cooper/Ports America (C/PA)
By: asaenz - 05/14/2019 14:11
Equipment Interchange Receipt
Gate In
Customer: HAPAG- LLOYD (AMERICA) INC.
EIR NO:4226617
EIR DATE: 05/14/19 14:10
Acceptance:HPL- APR19
Equipment:TGHU 149311- 0
Equipment Tp:U2DV
Status:DM
Comments:rs top rail bt sp   own chassis
Trucker:GULF LINE TRANSPORT LLC

Driver ID:811
Truck Lic #:2376278
Related:

Page 1 / 1

# DELIVERY ORDER


FALCONE GLOBAL SOLUTIONS, LLC
CUSTOMIZED SOLUTIONS TO MEET YOUR GLOBAL BUSINESS NEEDS

BILL TO:
FALCONE GLOBAL SOLUTIONS LLC
3340 PEACHTREE ROAD NE, SUITE 1430
ATLANTA, GA 30326
404-381-8739

| DATE | OUR REF. NO. |
|---|---|
| 5/10/19 | 2042205 |

THE MERCHANDISE DESCRIBED BELOW
WILL BE ENTERED AND/OR FORWARDED
AS FOLLOWS:

| CARRIER | LOCATION | ORIGIN/DESTINATION PORT |
|---|---|---|
| HLCU AEGIALI 010W | S787 BARBOURS CUT TERMINAL | LONDON, ENGLAND/HOUSTON, TX |

| B/L OR AWB. NO | ARRIVAL DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) |
|---|---|---|---|
| HLCU LIV190345681 | 05/08/19 | | MAGANA TRANSPORT |

| | HOUSE NO. | ENTRY-B/L NO. | CUST. REF. NO. |
|---|---|---|---|
| | PSID 000103282 | BGX-2042205-7 | 14784 |

| FOR DELIVERY TO | ROUTE |
|---|---|
| FORBO LINOLEUM INC<br>JUPITER WEST A&B WEST IND CENTER<br>11240 GRADER ST.<br>DALLAS, TX 75238 | ** FORBO SHIPMENT 674054 ** |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 1,322 | FLOTEX CARPET TILES AND CARPET TILE PLANKS | 41,643 Lb | |
| | ** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507&404-381-8739 x305 ** | | |
| | DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | | |
| Container No. TGHU1493110 | Container Size/Type  Weight      Quantity    Seal No.      P.O. No.<br>20 ft Dry           18890 KG    1322 CTN    FMH7168     674054 | | |
| | 8:00 AM APPT.<br>8:40 AM DEPRT. | | |

**INLAND FREIGHT** ➤ PREPAID/COLLECT
3rd Party

ORIGINAL DELIVERY ORDER

PER: Kristi Coggins

Received in Good Order
By: _____
Date: _____ Time: _____

Location of Goods:
S787 BARBOURS CUT TERMINAL
1515 E BARBOURS CUT BLVD
LA PORTE, TX775713015
CHECK AVAILABILITY PHONE#: 817-825-7064

**DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE**

PHA: BCT
SCAC Code: GLFI
Steamship Line: HLC

EIR: 2533191
Date: 2019-05-13
Time: 15:09 2019-05-13 15:38

MOVE TYPE: DELIVER IMPORT
CONTAINER: TGHU1493110
CHASSIS: TESZ290415

BILL OF LADING:

ISO CODE: 20DR
CHASSIS OWNER ID:

LIC: 2376278
IS OWN: Y

SEAL: FMH7168

GROSS: 44621 lb

GENSET:

IS HAZ: N

TEMP:

IS OOG: N

Pickup Container from: 2376278
*** ***

Driver responsible for chassis twistlocks        Do not park on crane runways

**Aleta Magana**

| | |
|---|---|
| **From:** | Cassidy Nash <cassidy.nash@falconeglobal.com> |
| **Sent:** | Wednesday, May 15, 2019 1:45 PM |
| **To:** | Aleta Magana |
| **Subject:** | RE: REF # 2042205  tghu1493110 |

Approved!

Best Regards,

Cassidy Nash
Domestic Drayage Coordinator

**Falcone Global Solutions, LLC**
1628 John F. Kennedy Boulevard
Suite 401
Philadelphia, PA 19103
P: 404-381-8739 x404
F: 404-962-6971



  

This message and any attachments may contain CONFIDENTIAL and legally protected information.  If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others;  also, please notify the sender by replying to this message, and then delete it from your system.  All transactions are subject to the Falcone Global Companies Standard Trading Conditions (copies available on request from the Company) and which, in certain cases, exclude or limit the Company's liability and include certain indemnities benefiting the Company that supersede any and all agreements. Thank you.

**From:** Aleta Magana <aleta@maganatransport.com>
**Sent:** Wednesday, May 15, 2019 11:52 AM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** REF # 2042205 tghu1493110

Hi Cassidy,

Please see POD and interchanges. Please confirm rate below.

| Inv. Code: | | Description: | Amount: |
|---|---|---|---|
| CHASSIS SPLIT | ▼ | Chassis Split IMS - BBC | 75.00 |
| TRI-AXLE FEE | ▼ | Tri-Axle Fee | 150.00 |
| FSC | ▼ | FUEL | 264.00 |
| TRI-AXLE RENTAL | ▼ | TRI AXEL RENTAL 2 DAYS | 150.00 |
| LINEHAUL | ▼ | LINEHAUL | 825.00 |

Total Charge: **1464.00**

1

**Gulf Line Transport, LLC**

07/31/2020

950 Houston Northcutt Blvd. * Suite 100 * Mount Pleasant, SC 29464 * voice: 843-849-0451 * fax: 843-881-5702

**Make checks payable to:**

**Gulf Line Transport, LLC**
**PO Box 1999**
**Valparaiso, IN 46384**
**Phone: 843-849-0451**
**Fax: 843-881-5702**
**Email: ar@carolinanational.com**

| | |
|---|---|
| **Invoice#:** | GLT-8661870-GHO |
| **Invoice Date:** | 05/22/2019 |
| **Terms:** | 21 |
| **Due Date:** | 06/12/2019 |
| **Manifest#:** | |
| **Reference#:** | 2042230 |

Bill to:
FALCONE GLOBAL SOLUTIONS, LLC
ACCOUNTING@FACLONEGLOBAL.COM
TAYLOR@FALCONEGLOBAL.COM
Attention: 3348 PEACHTREE ROAD, NE TOWER
ATLANTA, GA 30326

| Load# | Info | Date | Description | | Amount |
|---|---|---|---|---|---|
| GLT-8661870-GHO | **PU Cont:** BEAU-2793596 | 05/16/2019 | BAYPORT TERMINAL 12619 PORT RD SEABROOK, TX 77586 | To   FORBO LINOLEUM INC 11240 GRADER ST DALLAS, TX 75238 | |
| | **Weight(lbs):** 33514 | | | | |
| | **Cust Ref#:** 2042230 | | | | |
| | **BL/BK:** CMDURTM0907829 | | | | |
| | **Chassis:** TNPZ207487 | | | | |
| | LINEHAUL | | | | $825.00 |
| | CHASSIS RENTAL | | | | $60.00 |
| | FUEL | | | | $264.00 |
| | Chassis Split | | | | $75.00 |
| **Subtotal:** | | | | | **$1,224.00** |

| | |
|---|---|
| **Total:** | **$1,224.00** |
| **Payments:** | $0.00 |
| **Balance Due:** | **$1,224.00** |

**Payment due in 21 days from receipt of invoice**

Failure to make payment after the above mentioned days will result in an interest fee of 1.5% monthly on total balance. In addition, payments not received within the above mentioned days are subject to legal action which include but are not limited to administrative fees, court costs and attorney fees

8661870

771

**DELIVERY ORDER**

Page 1 / 1


FALCONE
GLOBAL SOLUTIONS, LLC
CUSTOMIZED SOLUTIONS TO MEET YOUR GLOBAL BUSINESS NEEDS

BILL TO:
FALCONE GLOBAL SOLUTIONS LLC
3340 PEACHTREE ROAD NE, SUITE 1430
ATLANTA, GA 30326
404-381-8739

| DATE | OUR REF. NO. |
|---|---|
| 5/13/19 | 2042230 |

THE MERCHANDISE DESCRIBED BELOW
WILL BE ENTERED AND/OR FORWARDED
AS FOLLOWS:

| CARRIER | LOCATION | ORIGIN/DESTINATION PORT |
|---|---|---|
| CMDU CMA CGM FLORIDA SE1MA | V136 BAYPORT CONTAINER TERMIN | ROTTERDAM, NETHERLAN/HOUSTON, T |

| B/L OR AWB. NO. | ARRIVAL DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO:) |
|---|---|---|---|
| CMDU RTM0907829 | 05/12/19 | | MAGANA TRANSPORT |

| HOUSE NO. | ENTRY-B/L NO. | CUST. REF. NO. |
|---|---|---|
| CMDU RTM0908913 | BGX-2042230-5 | 14831 |

| FOR DELIVERY TO | ROUTE |
|---|---|
| FORBO LINOLEUM INC
JUPITER WEST A&B WEST IND CENTER
11240 GRADER ST.
DALLAS, TX 75238 | ** FORBO SHIPMENT 674707 ** |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 90 | FLOOR COVERINGS AND ACCESSORIES | 33,514 Lb | |
| | ** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507&404-381-8739 x305 ** | | |
| | DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | | |

Container No. BEAU2793596  Container Size/Type 20 ft Dry  Weight 15202 KG  Quantity 90 ROLL  Seal No. HO107126  P.O. No. 674707

**INLAND FREIGHT**

PREPAID/COLLECT
**3rd Party**

ORIGINAL DELIVERY ORDER

Kristi Coggins
PER:

Received in Good Order
By:

Date:          Time:

Location of Goods:
V136 BAYPORT CONTAINER TERMINAL
12619 PORT ROAD
PASADENA, TX77586
CHECK AVAILABILITY PHONE#: 877-556-6308

**DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE**

5/21 Tues. 8am

8661870

771

Page 1 / 1



# DELIVERY ORDER

**FALCONE** GLOBAL SOLUTIONS, LLC
CUSTOMIZED SOLUTIONS TO MEET YOUR GLOBAL BUSINESS NEEDS

| | DATE | OUR REF. NO. |
|---|---|---|
| | 5/13/19 | 2042230 |

THE MERCHANDISE DESCRIBED BELOW WILL BE ENTERED AND/OR FORWARDED AS FOLLOWS:

BILL TO:
FALCONE GLOBAL SOLUTIONS LLC
3340 PEACHTREE ROAD NE, SUITE 1430
ATLANTA, GA 30326
404-381-8739

| CARRIER | LOCATION | ORIGIN/DESTINATION PORT |
|---|---|---|
| CMDU CMA CGM FLORIDA SE1MA | V136 BAYPORT CONTAINER TERMIN | ROTTERDAM, NETHERLAN/HOUSTON, T |

| BL OR AWB. NO. | ARRIVAL DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO:) |
|---|---|---|---|
| CMDU RTM0907829 | 05/12/19 | | MAGANA TRANSPORT |

| | HOUSE NO. | ENTRY-B/L NO. | CUST. REF. NO. |
|---|---|---|---|
| | CMDU RTM0908913 | BGX-2042230-5 | 14831 |

**FOR DELIVERY TO**

FORBO LINOLEUM INC
JUPITER WEST A&B WEST IND CENTER
11240 GRADER ST.
DALLAS, TX 75238

ROUTE

** FORBO SHIPMENT 674707 **

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 90 | FLOOR COVERINGS AND ACCESSORIES | 33,514 Lb | |
| | ** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507&404-381-8739 x305 ** | | |
| | DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | | |

| Container No. | Container Size/Type | Weight | Quantity | Seal No. | P.O. No. |
|---|---|---|---|---|---|
| BEAU2793596 | 20 ft Dry | 15202 KG | 90 ROLL | HO107126 | 674707 |

**INLAND FREIGHT** ➤

| PREPAID/COLLECT |
|---|
| 3rd Party |

Received in Good Order
By: _____

ORIGINAL DELIVERY ORDER

Date: _____ Time: _____

Kristi Coggins
PER:

Location of Goods:
V136 BAYPORT CONTAINER TERMINAL
12619 PORT ROAD
PASADENA, TX77586
CHECK AVAILABILITY PHONE#: 877-556-6308

**DELIVERY CLERK: DELIVER TO CARRIER SHOWN ABOVE**

# Cooper/Ports America (C/PA)
## By: bwilliams2 - 05/16/2019 14:53
## Equipment Interchange Receipt
## Gate In

**Depot: IMS2**
**Customer: TRAC Intermodal**
**EIR NO:4228595**
**EIR DATE: 05/16/19 14:53**
**Acceptance:TRAC- APR19**
**Trucker:GULF LINE TRANSPORT LLC**
**Carrier Lic:970001**
**Equipment:TNPZ 207487-**
**Equipment Tp:Z2SL**
**Status:AV**
**Comments:**
**DMG/Comments:**
**Load Flag:Empty**
**Gross Wt: 0**
**CH Lic:**
**CH Lic ST:**
**CH Lic EXP:**
**FHWA:**


**Signature**_____



PHA: Bayport
EIR: 6423859
SCAC Code: GLFI
Date: 2019-05-16
Steamship Line: CMA
Time: 13:59 2019-05-16 14:37

MOVE TYPE: RECEIVE EMPTY
ISO CODE: 22G1
LIC: 2610941
CONTAINER: BEAU2793596
CHASSIS OWNER ID: TLI
IS OWN: Y
CHASSIS: TNPZ207487
SEAL:
GROSS: 5029 lb
EDO/BOOKING:
IS HAZ: N
IS OOG: N
TEMP:
GENSET:

Deliver Container to: 6R21E.1
*** ***
Driver responsible for chassis twistlocks

Do not park on Crane Runways

EIR: 6418438

PHA: Bayport
SCAC Code: GLFI
Steamship Line: CMA

Date: 2019-05-15
Time: 14:40 2019-05-15 16:09

LIC: 2610941
IS OWN: Y

GROSS: 38382 lb

IS OOG: N

MOVE TYPE: DELIVER IMPORT

CONTAINER: BEAU2793596
CHASSIS: TNPZ207487

BILL OF LADING:

ISO CODE: 22G1
CHASSIS OWNER ID: DCLI

SEAL: H0107126

IS HAZ: N

TEMP:

GENSET:

Pickup Container from: 2610941

*** ***                      Do not park on Crane Runways

river responsible for chassis twistlocks

# Gulf Line Transport, LLC

**DELIVERY RECEIPT**

**CORPORATE OFFICE**
P.O. Box 1510 - Mt. Pleasant, SC 29464
(843) 849-0451

| TRIP NO. | | |
|---|---|---|
| CONTAINER NO. BAEAU2793596 | B/L SHIPPERS NO. | |
| CHASSIS NO. TNP2207487 | | |
| FINAL DESTINATION | DELIVERY/PICK-UP DATE | |

**FROM**

Bayport

Terminal _____
(Where You Picked Up)

**TO**
Forbo linoleum Inc
11240 Grader st
Dallas Tx 75238
(Where You Delivered)

SEAL #

| CONTROL | | |
|---|---|---|
| PCS | DESCRIPTION | WEIGHT |
| 1 | CONTAINER / TRL. LOAD     SEAL # | |
| 1 | SEAL INTACT | |
| 1 | EMPTY CONTAINER / TRL. | |
| | SKIDS | |
| | PALLETS | |
| | SLIPSHEETS | |

APPOINTMENT TIME: 9:00 AM
ARRIVAL TIME: 6:00 AM
TIME STARTED LOADING/UNLOADING:
TIME COMPLETED:

**ACCESSORIAL AUTHORIZATION**
NAME
NUMBER

RECEIVED IN GOOD CONDITION & VERIFYING TIME:

| DRIVERS NAME: Victor Camacho | UNIT NO: 97000 | DATE DELIVERED: 5-16-19 | DRIVER LOADED | DRIVER UNLOADED | SIGNATURE OF SHIPPER/RECEIVER |

**NOTICE: CUSTOMER IS RESPONSIBLE FOR ALL DETENTION CHARGES AFTER 48 HOURS. CAROLINA NATIONAL TRANSPORTATION MUST BE NOTIFIED WHEN TRAILER IS EMPTY.**

**Aleta Magana**

| | |
|---|---|
| **From:** | Cassidy Nash <cassidy.nash@falconeglobal.com> |
| **Sent:** | Friday, May 17, 2019 8:38 AM |
| **To:** | Aleta Magana |
| **Subject:** | RE: REF # 2042230  BEAU2793596 |

Approved with thanks!

Best Regards,

Cassidy Nash
Domestic Drayage Coordinator

**Falcone Global Solutions, LLC**
1628 John F. Kennedy Boulevard
Suite 401
Philadelphia, PA 19103
P: 404-381-8739 x404
F: 404-962-6971





This message and any attachments may contain CONFIDENTIAL and legally protected information.  If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others;  also, please notify the sender by replying to this message, and then delete it from your system.  All transactions are subject to the Falcone Global Companies Standard Trading Conditions (copies available on request from the Company) and which, in certain cases, exclude or limit the Company's liability and include certain indemnities benefiting the Company that supersede any and all agreements. Thank you.

**From:** Aleta Magana <aleta@maganatransport.com>
**Sent:** Thursday, May 16, 2019 7:19 PM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** REF # 2042230 BEAU2793596

HI Cassidy,

Please see attached interchanges. We had a chassis split on this one from Bayport to CPA. Please confirm charges when you can.

| Inv Code: | Description: | Amount: |
|---|---|---|
| CHASSIS SPLIT | Chassis Split | 75.00 |
| FSC | FUEL | 264.00 |
| CHASSIS RENTAL | CHASSIS RENTAL | 60.00 |
| LINEHAUL | LINEHAUL | 825.00 |
| | Total Charge: | 1224.00 |

1

**From:** system@truckman3.com <system@truckman3.com>
**Sent:** Thursday, May 16, 2019 6:17 PM
**To:** Aleta Magana <aleta@maganatransport.com>
**Subject:**

2

# Gulf Line Transport, LLC

950 Houston Northcutt Blvd. * Suite 100 * Mount Pleasant, SC 29464 * voice: 843-849-0451 * fax: 843-881-5702

**07/31/2020**

**Make checks payable to:**

**Gulf Line Transport, LLC**
**PO Box 1999**
**Valparaiso, IN 46384**
**Phone: 843-849-0451**
**Fax: 843-881-5702**
**Email: ar@carolinanational.com**

| | |
|---|---|
| Invoice#: | GLT-8697199-GHO |
| Invoice Date: | 05/22/2019 |
| Terms: | 21 |
| Due Date: | 06/12/2019 |
| Manifest#: | |
| Reference#: | 2042180 |

Bill to:
FALCONE GLOBAL SOLUTIONS, LLC
ACCOUNTING@FACLONEGLOBAL.COM
TAYLOR@FALCONEGLOBAL.COM
Attention: 3348 PEACHTREE ROAD, NE TOWER
ATLANTA, GA 30326

| Load# | Info | Date | Description | | Amount |
|---|---|---|---|---|---|
| GLT-8697199-GHO | **PU Cont:** UACU-3712813<br>**Cust Ref#:** 2042180<br>**Chassis:** MAGZ340503 | 05/17/2019 | BARBOURS CUT TERMINAL<br>1700 E BARBOURS CUT BLVD<br>LA PORTE, TX 77571-3025 | To FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238 | |
| | LINEHAUL | | | | $825.00 |
| | TRI AXEL RENTAL 2 DAYS | | | | $150.00 |
| | FUEL | | | | $264.00 |
| | Tri-Axle Fee | | | | $150.00 |
| | Chassis Split | | | | $75.00 |
| **Subtotal:** | | | | | **$1,464.00** |

| | |
|---|---|
| **Total:** | **$1,464.00** |
| **Payments:** | **$0.00** |
| **Balance Due:** | **$1,464.00** |

**Payment due in 21 days from receipt of invoice**

Failure to make payment after the above mentioned days will result in an interest fee of 1.5% monthly on total balance. In addition, payments not received within the above mentioned days are subject to legal action which include but are not limited to administrative fees, court costs and attorney fees

*5/17 FRi 9am*

*8697199*

Page 1 / 1

# DELIVERY ORDER


**FALCONE** GLOBAL SOLUTIONS, LLC
CUSTOMIZED SOLUTIONS TO MEET YOUR GLOBAL BUSINESS NEEDS

*761*

| BILL TO:<br>FALCONE GLOBAL SOLUTIONS LLC<br>3340 PEACHTREE ROAD NE, SUITE 1430<br>ATLANTA, GA 30326<br>404-381-8739 | DATE<br>5/09/19 | OUR REF. NO.<br>2042180 |
|---|---|---|
| | THE MERCHANDISE DESCRIBED BELOW WILL BE ENTERED AND/OR FORWARDED AS FOLLOWS: | |

| CARRIER<br>HLCU AEGIALI 010W | LOCATION<br>S787 BARBOURS CUT TERMINAL | ORIGIN/DESTINATION PORT<br>LONDON, ENGLAND/HOUSTON, TX |
|---|---|---|
| B/L OR AWB. NO.<br>HLCU LIV190313676 | ARRIVAL DATE<br>05/08/19 | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO:)<br>MAGANA TRANSPORT |
| | HOUSE NO.<br>PSID 000102712 | ENTRY-B/L NO.<br>BGX-2042180-2 | CUST. REF. NO.<br>14656 |

| FOR DELIVERY TO | ROUTE |
|---|---|
| FORBO LINOLEUM INC<br>JUPITER WEST A&B WEST IND CENTER<br>11240 GRADER ST.<br>DALLAS, TX 75238 | ** FORBO SHIPMENT 672506 ** |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES. SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 1,404 | FLOTEX CARPET PLANKS<br><br>** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507&404-381-8739 x305 **<br><br>DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | 42,172 Lb | |

| Container No.<br>UACU3712813 | Container Size/Type<br>20 ft Dry | Weight<br>19130 KG | Quantity<br>1404 CTN | Seal No.<br>FMH7181 | P.O. No.<br>672506 |
|---|---|---|---|---|---|

**INLAND FREIGHT** | PREPAID/COLLECT 3rd Party

ORIGINAL DELIVERY ORDER

Kristi Coggins
PER:

Received in Good Order By:
Date: _____ Time: _____

Location of Goods:
S787 BARBOURS CUT TERMINAL
1515 E BARBOURS CUT BLVD
LA PORTE, TX775713015
CHECK AVAILABILITY PHONE#: 817-825-7064

**DELIVERY CLERK: DELIVER TO CARRIER SHOWN ABOVE**

PHA: BCT
SCAC Code: GLFI
Steamship Line: HLC

EIR: 2542853
Date: 2019-05-16
Time: 14:18 2019-05-16 14:41

MOVE TYPE: DELIVER IMPORT

CONTAINER: UACU3712813
CHASSIS: MAGZ340503
BILL OF LADING:

ISO CODE: 22G1
CHASSIS OWNER ID:
SEAL: FMH7181

LIC: 2610942
IS OWN: Y
GROSS: 46957 lb

IS HAZ: N

IS OOG: N

GENSET:

TEMP:

Pickup Container from: 2610942
*** ***

9700 02

Driver responsible for chassis twistlocks          Do not park on Crane Runways

**Cooper/Ports America (C/PA)**
**By: asaenz - 05/17/2019 13:24**
**Equipment Interchange Receipt**
**Gate In**

**Customer: HAPAG- LLOYD (AMERICA) INC.**
**EIR NO:4229346**
**EIR DATE: 05/17/19 13:23**
**Acceptance:HPL- APR19**
**Equipment:UACU 371281- 3**
**Equipment Tp:U2DV**
**Status:AV**
**Comments:own chassis**
**Trucker:GULF LINE TRANSPORT LLC**

**Driver ID:970002**
**Truck Lic #:2610942**
**Related:**

970002

**Carrier Confirmation**

7*6*1

Date: 05/16/2019

Load#: 8697199

Agent#:

Shipper/PO#: 2042180

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

Mail Delivery Documents To:

Gulfline Transport, LLC.
950 Houston Northcutt Blvd.
Suite 100
Mount Pleasant, SC 29464

*Alfonso Friday*

| | | |
|---|---|---|
| Carrier #: | | |
| Stops: | | |

| | | | |
|---|---|---|---|
| Bl/Bk #: | Work Order#: | Driver Ref #: 870881 *672506* | Container #: UACU3712813 |
| Commodity: FLOORING | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |

| | | | | | |
|---|---|---|---|---|---|
| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |

| Origin 1: | Destination 1: |
|---|---|
| HAPAG BARBOURS CUT<br>1700 E. BARBOURS CUT BLVD<br>LA PORTE, TX 77571<br>Phone: 713-670-1100<br><br>Special Instructions:<br>Hours 07:00-18:00 | FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238<br>Phone: 214-221-0788 SAL |

| Origin 2: | Destination 2: |
|---|---|
| FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238<br>Phone: 214-221-0788 SAL | CALL DISPATCH FOR EMPTY RETURN OR PICK UP<br>7002 SOUTH LAKE HOUSTON PKWY<br>HOUSTON, TX 77049<br>Phone: 713-554-0563<br><br>Del Appt Date: 05/17/2019 9:00 AM |

| Truck Information: | Settlement Information: |
|---|---|
| Truck#: 970002<br>Driver: ALFONSO GARCIA | Truck#: 970002<br>Driver: ALFONSO GARCIA |

*ARIVAL 8:00 AM*
*DePart 8:40 AM*

Notes

HAPAG LLOYD

Cooper/Ports America (C/PA)
By: asaenz - 05/17/2019 13:24
Equipment Interchange Receipt
Gate In
Customer: HAPAG- LLOYD (AMERICA) INC.
EIR NO:4229346
EIR DATE: 05/17/19 13:23
Acceptance:HPL- APR19
Equipment:UACU 371281- 3
Equipment Tp:U2DV
Status:AV
Comments:own chassis
Trucker:GULF LINE TRANSPORT LLC

Driver ID:970002
Truck Lic #:2610942
Related:

970002

761

## Carrier Confirmation

Agent#:

Shipper/PO#: 2042180

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

| Mail Delivery Documents To: |
| --- |
| Gulfline Transport, LLC. |
| 950 Houston Northcutt Blvd. |
| Suite 100 |
| Mount Pleasant, SC 29464 |

Date: 05/16/2019

Load#: 8697199

*alfonso*
*FRiDAY*

Carrier #:

Stops:

| Bl/Bk #: | Work Order#: | Driver Ref #: 678861   672508 | Container #: UACU3712813 |
| --- | --- | --- | --- |
| Commodity: FLOORING | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |

| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |
| --- | --- | --- | --- | --- | --- | --- |

| Origin 1: | Destination 1: |
| --- | --- |
| HAPAG BARBOURS CUT | FORBO LINOLEUM INC |
| 1700 E. BARBOURS CUT BLVD | 11240 GRADER ST |
| LA PORTE, TX 77571 | DALLAS, TX 75238 |
| Phone: 713-670-1100 | Phone: 214-221-0788 SAL |
| | |
| Special Instructions: | |
| Hours 07:00-18:00 | |

| Origin 2: | Destination 2: |
| --- | --- |
| FORBO LINOLEUM INC | CALL DISPATCH FOR EMPTY RETURN OR PICK UP |
| 11240 GRADER ST | 7002 SOUTH LAKE HOUSTON PKWY |
| DALLAS, TX 75238 | HOUSTON, TX 77049 |
| Phone: 214-221-0788 SAL | Phone: 713-554-0663 |
| | Del Appt Date: 05/17/2019 9:00 AM |

| Truck Information: | Settlement Information: |
| --- | --- |
| Truck#: 970002 | Truck#: 970002     ARiVOL  8:00AM |
| Driver: ALFONSO GARCIA | Driver: ALFONSO GARCIA   DePAYL- 8:40 AM |

### Notes

HAPAG LLOYD

**Aleta Magana**

| | |
|---|---|
| **From:** | Cassidy Nash <cassidy.nash@falconeglobal.com> |
| **Sent:** | Tuesday, May 21, 2019 11:27 AM |
| **To:** | Aleta Magana; Harry McHazlett |
| **Subject:** | RE: 8697199 / PO 2042180 / UACU3712813 |

Approved.

Best Regards,

Cassidy Nash
Domestic Drayage Coordinator

**Falcone Global Solutions, LLC**
1628 John F. Kennedy Boulevard
Suite 401
Philadelphia, PA 19103
P: 404-381-8739 x404
F: 404-962-6971



  

This message and any attachments may contain CONFIDENTIAL and legally protected information. If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this message, and then delete it from your system. All transactions are subject to the Falcone Global Companies Standard Trading Conditions (copies available on request from the Company) and which, in certain cases, exclude or limit the Company's liability and include certain indemnities benefiting the Company that supersede any and all agreements. Thank you.

**From:** Aleta Magana <aleta@maganatransport.com>
**Sent:** Tuesday, May 21, 2019 12:07 PM
**To:** Harry McHazlett <harry@maganatransport.com>; Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** RE: 8697199 / PO 2042180 / UACU3712813

HI Cassidy,

Please let me know if charges are good on this one.

Thanks,
Aleta

**From:** Harry McHazlett <harry@maganatransport.com>
**Sent:** Friday, May 17, 2019 4:07 PM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Cc:** Aleta Magana <aleta@maganatransport.com>
**Subject:** 8697199 / PO 2042180 / UACU3712813

Hello Cassidy,

1

Please see attached backups and confirm below charges.

| Inv. Code: | Description: | Amount: |
|---|---|---|
| CHASSIS SPLIT ▼ | Chassis Split | 75.00 |
| TRI-AXLE FEE ▼ | Tri-Axle Fee | 150.00 |
| FSC ▼ | FUEL | 264.00 |
| TRI-AXLE RENTAL ▼ | TRI AXEL RENTAL 2 DAYS | 150.00 |
| LINEHAUL ▼ | LINEHAUL | 825.00 |

Total Charge: 1464.00

Harry McHazlett

**MAGAÑA TRANSPORT LLC**
Agents for Gulf Line Tansport SCAC ( GLFI)



Houston, TX – New Orleans, LA
Tel: 713-554-0563 Ext. 104 www.maganatransport.com

**From:** system@truckman3.com <system@truckman3.com>
**Sent:** Friday, May 17, 2019 4:04 PM
**To:** Harry McHazlett <harry@maganatransport.com>
**Subject:** 8697199

2

# Gulf Line Transport, LLC

**07/31/2020**

950 Houston Northcutt Blvd. * Suite 100 * Mount Pleasant, SC 29464 * voice: 843-849-0451 * fax: 843-881-5702

**Make checks payable to:**

**Gulf Line Transport, LLC**
**PO Box 1999**
**Valparaiso, IN 46384**
**Phone: 843-849-0451**
**Fax: 843-881-5702**
**Email: ar@carolinanational.com**

| | |
|---|---|
| **Invoice#:** | GLT-8697134-GHO |
| **Invoice Date:** | 05/22/2019 |
| **Terms:** | 21 |
| **Due Date:** | 06/12/2019 |
| **Manifest#:** | |
| **Reference#:** | 2042206 |

Bill to:
FALCONE GLOBAL SOLUTIONS, LLC
ACCOUNTING@FACLONEGLOBAL.COM
TAYLOR@FALCONEGLOBAL.COM
Attention: 3348 PEACHTREE ROAD, NE TOWER
ATLANTA, GA 30326

| Load# | Info | Date | Description | | Amount |
|---|---|---|---|---|---|
| GLT-8697134-GHO | **PU Cont:** HLXU-3534629<br>**Cust Ref#:** 2042206<br>**BL/BK:** HLCULIV190345681<br>**Chassis:** TESZ290415 | 05/15/2019 | BARBOURS CUT TERMINAL<br>1700 E BARBOURS CUT BLVD<br>LA PORTE, TX 77571-3025 | **To** FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238 | |
| | Tri-Axle Fee | | | | $150.00 |
| | FUEL | | | | $264.00 |
| | TRI AXEL RENTAL 2 DAYS | | | | $150.00 |
| | LINEHAUL | | | | $825.00 |
| | Chassis Split | | | | $75.00 |
| **Subtotal:** | | | | | **$1,464.00** |

| | |
|---|---|
| **Total:** | **$1,464.00** |
| **Payments:** | **$0.00** |
| **Balance Due:** | **$1,464.00** |

**Payment due in 21 days from receipt of invoice**

Failure to make payment after the above mentioned days will result in an interest fee of 1.5% monthly on total balance. In addition, payments not received within the above mentioned days are subject to legal action which include but are not limited to administrative fees, court costs and attorney fees

# DELIVERY ORDER





FALCONE
GLOBAL SOLUTIONS, LLC
CUSTOMIZED SOLUTIONS TO MEET YOUR GLOBAL BUSINESS NEEDS

| BILL TO:<br>FALCONE GLOBAL SOLUTIONS LLC<br>3340 PEACHTREE ROAD NE, SUITE 1430<br>ATLANTA, GA 30326<br>404-381-8739 | DATE<br>5/10/19 | OUR REF. NO.<br>2042206 |
|---|---|---|
| | THE MERCHANDISE DESCRIBED BELOW<br>WILL BE ENTERED AND/OR FORWARDED<br>AS FOLLOWS: | |

| CARRIER<br>HLCU AEGIALI 010W | LOCATION<br>S787 BARBOURS CUT TERMINAL | ORIGIN/DESTINATION PORT<br>LONDON, ENGLAND/HOUSTON, TX |
|---|---|---|
| B/L OR AWB. NO.<br>HLCU LIV190345743 | ARRIVAL DATE<br>05/08/19 | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO:)<br>MAGANA TRANSPORT |
| | HOUSE NO.<br>PSID 000103283 | ENTRY-B/L NO.<br>BGX-2042206-5 | CUST. REF. NO.<br>14785 |

| FOR DELIVERY TO | ROUTE |
|---|---|
| FORBO LINOLEUM INC<br>JUPITER WEST A&B WEST IND CENTER<br>11240 GRADER ST.<br>DALLAS, TX 75238 | ** FORBO SHIPMENT 674052 ** |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 1,023 | FLOTEX CARPET TILES AND CARPET TILE PLANKS | 32,282 Lb | |
| | ** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507&404-381-8739 x305 ** | | |
| | DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | | |
| Container No.<br>HLXU3534629 | Container Size/Type          Weight          Quantity          Seal No.          P.O. No.<br>20 ft Dry                         14644 KG     1023 CTN        K121114          674052 | | |

| INLAND FREIGHT ▶ | PREPAID/COLLECT<br>3rd Party | Received in Good Order<br>By: |
|---|---|---|
| ORIGINAL DELIVERY ORDER | | Date:                    Time: |

PER:
Kristi Coggins

Location of Goods:
S787 BARBOURS CUT TERMINAL
1515 E BARBOURS CUT BLVD
LA PORTE, TX775713015
CHECK AVAILABILITY PHONE#: 817-825-7064

**DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE**

PHA: BCT

SCAC Code: GLFI

Steamship Line: HLC

EIR: 2536312

Date: 2019-05-14

Time: 14:30 2019-05-14 15:16

MOVE TYPE: DELIVER IMPORT

CONTAINER: HLXU3534629

ISO CODE: 22G1

LIC: 2376278

CHASSIS: TESZ290415

CHASSIS OWNER ID:

IS OWN: Y

BILL OF LADING:

SEAL: K121114

GROSS: 37323 lb

IS HAZ: N

IS OOG: N

GENSET:

TEMP:

Pickup Container from: 2376278
*** ***

Driver responsible for chassis twistlock    Do not park on crane runways

Invoice: GLT-8697134-GHO  Page:35

Cooper/Ports America (C/PA)
By: ebernard - 05/15/2019 14:38
Equipment Interchange Receipt
Gate In
Customer: HAPAG-LLOYD (AMERICA) INC.
EIR NO:4227514
EIR DATE: 05/15/19 14:37
Acceptance:HPL- APR19
Equipment:HLXU 353462- 9
Equipment Tp:U2DV
Status:AV
Comments:own chs
Trucker:GULF LINE TRANSPORT LLC

Driver ID:970008
Truck Lic #:2376278
Related:



## Carrier Confirmation

Agent#:

Shipper/PO#: 2042206

Dispatcher: hmchazlett1

Phone: 843-849-0451

Fax: 843-881-5702

Mail Delivery Documents To:

Gulfline Transport, LLC.
950 Houston Northcutt Blvd.
Suite 100
Mount Pleasant, SC 29464

Date: 05/14/2019

Load#: 8697134

| Carrier #: | | |
|---|---|---|
| Stops: | | |

| Bl/Bk #: HLCULIV190345681 | Work Order#: | Driver Ref #: | Container #: HLXU3534629 |
|---|---|---|---|
| Commodity: FLOORING | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |

| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |
|---|---|---|---|---|---|---|

**Origin 1:**

HAPAG BARBOURS CUT
1700 E. BARBOURS CUT BLVD
LA PORTE, TX 77571
Phone: 713-670-1100

Special Instructions:
Hours 07:00-18:00

**Destination 1:**

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

**Origin 2:**

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

**Destination 2:**

CALL DISPATCH FOR EMPTY RETURN OR PICK UP
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

Del Appt Date: 05/15/2019 8:00 AM

| Truck Information: | Settlement Information: *Depart - 8:45 Am* |
|---|---|
| Truck#: 970008<br>Driver: VICTOR RENTERIA | Truck#: 970008<br>Driver: VICTOR RENTERIA |

Notes

HAPAG LLOYD

**From:** system@truckman3.com <system@truckman3.com>
**Sent:** Thursday, May 16, 2019 3:13 PM
**To:** Aleta Magana <aleta@maganatransport.com>
**Subject:**

**Aleta Magana**

| | |
|---|---|
| **From:** | Cassidy Nash <cassidy.nash@falconeglobal.com> |
| **Sent:** | Friday, May 17, 2019 8:44 AM |
| **To:** | Aleta Magana |
| **Subject:** | RE: REF # 2042206  HLXU3534629 |

Approved.

Best Regards,

Cassidy Nash
Domestic Drayage Coordinator

**Falcone Global Solutions, LLC**
1628 John F. Kennedy Boulevard
Suite 401
Philadelphia, PA 19103
P: 404-381-8739 x404
F: 404-962-6971





This message and any attachments may contain CONFIDENTIAL and legally protected information.  If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others;  also, please notify the sender by replying to this message, and then delete it from your system.  All transactions are subject to the Falcone Global Companies Standard Trading Conditions (copies available on request from the Company) and which, in certain cases, exclude or limit the Company's liability and include certain indemnities benefiting the Company that supersede any and all agreements. Thank you.

**From:** Aleta Magana <aleta@maganatransport.com>
**Sent:** Thursday, May 16, 2019 4:15 PM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** REF # 2042206 HLXU3534629

## Please see attached POD and interchanges. Please confirm final charges.

| Inv. Code: | Description: | Amount: |
|---|---|---|
| CHASSIS SPLIT ▼ | Chassis Split | 75.00 |
| LINEHAUL ▼ | LINEHAUL | 825.00 |
| TRI-AXLE RENTAL ▼ | TRI AXEL RENTAL 2 DAYS | 150.00 |
| FSC ▼ | FUEL | 264.00 |
| TRI-AXLE FEE ▼ | Tri-Axle Fee | 150.00 |

Total Charge: **1464.00**

1

# Gulf Line Transport, LLC

**07/31/2020**

950 Houston Northcutt Blvd. * Suite 100 * Mount Pleasant, SC 29464 * voice: 843-849-0451 * fax: 843-881-5702

**Make checks payable to:**

**Gulf Line Transport, LLC**
**PO Box 1999**
**Valparaiso, IN 46384**
**Phone: 843-849-0451**
**Fax: 843-881-5702**
**Email: ar@carolinanational.com**

| | |
|---|---|
| **Invoice#:** | GLT-8697283-GHO |
| **Invoice Date:** | 05/29/2019 |
| **Terms:** | 21 |
| **Due Date:** | 06/19/2019 |
| **Manifest#:** | |
| **Reference#:** | 2042207 |

Bill to:
FALCONE GLOBAL SOLUTIONS, LLC
ACCOUNTING@FACLONEGLOBAL.COM
TAYLOR@FALCONEGLOBAL.COM
Attention: 3348 PEACHTREE ROAD, NE TOWER
ATLANTA, GA 30326

| Load# | Info | Date | Description | | Amount |
|---|---|---|---|---|---|
| GLT-8697283-GHO | **PU Cont:** TCKU-3693867<br>**Cust Ref#:** 2042207<br>**Chassis:** MAGZ340503 | 05/20/2019 | BARBOURS CUT TERMINAL<br>1700 E BARBOURS CUT BLVD<br>LA PORTE, TX 77571-3025 | **To** FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238 | |
| | Tri-Axle Fee | | | | $150.00 |
| | FUEL | | | | $264.00 |
| | TRI AXEL RENTAL 4 DAYS | | | | $300.00 |
| | LINEHAUL | | | | $825.00 |
| | Chassis Split | | | | $75.00 |
| **Subtotal:** | | | | | **$1,614.00** |

| | |
|---|---|
| **Total:** | **$1,614.00** |
| **Payments:** | **$0.00** |
| **Balance Due:** | **$1,614.00** |

**Payment due in 21 days from receipt of invoice**

Failure to make payment after the above mentioned days will result in an interest fee of 1.5% monthly on total balance. In addition, payments not received within the above mentioned days are subject to legal action which include but are not limited to administrative fees, court costs and attorney fees

# DELIVERY ORDER

757



**FALCONE**
GLOBAL SOLUTIONS, LLC
CUSTOMIZED SOLUTIONS TO MEET YOUR GLOBAL BUSINESS NEEDS

BILL TO:
FALCONE GLOBAL SOLUTIONS LLC
3340 PEACHTREE ROAD NE, SUITE 1430
ATLANTA, GA 30326
404-381-8739

| DATE | OUR REF. NO. |
|---|---|
| 5/10/19 | 2042207 |

THE MERCHANDISE DESCRIBED BELOW
WILL BE ENTERED AND/OR FORWARDED
AS FOLLOWS:

| CARRIER | LOCATION | ORIGIN/DESTINATION PORT |
|---|---|---|
| HLCU AEGIALI 010E | S787 BARBOURS CUT TERMINAL | LONDON, ENGLAND/HOUSTON, TX |

| B/L OR AWB. NO. | ARRIVAL DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO:) |
|---|---|---|---|
| HLCU LIV190255193 | 05/08/19 | | MAGANA TRANSPORT |

| | HOUSE NO. | ENTRY-B/L NO. | CUST. REF. NO. |
|---|---|---|---|
| | PSID 000102180 | BGX-2042207-3 | 14593 |

| FOR DELIVERY TO | ROUTE |
|---|---|
| FORBO LINOLEUM INC<br>JUPITER WEST A&B WEST IND CENTER<br>11240 GRADER ST.<br>DALLAS, TX 75238 | ** FORBO SHIPMENT 673296 ** |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 1,104 | FLOTEX CARPET TILES AND CARPET TILE PLANKS | 42,172 Lb | |
| | ** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507&404-381-8739 x305 ** | | |
| | DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | | |
| Container No.<br>TCKU3693867 | Container Size/Type   Weight       Quantity    Seal No.      P.O. No.<br>20 ft Dry              19130 KG    1104 CTN    K121115     673296 | | |

| INLAND FREIGHT | PREPAID/COLLECT<br>3rd Party |
|---|---|

ORIGINAL DELIVERY ORDER

Kristi Coggins
PER:

Received in Good Order
By:

Date: _____   Time: _____

Location of Goods:
S787 BARBOURS CUT TERMINAL
1515 E BARBOURS CUT BLVD
LA PORTE, TX775713015
CHECK AVAILABILITY PHONE#: 817-825-7064

**DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE**



PHA: BCT      EIR: 2545611

SCAC Code: GLFI      Date: 2019-05-17

Steamship Line: HLC      Time: 13:36 2019-05-17 14:03

MOVE TYPE: DELIVER IMPORT

| | | |
|---|---|---|
| CONTAINER: TCKU3693867 | ISO CODE: 22G1 | LIC: 2610942 |
| CHASSIS: MAGZ340503 | CHASSIS OWNER ID: | IS OWN: Y |
| BILL OF LADING: | SEAL: K121115 | GROSS: 47002 lb |
| | IS HAZ: N | IS OOG: N |
| GENSET: | TEMP: | |

Pickup Container from: 2610942
*** ***

Driver responsible for chassis twistlocks      Do not park on Crane Runways

## Carrier Confirmation

Agent#:

Shipper/PO#: 2042207

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

| Mail Delivery Documents To: |
|---|
| Gulfline Transport, LLC. |
| 950 Houston Northcutt Blvd. |
| Suite 100 |
| Mount Pleasant, SC 29464 |

Date: 05/16/2019

Load#: 8697283

| Carrier #: | | | |
|---|---|---|---|
| Stops: | | | |
| BI/Bk #: | Work Order#: | Driver Ref #: 673301 | Container #: TCKU3693867 |
| Commodity: FLOORING | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |
| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |

| Origin 1: | Destination 1: |
|---|---|
| HAPAG BARBOURS CUT | FORBO LINOLEUM INC |
| 1700 E. BARBOURS CUT BLVD | 11240 GRADER ST |
| LA PORTE, TX 77571 | DALLAS, TX 75238 |
| Phone: 713-670-1100 | Phone: 214-221-0788 SAL |
| Special Instructions: | |
| Hours 07:00-18:00 | |

| Origin 2: | Destination 2: |
|---|---|
| FORBO LINOLEUM INC | CALL DISPATCH FOR EMPTY RETURN OR PICK UP |
| 11240 GRADER ST | 7002 SOUTH LAKE HOUSTON PKWY |
| DALLAS, TX 75238 | HOUSTON, TX 77049 |
| Phone: 214-221-0788 SAL | Phone: 713-554-0563 |
| | Del Appt Date: 05/20/2019 8:00 AM |

Depart Time - 9:20

| Truck Information: | Settlement Information: |
|---|---|
| Truck#: 970002 | Truck#: 970002 |
| Driver: ALFONSO GARCIA | Driver: ALFONSO GARCIA |

### Notes

HAPAG LLOYD

*Monday*

Agent#:

Shipper/PO#: 2042207

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

Carrier #:

Stops:

Bl/Bk #:

## Carrier Confirmation

Mail Delivery Documents To:

Gulfline Transport, LLC.
950 Houston Northcutt Blvd.
Suite 100
Mount Pleasant, SC 29464

Date: 05/16/2019

Load#: 8697283

| | | |
|---|---|---|
| Commodity: FLOORING | Work Order#: | Driver Ref #: 673301 | Container #: TCKU3693867 |
| Vessel: | Seal#: | Weight: 0 | Chassis: |
| | Equipment: 20 | Pieces: 0 | LDFT: |
| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |

Origin 1:

HAPAG BARBOURS CUT
1700 E. BARBOURS CUT BLVD
LA PORTE, TX 77571
Phone: 713-670-1100

Special Instructions:
Hours 07:00-18:00

Destination 1:

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0786 SAL

Origin 2:

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0786 SAL

Destination 2:

CALL DISPATCH FOR EMPTY RETURN OR PICK UP
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

Del Appt Date: 05/20/2019 8:00 AM

Truck Information:

Truck#: 970002
Driver: ALFONSO GARCIA

Settlement Information: *Depart Time - 9:20*

Truck#: 970002
Driver: ALFONSO GARCIA

HAPAG LLOYD

Notes

*Manbuy*

10. Make sure trip # and tractor # are on all fuel tickets and toll receipts.

Agent#:

Shipper/PO#: 2042207

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

**Carrier Confirmation**

Mail Delivery Documents To:

Gulfline Transport, LLC.
950 Houston Northcutt Blvd.
Suite 100
Mount Pleasant, SC 29464

Date: 05/16/2019

Load#: 8697283

| | | |
|---|---|---|
| Carrier #: | | |
| Stops: | | |
| Bl/Bk #: | Work Order#: | Driver Ref #: 673301 | Container #: TCKU/3693867 |
| Commodity: FLOORING | Seal#: | Weight: 0 | Chassis: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |
| Pick-up #: | cod: | Prebill: | Prepay: | fgt coll: | Pallets: | Pallet Qty: |

Origin 1:

HAPAG BARBOURS CUT
1700 E. BARBOURS CUT BLVD
LA PORTE, TX 77571
Phone: 713-670-1100

Special Instructions:
Hours 07:00-18:00

Destination 1:

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0786 SAL

Origin 2:

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0786 SAL

Destination 2:

CALL DISPATCH FOR EMPTY RETURN OR PICK UP
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

Del Appt Date: 05/20/2019 8:00 AM

Truck Information:

Truck#: 970002
Driver: ALFONSO GARCIA

Settlement Information: *Depart Time- 9:20*

Truck#: 970002
Driver: ALFONSO GARCIA

Notes

HAPAG LLOYD

*Manby*

10. Make sure trip # and tractor # are on all fuel tickets and toll receipts.

Cooper/Ports America (C/PA)
By: asaenz - 05/20/2019 16:34
Equipment Interchange Receipt
Gate In
Customer: HAPAG- LLOYD (AMERICA) INC.
EIR NO:4230113
EIR DATE: 05/20/19 16:34
Acceptance:HPL- APR19
Equipment:TCKU 369386- 7
Equipment Tp:U2DV
Status:AV
Comments:own chassis
Trucker:GULF LINE TRANSPORT LLC

Driver ID:970002
Truck Lic #:2610942
Related:

970002

# Cooper/Ports America (C/PA)
## By: asaenz - 05/20/2019 16:34
## Equipment Interchange Receipt
## Gate In

**Customer: HAPAG- LLOYD (AMERICA) INC.**

**EIR NO:4230113**

**EIR DATE: 05/20/19 16:34**

**Acceptance:HPL- APR19**

**Equipment:TCKU 369386- 7**

**Equipment Tp:U2DV**

**Status:AV**

**Comments:own chassis**

**Trucker:GULF LINE TRANSPORT LLC**

**Driver ID:970002**

**Truck Lic #:2610942**

**Related:**

970002

**From:** system@truckman3.com <system@truckman3.com>
**Sent:** Friday, May 24, 2019 2:40 PM
**To:** Aleta Magana <aleta@maganatransport.com>
**Subject:**

2

**Aleta Magana**

| | |
|---|---|
| **From:** | Cassidy Nash <cassidy.nash@falconeglobal.com> |
| **Sent:** | Friday, May 24, 2019 3:07 PM |
| **To:** | Aleta Magana |
| **Subject:** | RE: REF # 2042207  tcku3693867 |

Approved!

Best Regards,

Cassidy Nash
Domestic Drayage Coordinator

**Falcone Global Solutions, LLC**
1628 John F. Kennedy Boulevard
Suite 401
Philadelphia, PA 19103
P: 404-381-8739 x404
F: 404-962-6971







This message and any attachments may contain CONFIDENTIAL and legally protected information. If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others;  also, please notify the sender by replying to this message, and then delete it from your system.  All transactions are subject to the Falcone Global Companies Standard Trading Conditions (copies available on request from the Company) and which, in certain cases, exclude or limit the Company's liability and include certain indemnities benefiting the Company that supersede any and all agreements. Thank you.

**From:** Aleta Magana <aleta@maganatransport.com>
**Sent:** Friday, May 24, 2019 3:44 PM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** REF # 2042207 tcku3693867

## Please see attached POD . Please confirm final charges.

| Inv. Code: | Description: | Amount: |
|---|---|---|
| CHASSIS SPLIT ▼ | Chassis Split | 75.00 |
| LINEHAUL ▼ | LINEHAUL | 825.00 |
| TRI-AXLE RENTAL ▼ | TRI AXEL RENTAL 4 DAYS | 300.00 |
| FSC ▼ | FUEL | 264.00 |
| TRI-AXLE FEE ▼ | Tri-Axle Fee | 150.00 |
| | **Total Charge:** | **1614.00** |

1

# Gulf Line Transport, LLC

**07/31/2020**

950 Houston Northcutt Blvd. * Suite 100 * Mount Pleasant, SC 29464 * voice: 843-849-0451 * fax: 843-881-5702

**Make checks payable to:**

**Gulf Line Transport, LLC**
**PO Box 1999**
**Valparaiso, IN 46384**
**Phone: 843-849-0451**
**Fax: 843-881-5702**
**Email: ar@carolinanational.com**

| | |
|---|---|
| **Invoice#:** | GLT-8661868-GHO |
| **Invoice Date:** | 05/29/2019 |
| **Terms:** | 21 |
| **Due Date:** | 06/19/2019 |
| **Manifest#:** | |
| **Reference#:** | 2042236 |

Bill to:
FALCONE GLOBAL SOLUTIONS, LLC
ACCOUNTING@FACLONEGLOBAL.COM
TAYLOR@FALCONEGLOBAL.COM
Attention: 3348 PEACHTREE ROAD, NE TOWER
ATLANTA, GA 30326

| Load# | Info | Date | Description | | Amount |
|---|---|---|---|---|---|
| GLT-8661868-GHO | **PU Cont:** CAXU-3339985 | 05/20/2019 | BAYPORT TERMINAL 12619 PORT RD SEABROOK, TX 77586 | **To** FORBO LINOLEUM INC 11240 GRADER ST DALLAS, TX 75238 | |
| | **Weight(lbs):** 35648 | | | | |
| | **Cust Ref#:** 2042236 | | | | |
| | **BL/BK:** CMDURTM0908346 | | | | |
| | **Chassis:** TNPZ207260 | | | | |
| | LINEHAUL | | | | $825.00 |
| | CHASSIS RENTAL | | | | $120.00 |
| | FUEL | | | | $264.00 |
| **Subtotal:** | | | | | **$1,209.00** |

| | |
|---|---|
| **Total:** | **$1,209.00** |
| **Payments:** | **$0.00** |
| **Balance Due:** | **$1,209.00** |

**Payment due in 21 days from receipt of invoice**

Failure to make payment after the above mentioned days will result in an interest fee of 1.5% monthly on total balance. In addition, payments not received within the above mentioned days are subject to legal action which include but are not limited to administrative fees, court costs and attorney fees

# DELIVERY ORDER



773

| DATE | OUR REF. NO. |
|---|---|
| 5/13/19 | 2042236 |

THE MERCHANDISE DESCRIBED BELOW
WILL BE ENTERED AND/OR FORWARDED
AS FOLLOWS:

**BILL TO:**
FALCONE GLOBAL SOLUTIONS LLC
3340 PEACHTREE ROAD NE, SUITE 1430
ATLANTA, GA 30326
404-381-8739

| CARRIER | LOCATION | ORIGIN/DESTINATION PORT |
|---|---|---|
| CMDU CMA CGM FLORIDA SE1MA | V136 BAYPORT CONTAINER TERMIN | ROTTERDAM, NETHERLAN/HOUSTON, T |

| B/L OR AWB. NO. | ARRIVAL DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO:) |
|---|---|---|---|
| CMDU RTM0908346 | 05/12/19 | | MAGANA TRANSPORT |

| | HOUSE NO. | ENTRY-B/L NO. | CUST. REF. NO. |
|---|---|---|---|
| | CMDU RTM0909926 | BGX-2042236-2 | 14880 |

**FOR DELIVERY TO**

FORBO LINOLEUM INC
JUPITER WEST A&B WEST IND CENTER
11240 GRADER ST.
DALLAS, TX 75238

ROUTE

** FOROB SHIPMENT 675167 **

| NO. OF PKGS. | DESCRIPTION OF ARTICLES. SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 53 | FLOOR COVERINGS AND ACCESSORIES | 35,648 Lb | |
| | ** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507&404-381-8739 x305 ** | | |
| | DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | | |
| Container No. CAXU3339985 | Container Size/Type  Weight  Quantity  Seal Nos.  P.O. Nos 20 ft | | |

**INLAND FREIGHT**

PREPAID/COLLECT
**3rd Party**

ORIGINAL DELIVERY ORDER

Kristi Coggins
**PER:**

Received in Good Order
By:

Date:          Time:

Location of Goods:
V136 BAYPORT CONTAINER TERMINAL
12619 PORT ROAD
PASADENA, TX77586
CHECK AVAILABILITY PHONE#: 877-556-6308

**DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE**

PHA: Bayport  EIR: 6437348
SCAC Code: GLFI  Date: 2019-05-20
Steamship Line: CMA  Time: 16:36 2019-05-20 17:01

MOVE TYPE: RECEIVE EMPTY

CONTAINER: CAXU3339985  ISO CODE: 22G1  LIC: 2414504
CHASSIS: TNPZ207260  CHASSIS OWNER ID: TLI  IS OWN: Y

EDO/BOOKING:  SEAL:  GROSS: 4900 lb

IS HAZ: N  IS OOG: N

Cooper/Ports America (C/PA)
By: asaenz2 - 05/20/2019 17:17
Equipment Interchange Receipt
Gate In
Depot: IMS2
Customer: TRAC Intermodal
EIR NO:4230152
EIR DATE: 05/20/19 17:16
Acceptance:TRAC- APR19
Trucker:GULF LINE TRANSPORT LLC
Carrier Lic:970005    2414520
Equipment:TNPZ 207260-
Equipment Tp:Z2SL
Status:AV
Comments:
DMG/Comments:
Load Flag:Empty
Gross Wt: 0
CH Lic:3915071
CH Lic ST:ME
CH Lic EXP:
FHWA:


Signature

# Gulf Line Transport, LLC

**GULF LINE TRANSPORT**

## DELIVERY RECEIPT

**CORPORATE OFFICE**
P.O. Box 1510 - Mt. Pleasant, SC 29464
(843) 849-0451

TRIP NO. 866 1868

CONTAINER NO. CAXU 3359985

B/L SHIPPERS NO.

CHASSIS NO.

# TMZ 207260

DELIVERY/PICK-UP DATE

FINAL DESTINATION
Dallas

Terminal _Houston_

FROM
Magna Transport Terminal
7062 S. Lake Houston Hwy
Houston, TX 77049
(Where You Picked Up)

TO
Forbo Linoleum INC
11240 Grader St.
Dallas, TX 75238
(Where You Delivered)

SEAL #

| CONTROL | | | |
|---|---|---|---|
| PCS | DESCRIPTION | | WEIGHT |
| 1 | CONTAINER / TRL. LOAD | SEAL # HO107148 | |
| | SEAL INTACT | | |
| 1 | EMPTY CONTAINER / TRL. | | |
| | SKIDS | | |
| | PALLETS | | |
| | SLIPSHEETS | | |

APPOINTMENT TIME: 9:00

ARRIVAL TIME: 8:50

TIME STARTED
LOADING/UNLOADING:

TIME COMPLETED: 10:45

ACCESSORIAL AUTHORIZATION

NAME

NUMBER

RECEIVED IN GOOD CONDITION & VERIFYING TIME:

SIGNATURE OF SHIPPER/RECEIVER

DRIVERS NAME: Kendrick Leslie

UNIT NO.: 9100S

DATE DELIVERED: 5-20-19

| DRIVER LOADED | DRIVER UNLOADED |
|---|---|
| | |

**NOTICE:** CUSTOMER IS RESPONSIBLE FOR ALL DETENTION CHARGES AFTER 48 HOURS. CAROLINA NATIONAL TRANSPORTATION MUST BE NOTIFIED WHEN TRAILER IS EMPTY.

PHA: Bayport
SCAC Code: GLFI
Steamship Line: CMA

EIR: 6437348
Date: 2019-05-20
Time: 16:36 2019-05-20 17:01

MOVE TYPE: RECEIVE EMPTY

CONTAINER: CAXU3339085
CHASSIS: TNPZ207260
EDO/BOOKING:

ISO CODE: 22G1
CHASSIS OWNER ID: TLI

LIC: 2414504
IS OWN: Y
GROSS: 4900 lb

SEAL:

IS HAZ: N

IS OOG: N

**PHA: Bayport**
**SCAC Code: GLFI**
Steamship Line: CMA

**EIR: 6426952**
**Date: 2019-05-17**
**Time: 09:55 2019-05-17 10:29**

**MOVE TYPE: DELIVER IMPORT**

| | | |
|---|---|---|
| **CONTAINER:** CAXU3339985 | **ISO CODE:** 22G1 | **LIC:** R309851 |
| **CHASSIS:** TNPZ207260 | **CHASSIS OWNER ID:** TLI | **IS OWN:** N |
| **BILL OF LADING:** | **SEAL:** H0107148 | **GROSS:** 40476 lb |
| | **IS HAZ:** N | **IS OOG:** N |
| | **TEMP:** | |

**GENSET:** 

**Pickup Container from: R309851**
**\*\*\* \*\*\***

Driver responsible for chassis twistlocks        Do not park on Crane Runways

# Gulf Line Transport, LLC

## DELIVERY RECEIPT

**CORPORATE OFFICE**
P.O. Box 1510 • Mt. Pleasant, SC 29464
(843) 849-0451

TRIP NO. 8661868

CONTAINER NO. CAXU3339995

CHASSIS NO.

B/L SHIPPERS NO.

FINAL DESTINATION: TXIZ207240 Dallas

DELIVERY/PICK-UP DATE

Terminal Houston _(Where You Picked Up)_

**FROM:** Magna Transport Terminal
7062 S. Lake Houston Pkwy
Houston, TX 77049

**TO:** Forbo Linoleum INC
11240 Grader St.
Dallas, TX 75238 _(Where You Delivered)_

SEAL #

| CONTROL | | | | WEIGHT |
|---|---|---|---|---|
| PCS | DESCRIPTION | | | |
| 1 | CONTAINER / TRL. LOAD | SEAL # HD107148 | | |
| | SEAL INTACT | | | |
| 1 | EMPTY CONTAINER / TRL. | | | |
| | SKIDS | | | |
| | PALLETS | | | |
| | SLIPSHEETS | | | |

APPOINTMENT TIME: 9:00

ARRIVAL TIME: 8:50

TIME STARTED LOADING/UNLOADING:

TIME COMPLETED: 10:45

RECEIVED IN GOOD CONDITION & VERIFYING TIME:

### ACCESSORIAL AUTHORIZATION

NAME

NUMBER

DRIVERS NAME: Kendrick Leals

UNIT NO.: 970005

DATE DELIVERED: 5-20-19

| DRIVER LOADED | DRIVER UNLOADED |
|---|---|
| | |

**NOTICE:** CUSTOMER IS RESPONSIBLE FOR ALL DETENTION CHARGES AFTER 48 HOURS. CAROLINA NATIONAL TRANSPORTATION MUST BE NOTIFIED WHEN TRAILER IS EMPTY.

SIGNATURE OF SHIPPER/RECEIVER

**Aleta Magana**

| | |
|---|---|
| **From:** | Cassidy Nash <cassidy.nash@falconeglobal.com> |
| **Sent:** | Tuesday, May 28, 2019 1:32 PM |
| **To:** | Aleta Magana |
| **Subject:** | RE: ref # 2042236  caxu3339985 |

Approved with thanks!

(Please let me know about tomorrow's deliveries when you can... Forbo is bothering for them, lol.)

Best Regards,

Cassidy Nash
Domestic Drayage Coordinator

**Falcone Global Solutions, LLC**
1628 John F. Kennedy Boulevard
Suite 401
Philadelphia, PA 19103
P: 404-381-8739 x404
F: 404-962-6971





This message and any attachments may contain CONFIDENTIAL and legally protected information. If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others: also, please notify the sender by replying to this message, and then delete it from your system. All transactions are subject to the Falcone Global Companies Standard Trading Conditions (copies available on request from the Company) and which, in certain cases, exclude or limit the Company's liability and include certain indemnities benefiting the Company that supersede any and all agreements. Thank you.

**From:** Aleta Magana <aleta@maganatransport.com>
**Sent:** Tuesday, May 28, 2019 2:31 PM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** ref # 2042236 caxu3339985

Hi Cassidy,

Please see POD etc. Please confirm charges below.

| Inv. Code: | | Description: | Amount: |
|---|---|---|---|
| FSC | ▼ | FUEL | 264.00 |
| CHASSIS RENTAL | ▼ | CHASSIS RENTAL | 120.00 |
| LINEHAUL | ▼ | LINEHAUL | 825.00 |
| | | **Total Charge:** | **1209.00** |

1

**From:** system@truckman3.com <system@truckman3.com>
**Sent:** Tuesday, May 28, 2019 1:29 PM
**To:** Aleta Magana <aleta@maganatransport.com>
**Subject:**

2

# Gulf Line Transport, LLC

**07/31/2020**

950 Houston Northcutt Blvd. * Suite 100 * Mount Pleasant, SC 29464 * voice: 843-849-0451 * fax: 843-881-5702

**Make checks payable to:**

**Gulf Line Transport, LLC**
**PO Box 1999**
**Valparaiso, IN 46384**
**Phone: 843-849-0451**
**Fax: 843-881-5702**
**Email: ar@carolinanational.com**

| | |
|---|---|
| **Invoice#:** | GLT-8697175-GHO |
| **Invoice Date:** | 05/29/2019 |
| **Terms:** | 21 |
| **Due Date:** | 06/19/2019 |
| **Manifest#:** | |
| **Reference#:** | 2042208 |

Bill to:
FALCONE GLOBAL SOLUTIONS, LLC
ACCOUNTING@FACLONEGLOBAL.COM
TAYLOR@FALCONEGLOBAL.COM
Attention: 3348 PEACHTREE ROAD, NE TOWER
ATLANTA, GA 30326

| Load# | Info | Date | Description | | Amount |
|---|---|---|---|---|---|
| GLT-8697175-GHO | **PU Cont:** GLDU-9915771 <br> **Cust Ref#:** 2042208 <br> **Chassis:** TRPZ150122 | 05/17/2019 | BARBOURS CUT TERMINAL <br> 1700 E BARBOURS CUT BLVD <br> LA PORTE, TX 77571-3025 | To   FORBO LINOLEUM INC <br> 11240 GRADER ST <br> DALLAS, TX 75238 | |
| | Tri-Axle Fee | | | | $150.00 |
| | FUEL | | | | $264.00 |
| | TRI AXEL RENTAL 2 DAYS | | | | $150.00 |
| | LINEHAUL | | | | $825.00 |
| | Chassis Split | | | | $125.00 |
| **Subtotal:** | | | | | **$1,514.00** |

| | |
|---|---|
| **Total:** | **$1,514.00** |
| **Payments:** | **$0.00** |
| **Balance Due:** | **$1,514.00** |

**Payment due in 21 days from receipt of invoice**

Failure to make payment after the above mentioned days will result in an interest fee of 1.5% monthly on total balance. In addition, payments not received within the above mentioned days are subject to legal action which include but are not limited to administrative fees, court costs and attorney fees

# DELIVERY ORDER





| | DATE | OUR REF. NO. |
|---|---|---|
| BILL TO:<br>FALCONE GLOBAL SOLUTIONS LLC<br>3340 PEACHTREE ROAD NE, SUITE 1430<br>ATLANTA, GA 30326<br>404-381-8739 | 5/10/19 | 2042208 |
| | THE MERCHANDISE DESCRIBED BELOW<br>WILL BE ENTERED AND/OR FORWARDED<br>AS FOLLOWS: | |

| CARRIER | LOCATION | ORIGIN/DESTINATION PORT |
|---|---|---|
| HLCU AEGIALI 010W | S787 BARBOURS CUT TERMINAL | LONDON, ENGLAND/HOUSTON, TX |

| B/L OR AWB. NO. | ARRIVAL DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO:) |
|---|---|---|---|
| HLCU LIV190255277 | 05/08/19 | | MAGANA TRANSPORT |

| HOUSE NO. | ENTRY-B/L NO. | CUST. REF. NO. |
|---|---|---|
| PSID 000102182 | BGX-2042208-1 | 14602 |

| FOR DELIVERY TO | ROUTE |
|---|---|
| FORBO LINOLEUM INC<br>JUPITER WEST A&B WEST IND CENTER<br>11240 GRADER ST.<br>DALLAS, TX 75238 | ** FORBO SHIPMENT 673301 ** |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 1,114 | FLOTEX CARPET TILES AND CARPET TILE PLANKS | 42,390 Lb | |
| | ** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507&404-381-8739 x305 ** | | |
| | DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | | |
| Container No.<br>GLDU9915771 | Container Size/Type  Weight  Quantity  Seal No.  P.O. No.<br>20 ft Dry  19228 KG  1114 CTN  K1211113  673301 | | |

**INLAND FREIGHT**

| PREPAID/COLLECT |
|---|
| 3rd Party |

ORIGINAL DELIVERY ORDER

| Kristi Coggins |
|---|
| PER: |

Location of Goods:
S787 BARBOURS CUT TERMINAL
1515 E BARBOURS CUT BLVD
LA PORTE, TX775713015
CHECK AVAILABILITY PHONE#: 817-825-7064

Received In Good Order
By: _____

Date: _____  Time: _____

**DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE**



Cooper/Ports America (C/PA)
By: kshifflet - 05/17/2019 15:15
Equipment Interchange Receipt
Gate In
Customer: HAPAG- LLOYD (AMERICA) INC.
EIR NO:4229484
EIR DATE: 05/17/19 15:14
Acceptance:HPL- APR19
Equipment:GLDU 991577- 1
Equipment Tp:U2DV
Status:AV
Comments:
Trucker:GULF LINE TRANSPORT LLC

Driver ID:970013
Truck Lic #:r379316
Related:



PHA: BCT
SCAC Code: GLFI
Steamship Line: HLC

MOVE TYPE: DELIVER IMPORT

CONTAINER: GLDU9915771
CHASSIS: TRPZ150122

BILL OF LADING:

GENSET:

EIR: 2542979
Date: 2019-05-16
Time: 14:41 2019-05-16 15:03

ISO CODE: 22G1
CHASSIS OWNER ID:

SEAL: K121113

IS HAZ: N

TEMP:

LIC: R379316
IS OWN: Y

GROSS: 46825 lb

IS OOG: N

Pickup Container from: R379316
*** ***

Driver responsible for chassis twistlocks          Do not park on Crane Runways

760

## Carrier Confirmation

Date: 05/16/2019

Load#: 8697175

| | | |
|---|---|---|
| gent#: | **Mail Delivery Documents To:** | |
| hipper/PO#: 2042208 | | Darien |
| spatcher: amagana1 | Gulfline Transport, LLC. | Fri |
| hone: 843-849-0451 | 950 Houston Northcutt Blvd. | |
| ax: 843-881-5702 | Suite 100 | |
| arrier #: | Mount Pleasant, SC 29464 | |
| tops: | | |

| l/Bk #: | Work Order#: | Driver Ref #: 673301 | Container #: GLDU9915771 |
|---|---|---|---|
| Commodity: FLOORING | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |
| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |

| Origin 1: | Destination 1: |
|---|---|
| HAPAG BARBOURS CUT | FORBO LINOLEUM INC |
| 1700 E. BARBOURS CUT BLVD | 11240 GRADER ST |
| LA PORTE, TX 77571 | DALLAS, TX 75238 |
| Phone: 713-670-1100 | Phone: 214-221-0788 SAL |
| Special Instructions: | |
| Hours 07:00-18:00 | |

| Origin 2: | Destination 2: |
|---|---|
| FORBO LINOLEUM INC | CALL DISPATCH FOR EMPTY RETURN OR PICK UP |
| 11240 GRADER ST | 7002 SOUTH LAKE HOUSTON PKWY |
| DALLAS, TX 75238 | HOUSTON, TX 77049 |
| Phone: 214-221-0788 SAL | Phone: 713-554-0563 |
| | Del Appt Date: 05/17/2019 8:00 AM |

| Truck Information: | Settlement Information: |
|---|---|
| Truck#: 970013 | Truck#: 970013 |
| Driver: DARIEN CASTILLORODRIGUEZ | Driver: DARIEN CASTILLORODRIGUEZ |

Notes

ARivol Time 8:15 AM

Depart Time 9:30 AM

HAPAG LLOYD



## Outbound Gate Receipt

EIR No: 2863905
Customer: TRACT
Name: Trac Intermodal - TRAC SE
Date / 05/16/19 / 14:10
Depot : RTX06

1802 Highway 146 N La Porte, TX 77571
Phone: 2814700304    Fax: xxxxxxxxxx

DRIVER

TRP2 150122

| Unit Number | Type / Size CHZ / 20 Z | Condition |
| --- | --- | --- |

| VIN | License Number | State | Exp Date | FHWA | CA BIT Date |
| --- | --- | --- | --- | --- | --- |

| Out To | Empty / Loaded Empty | Trucker / SCAC GULF LINE TRANSPORT LLC / GLFI | Tractor No | Release No RGLFI1228 | On Hire Survey no |
| --- | --- | --- | --- | --- | --- |

Comments : ANY PREFIX

| POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS | POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| LOF | | /32 | Y / N | | | ROF | | /32 | Y / N | | |
| LIF | | /32 | Y / N | | | RIF | | /32 | Y / N | | |
| LOC | | /32 | Y / N | | | ROC | | /32 | Y / N | | |
| LIC | | /32 | Y / N | | | RIC | | /32 | Y / N | | |
| LOR | | /32 | Y / N | | | ROR | | /32 | Y / N | | |
| LIR | | /32 | Y / N | | | RIR | | /32 | Y / N | | |

DATE OF INTERCHANGE IS NOT NECESSARILY DATE OF OFF HIRE, REFER TO LEASE AGREEMENT

ConGlobal Industries

NAME (PRINT) _____

SIGNATURE _____ DATE _____

FOR RECEIVING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE.

NAME (PRINT) _____

SIGNATURE _____ DATE _____

Invoice: GLT-8697175-GHO  Page:16



# ConGlobal
INDUSTRIES

1802 Highway 146 N La Porte, TX 77571
Phone: (281) 470-0304    Fax: (xxx) xxx-xxxx

## Inbound Gate Receipt

EIR No: 2865948
Customer: TRACT
Name: Trac Intermodal - TRAC SEI
Date / 05/17/19 / 15:39
Depot: RTX06

DRIVER

| Unit Number | Type / Size | Condition |
|---|---|---|
| TRPZ 150122 - | CHZ / 20 ZTR | UN |

| VIN | License Number | State | Exp Date | FHWA |
|---|---|---|---|---|
| X | 2315262 | ME | 02/23 | 07/15/18 |

| Empty / Loaded | Trucker / SCAC | Acceptance No | Tractor No |
|---|---|---|---|
| Empty | GULF LINE / GLFI | | |

| In From | Lessee | On Hire Date | Dpp |
|---|---|---|---|
| | | | 0 |

Comments:

## SUBJECT TO FURTHER INSPECTION

| No | COMP | LOC | DMG | REP | LENGTH | WIDTH | Qty | P | Description | HRS | MAT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |

### TIRE CONDITON

| POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS | POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOF | | /32 | Y / N | | | ROF | | /32 | Y / N | | |
| LIF | | /32 | Y / N | | | RIF | | /32 | Y / N | | |
| LOC | | /32 | Y / N | | | ROC | | /32 | Y / N | | |
| LIC | | /32 | Y / N | | | RIC | | /32 | Y / N | | |
| LOR | | /32 | Y / N | | | ROR | | /32 | Y / N | | |
| LIR | | /32 | Y / N | | | RIR | | /32 | Y / N | | |

FOR DELIVERING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE.

NAME (PRINT) _____

SIGNATURE _____ DATE _____

FOR RECEIVING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE.

NAME (PRINT) _____

SIGNATURE _____ DATE _____

Cooper/Ports America (C/PA)
By: kshifflet - 05/17/2019 15:15
Equipment Interchange Receipt
Gate In

Customer: HAPAG- LLOYD (AMERICA) INC.
EIR NO:4229484
EIR DATE: 05/17/19 15:14
Acceptance:HPL- APR19
Equipment:GLDU 991577- 1
Equipment Tp:U2DV
Status:AV
Comments:
Trucker:GULF LINE TRANSPORT LLC

Driver ID:970013
Truck Lic #:r379316
Related:



PHA: BCT

SCAC Code: GLFI

Steamship Line: HLC

EIR: 2542979

Date: 2019-05-16

Time: 14:41 2019-05-16 15:03

MOVE TYPE: DELIVER IMPORT

CONTAINER: GLDU9915771          ISO CODE: 22G1          LIC: R379316

CHASSIS: TRPZ150122          CHASSIS OWNER ID:          IS OWN: Y

BILL OF LADING:          SEAL: K121113          GROSS: 46825 lb

          IS HAZ: N          IS OOG: N

GENSET:          TEMP:

Pickup Container from: R379316

*** ***

Driver responsible for chassis twistlocks          Do not park on Crane Runways

## Carrier Confirmation

**Mail Delivery Documents To:**

Gulfline Transport, LLC.
950 Houston Northcutt Blvd.
Suite 100
Mount Pleasant, SC 29464

Date: 05/16/2019

Load#: 8697175

Agent#:

Shipper/PO#: 2042208

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

| Carrier #: | | | |
|---|---|---|---|
| Stops#: | | | |
| BI/Bk #: | Work Order#: | Driver Ref #: 673301 | Container #: GLDU9915771 |
| Commodity: FLOORING | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |
| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |

**Origin 1:**

HAPAG BARBOURS CUT
1700 E. BARBOURS CUT BLVD
LA PORTE, TX 77571
Phone: 713-670-1100

Special Instructions:
Hours 07:00-18:00

**Destination 1:**

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

**Origin 2:**

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

**Destination 2:**

CALL DISPATCH FOR EMPTY RETURN OR PICK UP
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

Del Appt Date: 05/17/2019 8:00 AM

**Truck Information:**

Truck#: 970013
Driver: DARIEN CASTILLORODRIGUEZ

**Settlement Information:**

Truck#: 970013
Driver: DARIEN CASTILLORODRIGUEZ

Notes

HAPAG LLOYD

*Arival Time 8:15 A*
*Depart-Time 9:30*



## Inbound Gate Receipt

**ConGlobal** INDUSTRIES

1802 Highway 146 N La Porte, TX 77571
Phone: (281) 470-0304    Fax: (xxx) xxx-xxxx

EIR No: 2865948
Customer: TRACT
Name: Trac Intermodal - TRAC SEI
Date / 05/17/19 / 15:39
Depot: RTX06

DRIVER

| Unit Number | Type / Size | Condition |
|---|---|---|
| TRPZ 150122 - | CHZ / 20 ZTR | UN |

| VIN | License Number | State | Exp Date | FHWA |
|---|---|---|---|---|
| X | 2315262 | ME | 02/23 | 07/15/18 |

| Empty / Loaded | Trucker / SCAC | Acceptance No | Tractor No |
|---|---|---|---|
| Empty | GULF LINE / GLFI | | |

| In From | Lessee | On Hire Date | Dpp |
|---|---|---|---|
| | | | 0 |

Comments:

## SUBJECT TO FURTHER INSPECTION

| No | COMP | LOC | DMG | REP | LENGTH | WIDTH | Qty | P | Description | HRS | MAT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |

### TIRE CONDITON

| POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS | POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOF | | /32 | Y / N | | | ROF | | /32 | Y / N | | |
| LIF | | /32 | Y / N | | | RIF | | /32 | Y / N | | |
| LOC | | /32 | Y / N | | | ROC | | /32 | Y / N | | |
| LIC | | /32 | Y / N | | | RIC | | /32 | Y / N | | |
| LOR | | /32 | Y / N | | | ROR | | /32 | Y / N | | |
| LIR | | /32 | Y / N | | | RIR | | /32 | Y / N | | |

FOR DELIVERING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE.

NAME (PRINT) _____

SIGNATURE _____ DATE _____

FOR RECEIVING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE.

NAME (PRINT) _____

SIGNATURE _____ DATE _____

**Aleta Magana**

| | |
|---|---|
| **From:** | Cassidy Nash <cassidy.nash@falconeglobal.com> |
| **Sent:** | Thursday, May 23, 2019 11:33 AM |
| **To:** | Aleta Magana |
| **Subject:** | RE: REF # 2042208  GLDU9915771 |

Approved with thanks!

Best Regards,

Cassidy Nash
Domestic Drayage Coordinator

**Falcone Global Solutions, LLC**
1628 John F. Kennedy Boulevard
Suite 401
Philadelphia, PA 19103
P: 404-381-8739 x404
F: 404-962-6971

  

This message and any attachments may contain CONFIDENTIAL and legally protected information.  If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others;  also, please notify the sender by replying to this message, and then delete it from your system.  All transactions are subject to the Falcone Global Companies Standard Trading Conditions (copies available on request from the Company) and which, in certain cases, exclude or limit the Company's liability and include certain indemnities benefiting the Company that supersede any and all agreements. Thank you.

**From:** Aleta Magana <aleta@maganatransport.com>
**Sent:** Thursday, May 23, 2019 12:31 PM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** REF # 2042208 GLDU9915771

HI Cassidy,

Please see attached POD etc on this .  If possible please confirm charges on this one asap. We did not pay the driver and need to get him paid today.

1

| Inv. Code | Description |
|---|---|
| CHASSIS SPLIT ▼ | Chassis Split |
| LINEHAUL ▼ | LINEHAUL |
| TRI-AXLE RENTAL ▼ | TRI AXEL RENTAL 2 DAYS |
| FSC ▼ | FUEL |
| TRI-AXLE FEE ▼ | Tri-Axle Fee |

**From:** system@truckman3.com <system@truckman3.com>
**Sent:** Thursday, May 23, 2019 11:28 AM
**To:** Aleta Magana <aleta@maganatransport.com>
**Subject:**

2

Invoice: GLT-8697175-GHO  Page:23

**Aleta Magana**

| | |
|---|---|
| **Sent:** | Thursday, May 23, 2019 11:31 AM |
| **To:** | Cassidy Nash |
| **Subject:** | REF # 2042208  GLDU9915771 |
| **Attachments:** | 8697175-7403651366891522.pdf; 8697175-8179222002626490.pdf; 8697175-8179238708316170.pdf; 8697175-8181305650664113.pdf |

HI Cassidy,

Please see attached POD etc on this . If possible please confirm charges on this one asap. We did not pay the driver and need to get him paid today.

| Inv. Code: | Description: | Amount: |
|---|---|---|
| CHASSIS SPLIT ▼ | Chassis Split | 125.00 |
| LINEHAUL ▼ | LINEHAUL | 825.00 |
| TRI-AXLE RENTAL ▼ | TRI AXEL RENTAL 2 DAYS | 150.00 |
| FSC ▼ | FUEL | 264.00 |
| TRI-AXLE FEE ▼ | Tri-Axle Fee | 150.00 |

Total Charge: **1514.00**

From: system@truckman3.com <system@truckman3.com>
Sent: Thursday, May 23, 2019 11:28 AM
To: Aleta Magana <aleta@maganatransport.com>
Subject:

1

# Gulf Line Transport, LLC

**07/31/2020**

950 Houston Northcutt Blvd. * Suite 100 * Mount Pleasant, SC 29464 * voice: 843-849-0451 * fax: 843-881-5702

**Make checks payable to:**

**Gulf Line Transport, LLC**
**PO Box 1999**
**Valparaiso, IN 46384**
**Phone: 843-849-0451**
**Fax: 843-881-5702**
**Email: ar@carolinanational.com**

| | |
|---|---|
| **Invoice#:** | GLT-8697163-GHO |
| **Invoice Date:** | 05/29/2019 |
| **Terms:** | 21 |
| **Due Date:** | 06/19/2019 |
| **Manifest#:** | |
| **Reference#:** | 2042209 |

Bill to:
FALCONE GLOBAL SOLUTIONS, LLC
ACCOUNTING@FACLONEGLOBAL.COM
TAYLOR@FALCONEGLOBAL.COM
Attention: 3348 PEACHTREE ROAD, NE TOWER
ATLANTA, GA 30326

| Load# | Info | Date | Description | | Amount |
|---|---|---|---|---|---|
| GLT-8697163-GHO | PU Cont: GESU-1133975<br>Cust Ref#: 2042209<br>Chassis: TeSZ290415 | 05/17/2019 | BARBOURS CUT TERMINAL<br>1700 E BARBOURS CUT BLVD<br>LA PORTE, TX 77571-3025 | To FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238 | |
| | LINEHAUL | | | | $825.00 |
| | TRI AXEL RENTAL 2 DAYS | | | | $150.00 |
| | FUEL | | | | $264.00 |
| | Tri-Axle Fee | | | | $150.00 |
| | 2 Chassis Split | | | | $125.00 |
| **Subtotal:** | | | | | **$1,514.00** |

| | |
|---|---|
| **Total:** | **$1,514.00** |
| **Payments:** | **$0.00** |
| **Balance Due:** | **$1,514.00** |

**Payment due in 21 days from receipt of invoice**

Failure to make payment after the above mentioned days will result in an interest fee of 1.5% monthly on total balance. In addition, payments not received within the above mentioned days are subject to legal action which include but are not limited to administrative fees, court costs and attorney fees

5/16 Thurs.
8am

**8697163**

# DELIVERY ORDER



759

Page 1 / 1

| | DATE | OUR REF. NO. |
|---|---|---|
| BILL TO:<br>FALCONE GLOBAL SOLUTIONS LLC<br>3340 PEACHTREE ROAD NE, SUITE 1430<br>ATLANTA, GA 30326<br>404-381-8739 | 5/10/19 | 2042209 |
| | THE MERCHANDISE DESCRIBED BELOW<br>WILL BE ENTERED AND/OR FORWARDED<br>AS FOLLOWS: | |

| CARRIER | LOCATION | ORIGIN/DESTINATION PORT |
|---|---|---|
| HLCU AEGIALI 010W | S787 BARBOURS CUT TERMINAL | LONDON, ENGLAND/HOUSTON, TX |

| BL OR AWB NO. | ARRIVAL DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO:) |
|---|---|---|---|
| HLCU LIV190313716 | 05/08/19 | | MAGANA TRANSPORT |

| | HOUSE NO. | ENTRY-B/L NO. | CUST. REF. NO. |
|---|---|---|---|
| | PSID 000102713 | BGX-2042209-9 | 14657 |

| FOR DELIVERY TO | ROUTE |
|---|---|
| FORBO LINOLEUM INC<br>JUPITER WEST A&B WEST IND CENTER<br>11240 GRADER ST.<br>DALLAS, TX 75238 | ** FORBO SHIPMENT 672507 ** |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 1,404 | FLOTEX CARPET TILES AND CARPET TILE PLANKS | 42,172 Lb | |
| | ** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507&404-381-8739 x305 ** | | |
| | DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | | |

| Container No.<br>GESU1133975 | Container Size/Type<br>20 ft Dry | Weight<br>19130 KG | Quantity<br>1404 CTN | Seal No.<br>K121118 | P.O. No.<br>672507 |
|---|---|---|---|---|---|

*Tri Axel*

*Victor Rentena*

Received in Good Order
By:

Date: _____ Time: _____

| INLAND FREIGHT | PREPAID/COLLECT<br>3rd Party |
|---|---|

ORIGINAL DELIVERY ORDER

Kristi Coggins
PER:

**DELIVERY CLERK: DELIVER TO CARRIER SHOWN ABOVE**

Location of Goods:
S787 BARBOURS CUT TERMINAL
1515 E BARBOURS CUT BLVD
LA PORTE, TX775713015
CHECK AVAILABILITY PHONE#: 817-825-7064

PHA: BCT

SCAC Code: GLFI

Steamship Line: MLC

EIR: 2539888

Date: 2019-05-15

Time: 14:55 2019-05-15 15:27



MOVE TYPE: DELIVER IMPORT

CONTAINER: GESU1133975    ISO CODE: 22G1    LIC: 2376278

CHASSIS: TESZ290415    CHASSIS OWNER ID:    IS OWN: Y

BILL OF LADING:    SEAL: K121118    GROSS: 47200 lb

   IS HAZ: N    IS OOG: N

GENSET:    TEMP:

Pickup Container from: 2376278

*** ***

Driver responsible for chassis twistlocks    Do not park on Crane Runways



# Crown Transportation and Logistics

**DELIVERY RECEIPT**

**Houston Office**
9600 New Century Drive • Pasadena, TX 77507
713-554-0563

| TRIP NO. | | |
|---|---|---|
| CHASSIS NO. | B/L SHIPPERS NO. | |
| CONTAINER NO. 1ES2290415 | DELIVERY/PICK-UP DATE | |

**FROM**
☑ Barbours Cut ☐ Bayport

500 East Barbours Cut Blvd.
LaPorte, TX 77571

12619 Port Rd.
Seabrook, TX 77586

(Where You Picked Up)

**TO**
~~Floor & Decor De~~ Forbo

~~9501 Bay Area Blvd.~~
~~Pasadena, TX 77507~~ 11245 Charles St

LIDOLE Lum Inc

DALLAS, TX

(Where You Delivered)

| CONTROL | | | | APPOINTMENT TIME: 8 Am | ACCESSORIAL AUTHORIZATION |
|---|---|---|---|---|---|
| PCS | | DESCRIPTION | | ARRIVAL TIME: 8:50 Am | NAME |
| | CONTAINER GESU 1133597-S | | | TIME STARTED LOADING/UNLOADING: | |
| | SIZE 40' 20' (TILE) | | | TIME COMPLETED: 10:00 Am | NUMBER |
| | SEAL | | | | |
| | REFERENCE # 8697163 | | | | |

DRIVERS NAME: VICTOR K.

UNIT NO.: 970038

DATE DELIVERED: 5/16/19

RECEIVED IN GOOD CONDITION & VERIFY TIME:

SIGNATURE OF SHIPPER/RECEIVER

| DEPOT/LOCATION | DATE (MM/DD/YY) | IN | OUT | TIME | NO. |
|---|---|---|---|---|---|
| CGL Maza Shell | 05 17 19 | X | | 9:22 | 28647761 |

| CHASSIS NUMBER | SEE NAME/CODE | REDELIVERY RELEASE# |
|---|---|---|
| TES 29045 | Gulf Line | TESL - 2019 |

| LICENSE PLATE | YEAR | REG YR | LAST FHWA | LAST BIT | MILEAGE |
|---|---|---|---|---|---|
| | | | Month/Year | Month/Year | |

**CHECK FOR THESE DEFECTS BELOW**

OPTIONS:
- ☐ TRIAXLE
- ☐ SPREAD AXLE TANDEM
- ☐ CLOSED TANDEMAXLE
- ☐ AIR RIDE
- ☐ LIFT KIT
- ☐ PSI

PAINT CONDITION:
- ☐ VERY GOOD
- ☐ SATISFACTORY
- ☐ POOR

| | BATT. POS | RECAP | | BRAND | TREAD | PSI | REMARKS | | BRAKES | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | /32 | | | 1/4 | 1/2 | 3/4 | NEW | HIGH | OK | LOW |
| R.O. FRONT | | | | Yokohama | /32 | | | 1/4 | 1/2 | 3/4 | NEW | HIGH | OK | LOW |
| R.I. FRONT | | | | Linex | 8 /32 | | | 1/4 | 1/2 | 3/4 | NEW | HIGH | OK | LOW |
| L.O. CENTER | | | | Continental | /32 | | | 1/4 | 1/2 | 3/4 | NEW | HIGH | OK | LOW |
| R.I. CENTER | | | | Elmax | 8 /32 | | | 1/4 | 1/2 | 3/4 | NEW | HIGH | OK | LOW |
| R.O. REAR | | | | Roadmaster | 8 /32 | | | 1/4 | 1/2 | 3/4 | NEW | HIGH | OK | LOW |
| R.I. REAR | | | | Ironal | /32 | | | 1/4 | 1/2 | 3/4 | NEW | HIGH | OK | LOW |
| L.O. FRONT | | | | Goodyear | /32 | | | 1/4 | 1/2 | 3/4 | NEW | HIGH | OK | LOW |
| L.I. FRONT | | | | Aplus | /32 | | | 1/4 | 1/2 | 3/4 | NEW | HIGH | OK | LOW |
| L.O. CENTER | | | | Sailun | 8 /32 | | | | | | | | | |
| L.I. CENTER | | | | Newer ida | 8 /32 | | | | | | | | | |
| L.O. REAR | | | | Linglong | /32 | | | | | | | | | |
| L.I. REAR | | | | Terok At | /32 | | | | | | | | | |

☒ **EQUIPMENT RECEIVED SUBJECT TO FURTHER INSPECTION**

DEPARTMENT OF TRANSPORTATION REGULATIONS REQUIRE EACH PART LISTED BE INSPECTED
If not defective, use check mark. If defective, describe defects in remarks section.

**FHWA BIT INSPECTION**

- ☐ BRAKES
- ☐ KINGPIN
- ☐ AIR LINES
- ☐ FRAME
- ☐ LIGHTS
- ☐ SUSPENSION
- ☐ CONTAINER SECUREMENT DEVICES
- ☐ WIRING
- ☐ AXLES
- ☐ SUBFRAME AND SLIDER LOCK
- ☐ REFLECTORS
- ☐ WHEELS/RIMS

**COMPLETE ON OUT INTERCHANGE**

Remarks 1S13SC330XB730557

| | |
|---|---|
| CARRIER/TRUCKER COMPANY NAME Gulf Line | TRUCK LICENSE PLATE NO. |
| DRIVER NAME (PRINT) | DEPOT SIGNATURE |
| DRIVER SIGNATURE | |

CHASSIS EXCHANGE RECEIPT
WWW.DCLI.COM

ConGlobal Industries
500 Mayo Shell Road Galena Park, TX 77547
Phone: (713) 675-7587  Fax: (832) 201-7873

EDI
Cust: 2864761
TRSEQ
05/17/19
09:22

| UNIT NUMBER | | | COMPANY | FOOT | |
|---|---|---|---|---|---|
| − | UN | | DIRECT CHASSISLINK INC.− | Inbound | 04/99 |
| TESZ 290415− | UN | 20 ZT | | Empty | |

| LINE | | | | | 7 |
|---|---|---|---|---|---|
| − | | | | | |

| T/TRUCKER | | | | SUBJECT TO FURTHER INSPECTION | |
|---|---|---|---|---|---|
| GLEI/BLUE LINE | | TESL2019 | | | |
| | | | .00 | | |

## INSPECT@GATE − LIC, VIN# & TIRE INFO

| | LOC | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | KBK | UOF | F2 | FR | | 1 O | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | 97000 | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |

| VENDOR/LICENSE NO | | | | MFG DATE 11/18 | | FF GEN | YES | NO |
|---|---|---|---|---|---|---|---|---|

| | TOP FRONT | /32" | | | TOP | /32" |
| | FRONT | /32" | | | | /32" |
| | REAR | /32" | | | | /32" |
| | BOTTOM | /32" | | | | /32" |

ALL EQUIPMENT RETURNED FOR OFF-HIRE IS SUBJECT TO A DETAILED TECHNICAL INSPECTION TO DETERMINE THE EXISTENCE OF ANY DAMAGE AND IF SO, TYPE, EXTENT AND COST OF REPAIR REQUIRED.

ALL EQUIPMENT RETURNED FOR IN-SERVICE STORAGE IS SUBJECT TO A DETAILED TECHNICAL INSPECTION TO DETERMINE THE EXISTENCE OF ANY DAMAGE AND IF SO, TYPE, EXTENT AND COST OF REPAIR REQUIRED IN ACCORDANCE WITH EQUIPMENT OPERATOR'S POLICY AND INSTRUCTION.

DATE OF RECEIPT IS NOT NECESSARILY DATE OF ON/OFF HIRE. REFER TO LEASE AGREEMENT.

INSPECTION PROVISIONS AND DAMAGE LIABILITY ARE GOVERNED BY THE LEASE AGREEMENT BETWEEN THE LESSEE AND LESSOR AND AS APPLICABLE TO THIS EQUIPMENT.

ALL EQUIPMENT DELIVERED FOR ON-HIRE OR IN-SERVICE REUSE HAS BEEN INSPECTED ACCORDING TO OWNER AND/OR RCL CRITERIA AND ON-HIRE SURVEY IF INDICATED.

TRACTOR LICENSE # 237 278

NAME (PRINT) _____  NAME (PRINT) _____

SIGNATURE _____ DATE 5/17/15   SIGNATURE _____ DATE 5/17

PHA: BCT
SCAC Code: GLFI
Steamship Line: RLC

EIR: 2539888
Date: 2019-05-15
Time: 14:55 2019-05-15 15:27

MOVE TYPE: DELIVER IMPORT

CONTAINER: GESU1133975
CHASSIS: TESZ290415

ISO CODE: 22G1
CHASSIS OWNER ID:

LIC: 2376278
IS OWN: Y

BILL OF LADING:

SEAL: K121118

GROSS: 47200 lb

IS HAZ: N
TEMP:

IS OOG: N

GENSET:



Pickup Container from: 2376278
*** ***

Driver responsible for chassis twistlocks        Do not park on Crane Runways

## Aleta Magana

| | |
|---|---|
| **From:** | Cassidy Nash <cassidy.nash@falconeglobal.com> |
| **Sent:** | Wednesday, May 29, 2019 1:12 PM |
| **To:** | Aleta Magana |
| **Subject:** | RE: 2042209  GESU1133975 |

Approved!

Best Regards,

Cassidy Nash
Domestic Drayage Coordinator

**Falcone Global Solutions, LLC**
1628 John F. Kennedy Boulevard
Suite 401
Philadelphia, PA 19103
P: 404-381-8739 x404
F: 404-962-6971



  

This message and any attachments may contain CONFIDENTIAL and legally protected information. If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this message, and then delete it from your system. All transactions are subject to the Falcone Global Companies Standard Trading Conditions (copies available on request from the Company) and which, in certain cases, exclude or limit the Company's liability and include certain indemnities benefiting the Company that supersede any and all agreements. Thank you.

**From:** Aleta Magana <aleta@maganatransport.com>
**Sent:** Wednesday, May 29, 2019 2:09 PM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** 2042209 GESU1133975

HI Cassidy,

Please see below per your request. Please see POD and confirm final charges as soon as possible.

1

| Inv. Code: | Description: | Amount: |
|---|---|---|
| CHASSIS SPLIT ▼ | 2 Chassis Split | 125.00 |
| TRI-AXLE FEE ▼ | Tri-Axle Fee | 150.00 |
| FSC ▼ | FUEL | 264.00 |
| TRI-AXLE RENTAL ▼ | TRI AXEL RENTAL 2 DAYS | 150.00 |
| LINEHAUL ▼ | LINEHAUL | 825.00 |

Total Charge: 1514.00

**From:** system@truckman3.com <system@truckman3.com>
**Sent:** Wednesday, May 29, 2019 1:08 PM
**To:** Aleta Magana <aleta@maganatransport.com>
**Subject:**

2

# Gulf Line Transport, LLC

**07/31/2020**

950 Houston Northcutt Blvd. * Suite 100 * Mount Pleasant, SC 29464 * voice: 843-849-0451 * fax: 843-881-5702

**Make checks payable to:**

**Gulf Line Transport, LLC**
**PO Box 1999**
**Valparaiso, IN 46384**
**Phone: 843-849-0451**
**Fax: 843-881-5702**
**Email: ar@carolinanational.com**

| | |
|---|---|
| **Invoice#:** | GLT-8732928-GHO |
| **Invoice Date:** | 06/05/2019 |
| **Terms:** | 21 |
| **Due Date:** | 06/26/2019 |
| **Manifest#:** | |
| **Reference#:** | 2042291 |

Bill to:
FALCONE GLOBAL SOLUTIONS, LLC
ACCOUNTING@FACLONEGLOBAL.COM
TAYLOR@FALCONEGLOBAL.COM
Attention: 3348 PEACHTREE ROAD, NE TOWER
ATLANTA, GA 30326

| Load# | Info | Date | Description | | Amount |
|---|---|---|---|---|---|
| GLT-8732928-GHO | PU Cont: HLXU-3559972<br>Cust Ref#: 2042291<br>Chassis: TRPZ150123 | 05/30/2019 | BARBOURS CUT TERMINAL<br>1700 E BARBOURS CUT BLVD<br>LA PORTE, TX 77571-3025 | To | FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238 |
| | Fuel Surcharge | | | | $264.00 |
| | Standard Linehaul | | | | $825.00 |
| | 2 chassis splits | | | | $125.00 |
| | Tri-Axle Fee | | | | $150.00 |
| | Pre-Pull | | | | $125.00 |
| | 6 days | | | | $180.00 |
| | 7 days @ 75.00 per day | | | | $525.00 |
| **Subtotal:** | | | | | **$2,194.00** |

| | |
|---|---|
| **Total:** | **$2,194.00** |
| **Payments:** | **$0.00** |
| **Balance Due:** | **$2,194.00** |

### Payment due in 21 days from receipt of invoice

Failure to make payment after the above mentioned days will result in an interest fee of 1.5% monthly on total balance. In addition, payments not received within the above mentioned days are subject to legal action which include but are not limited to administrative fees, court costs and attorney fees

*5/31 9am*
*FRIDAY*

8732928


Page 1/1

# DELIVERY ORDER



FALCONE
**GLOBAL SOLUTIONS, LLC**
CUSTOMIZED SOLUTIONS TO MEET YOUR GLOBAL BUSINESS NEEDS

| BILL TO:<br>FALCONE GLOBAL SOLUTIONS LLC<br>3340 PEACHTREE ROAD NE, SUITE 1430<br>ATLANTA, GA 30326<br>404-381-8739 | DATE<br>5/16/19 | OUR REF. NO.<br>2042291 |
|---|---|---|
| | THE MERCHANDISE DESCRIBED BELOW<br>WILL BE ENTERED AND/OR FORWARDED<br>AS FOLLOWS: | |

| CARRIER<br>HLCU MY NY 010W | LOCATION<br>S787 BARBOURS CUT TERMINAL | ORIGIN/DESTINATION PORT<br>LONDON, ENGLAND/HOUSTON, TX |
|---|---|---|
| B/L OR AWB. NO.<br>HLCU LIV190418305 | ARRIVAL DATE<br>05/21/19 | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO:)<br>MAGANA TRANSPORT |

| HOUSE NO.<br>PSID 000104102 | ENTRY-B/L NO.<br>BGX-2042291-7 | CUST. REF. NO.<br>14885 |
|---|---|---|

| FOR DELIVERY TO | ROUTE |
|---|---|
| FORBO LINOLEUM INC<br>JUPITER WEST A&B WEST IND CENTER<br>11240 GRADER ST.<br>DALLAS, TX 75238 | ** FORBO SHIPMENT 677288 ** |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 1,272 | FLOTEX CARPET TILES AND CARPET TILE PLANKS | 42,245 Lb | |
| | ** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507&404-381-8739 x305 ** | | |
| | DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | | |
| Container No.<br>HLXU3559972 | Container Size/Type     Weight        Quantity       Seal No.            P.O. No.<br>20 ft Dry                    19162 KG     1272 PC       K21081             677288 | | |

| INLAND FREIGHT ▶ | PREPAID/COLLECT<br>3rd Party |
|---|---|

ORIGINAL DELIVERY ORDER

| Kristi Coggins<br>PER: |
|---|

Received in Good Order
By:
_____
Date: _____    Time: _____

Location of Goods:
S787 BARBOURS CUT TERMINAL
1515 E BARBOURS CUT BLVD
LA PORTE, TX775713015
CHECK AVAILABILITY PHONE#: 817-825-7064

**DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE**



## Outbound Gate Receipt

EIR No: **2873909**
Customer: **TRACT**
Name: **Trac Intermodal - TRAC SE**
Date / **05/24/19 / 09:57**
Depot : **RTX06**

1802 Highway 146 N La Porte, TX 77571
**Phone:** 2814700304    **Fax:** xxxxxxxxxx

DRIVER

TRP2 150123

| Unit Number - | Type / Size CHZ / 20 Z | Condition |
| --- | --- | --- |

| VIN | License Number | State | Exp Date | FHWA | CA BIT Date |
| --- | --- | --- | --- | --- | --- |

| Out To | Empty / Loaded Empty | Trucker / SCAC GULF LINE TRANSPORT LLC / GLFI | Tractor No | Release No RGLFI1236 | On Hire Survey no |
| --- | --- | --- | --- | --- | --- |

**Comments :** any prefix

970014

| | | | | | TIRE CONDITON | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS | POSITION | BRAND | DEPTH | CAP(Y/N) | AIR REMARKS |
| LOF | | /32 | Y / N | | | ROF | | /32 | Y / N | |
| LIF | | /32 | Y / N | | | RIF | | /32 | Y / N | |
| LOC | | /32 | Y / N | | | ROC | | /32 | Y / N | |
| LIC | | /32 | Y / N | | | RIC | | /32 | Y / N | |
| LOR | | /32 | Y / N | | | ROR | | /32 | Y / N | |
| LIR | | /32 | Y / N | | | RIR | | /32 | Y / N | |

DATE OF INTERCHANGE IS NOT NECESSARILY DATE OF OFF HIRE, REFER TO LEASE AGREEMENT

| ConGlobal Industries | FOR RECEIVING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE. |
| --- | --- |
| NAME (PRINT) CORNIELO C | NAME (PRINT) |
| SIGNATURE ___ DATE 05-24/9 | SIGNATURE ___ DATE ___ |

**EIR: 2560380**

**PHA: BCT**

**SCAC Code: GLFI**

Steamship Line: HLC

**Date: 2019-05-24**

**Time: 10:39 2019-05-24 11:21**

MOVE TYPE: DELIVER IMPORT

CONTAINER: HLXU3559972     ISO CODE: 22G1     LIC: 1L34878
CHASSIS: TRPZ150123        CHASSIS OWNER ID:  IS OWN: Y

BILL OF LADING:            SEAL: K121081      GROSS: 4/024 lb

GENSET:                    IS HAZ: N          IS OOG: N

                           TEMP:

Pickup Container from: 1L34878

*** ***

driver responsible for chassis twistlocks     Do not park on Crane Runways



## Inbound Gate Receipt

EIR No: **2880131**
Customer: **TRACT**
Name: **Trac Intermodal - TRAC SE**
Date / **05/30/19 / 14:44**
Depot: **RTX06**

802 Highway 146 N La Porte, TX 77571
Phone: (281) 470-0304    Fax: (xxx) xxx-xxxx

| Unit Number | Type / Size | Condition |
|---|---|---|
| TRPZ 150123 - | CHZ / 20 ZTR | UN |

| VIN | License Number | State | Exp Date | FHWA |
|---|---|---|---|---|
| X | 2229556 | ME | PF/R | 07/23/18 |

| Empty / Loaded | Trucker / SCAC | Acceptance No | Tractor No |
|---|---|---|---|
| Empty | GULF LINE / GLFI | | |

| In From | Lessee | On Hire Date | Dpp |
|---|---|---|---|
| | | | 0 |

Comments:

### SUBJECT TO FURTHER INSPECTION

| No | COMP | LOC | DMG | REP | LENGTH | WIDTH | Qty | P | Description | HRS | MAT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |

### TIRE CONDITON

| POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS | POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOF | | /32 | Y / N | | | ROF | | /32 | Y / N | | |
| LIF | | /32 | Y / N | | | RIF | | /32 | Y / N | | |
| LOC | | /32 | Y / N | | | ROC | | /32 | Y / N | | |
| LIC | | /32 | Y / N | | | RIC | | /32 | Y / N | | |
| LOR | | /32 | Y / N | | | ROR | | /32 | Y / N | | |
| LIR | | /32 | Y / N | | | RIR | | /32 | Y / N | | |

FOR DELIVERING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE.

NAME (PRINT) _____

SIGNATURE _____ DATE _____

FOR RECEIVING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE.

NAME (PRINT) _____

SIGNATURE _____ DATE _____

# Cooper/Ports America (C/PA)
## By: mmoore - 05/30/2019 14:31
## Equipment Interchange Receipt
## Gate In

**Customer:** HAPAG- LLOYD (AMERICA) INC.

**EIR NO:4235935**

**EIR DATE: 05/30/19 14:30**

**Acceptance:HPL- APR19**

**Equipment:HLXU 355997- 2**

**Equipment Tp:U2DV**

**Status:AV**

**Comments:**

**Trucker:GULF LINE TRANSPORT LLC**

**Driver ID:2422323**

**Truck Lic #:970007**

**Related:**

**Aleta Magana**

| | |
|---|---|
| **From:** | Cassidy Nash <cassidy.nash@falconeglobal.com> |
| **Sent:** | Friday, May 31, 2019 1:15 PM |
| **To:** | Aleta Magana |
| **Cc:** | Brianna Magana |
| **Subject:** | RE: REF # 2042291  HLXU3559972 |

Approved!

Best Regards,

Cassidy Nash
Domestic Drayage Coordinator

**Falcone Global Solutions, LLC**
1628 John F. Kennedy Boulevard
Suite 401
Philadelphia, PA 19103
P: 404-381-8739 x404
F: 404-962-6971





This message and any attachments may contain CONFIDENTIAL and legally protected information. If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this message, and then delete it from your system. All transactions are subject to the Falcone Global Companies Standard Trading Conditions (copies available on request from the Company) and which, in certain cases, exclude or limit the Company's liability and include certain indemnities benefiting the Company that supersede any and all agreements. Thank you.

**From:** Aleta Magana <aleta@maganatransport.com>
**Sent:** Thursday, May 30, 2019 4:54 PM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Cc:** Brianna Magana <brianna@maganatransport.com>
**Subject:** REF # 2042291 HLXU3559972

HI Cassidy,

Please see POD etc for this shipment. Please email back authorizing final charges.

1

| Inv. Code: | | Description: | Amount: |
|---|---|---|---|
| CHASSIS RENTAL | ▼ | 7 days @ 75.00 per day | 525.00 |
| STORAGE | ▼ | 6 days | 180.00 |
| PRE-PULL | ▼ | Pre-Pull | 125.00 |
| TRI-AXLE FEE | ▼ | Tri-Axle Fee | 150.00 |
| CHASSIS SPLIT | ▼ | 2 chassis splits | 125.00 |
| LINEHAUL | ▼ | Standard Linehaul | 825.00 |
| FSC | ▼ | Fuel Surcharge | 264.00 |

Total Charge: 2194.00

Thanks,
ALeta

**From:** system@truckman3.com <system@truckman3.com>
**Sent:** Thursday, May 30, 2019 3:53 PM
**To:** Aleta Magana <aleta@maganatransport.com>
**Subject:**

2

Invoice: GLT-8732928-GHO  Page:41

# Gulf Line Transport, LLC

**07/31/2020**

950 Houston Northcutt Blvd. * Suite 100 * Mount Pleasant, SC 29464 * voice: 843-849-0451 * fax: 843-881-5702

**Make checks payable to:**

**Gulf Line Transport, LLC**
**PO Box 1999**
**Valparaiso, IN 46384**
**Phone: 843-849-0451**
**Fax: 843-881-5702**
**Email: ar@carolinanational.com**

| | |
|---|---|
| **Invoice#:** | GLT-8723048-GHO |
| **Invoice Date:** | 06/05/2019 |
| **Terms:** | 21 |
| **Due Date:** | 06/26/2019 |
| **Manifest#:** | |
| **Reference#:** | 2042353 |

Bill to:
FALCONE GLOBAL SOLUTIONS, LLC
ACCOUNTING@FACLONEGLOBAL.COM
TAYLOR@FALCONEGLOBAL.COM
Attention: 3348 PEACHTREE ROAD, NE TOWER
ATLANTA, GA 30326

| Load# | Info | Date | Description | | Amount |
|---|---|---|---|---|---|
| GLT-8723048-GHO | **PU Cont:** RFCU-2258807<br>**Weight(lbs):** 39925<br>**Cust Ref#:** 2042353<br>**BL/BK:** HLCULIV190255423<br>**Chassis:** TAXZ593297 | 05/29/2019 | BARBOURS CUT TERMINAL<br>1700 E BARBOURS CUT BLVD<br>LA PORTE, TX 77571-3025 | **To** FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238 | |
| | LINEHAUL | | | | $825.00 |
| | FUEL | | | | $264.00 |
| | Chassis Split | | | | $125.00 |
| | Tri-Axle Fee | | | | $150.00 |
| | 75.00 per day X 7 days | | | | $525.00 |
| | Pre-Pull | | | | $125.00 |
| | 6 days storage | | | | $150.00 |
| **Subtotal:** | | | | | **$2,164.00** |

| | |
|---|---|
| **Total:** | **$2,164.00** |
| **Payments:** | **$0.00** |
| **Balance Due:** | **$2,164.00** |

### Payment due in 21 days from receipt of invoice

Failure to make payment after the above mentioned days will result in an interest fee of 1.5% monthly on total balance. In addition, payments not received within the above mentioned days are subject to legal action which include but are not limited to administrative fees, court costs and attorney fees



# DELIVERY ORDER



FALCONE
GLOBAL SOLUTIONS, LLC
CUSTOMIZED SOLUTIONS TO MEET YOUR GLOBAL BUSINESS NEEDS

| BILL TO: | | | |
|---|---|---|---|
| FALCONE GLOBAL SOLUTIONS LLC | | DATE | OUR REF. NO. |
| 3340 PEACHTREE ROAD NE, SUITE 1430 | | 5/21/19 | 2042353 |
| ATLANTA, GA 30326 | | THE MERCHANDISE DESCRIBED BELOW | |
| 404-381-8739 | | WILL BE ENTERED AND/OR FORWARDED AS FOLLOWS: | |

| CARRIER | LOCATION | ORIGIN/DESTINATION PORT |
|---|---|---|
| HLCU GENOA 010W | S787 BARBOURS CUT TERMINAL | LONDON, ENGLAND/HOUSTON, TX |

| B/L OR AWB. NO. | ARRIVAL DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO:) |
|---|---|---|---|
| HLCU LIV190255423 | 05/13/19 | | MAGANA TRANSPORT |

| HOUSE NO. | ENTRY-B/L NO. | CUST. REF. NO. |
|---|---|---|
| PSID 000102186 | BGX-2042353-5 | 14603 |

| FOR DELIVERY TO | ROUTE |
|---|---|
| FORBO LINOLEUM INC | |
| JUPITER WEST A&B WEST IND CENTER | |
| 11240 GRADER ST. | |
| DALLAS, TX 75238 | ** FORBO SHIPMENT 675622 ** |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | L/C L/SL |
|---|---|---|---|
| 1,278 | FLOTEX CARPET TILES AND CARPET TILE PLANKS | 39,925 Lb | |
| | ** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507&404-381-8739 x305 ** | | |
| | DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | | |

| Container No. | Container Size/Type | Weight | Quantity | Seal No. | P.O. No. |
|---|---|---|---|---|---|
| RFCU2258807 | 20 ft Dry | 18111 KG | 1278 PC | FMH7231 | 675622 |

**INLAND FREIGHT**

| PREPAID/COLLECT |
|---|
| 3rd Party |

ORIGINAL DELIVERY ORDER

PER: Kristi Coggins

Received in Good Order
By:

Date: _____  Time: _____

Location of Goods:
S787 BARBOURS CUT TERMINAL
1515 E BARBOURS CUT BLVD
LA PORTE, TX775713015
CHECK AVAILABILITY PHONE#: 817-825-7064

**DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE**



PHA: BCT
SCAC Code: GLFI
Steamship Line: HLC

EIR: 2557918
Date: 2019-05-23
Time: 13:40 2019-05-23 14:10

MOVE TYPE: DELIVER IMPORT

CONTAINER: RFCU2258807
CHASSIS: TAXZ593297

ISO CODE: 22G1
CHASSIS OWNER ID:

LIC: R379316
IS OWN: Y

BILL OF LADING:

SEAL: FMH7231

GROSS: 44621 lb

IS HAZ: N

IS OOG: N

GENSET:

TEMP:

Pickup Container from: R379316
*** ***

Driver responsible for chassis twistlocks    Do not park on Crane Runways





## Outbound Gate Receipt

| | |
|---|---|
| EIR No: | **2872805** |
| Customer: | **TRACT** |
| Name: | **Trac Intermodal - TRAC SE** |
| Date / | **05/23/19 / 13:06** |
| Depot : | **RTX06** |

1802 Highway 146 N La Porte, TX 77571
**Phone:** 2814700304      **Fax:** xxxxxxxxxx

*DRIVER*

TAX2 593297

| Unit Number - | Type / Size CHZ / 20 Z | Condition |
|---|---|---|

| VIN | License Number | State | Exp Date | FHWA | CA BIT Date |
|---|---|---|---|---|---|
| | | | | | |

| Out To | Empty / Loaded Empty | Trucker / SCAC GULF LINE TRANSPORT LLC / GLFI | Tractor No | Release No RGLFI1232 | On Hire Survey no |
|---|---|---|---|---|---|

| Comments : any prefix |
|---|

### TIRE CONDITON

| POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS | POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOF | | /32 | Y / N | | | ROF | | /32 | Y / N | | |
| LIF | | /32 | Y / N | | | RIF | | /32 | Y / N | | |
| LOC | | /32 | Y / N | | | ROC | | /32 | Y / N | | |
| LIC | | /32 | Y / N | | | RIC | | /32 | Y / N | | |
| LOR | | /32 | Y / N | | | ROR | | /32 | Y / N | | |
| LIR | | /32 | Y / N | | | RIR | | /32 | Y / N | | |

DATE OF INTERCHANGE IS NOT NECESSARILY DATE OF OFF HIRE, REFER TO LEASE AGREEMENT

| ConGlobal Industires | FOR RECEIVING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE. |
|---|---|
| NAME (PRINT) _____ | NAME (PRINT) Daren Castillo |
| SIGNATURE _____ DATE ____ | SIGNATURE _____ DATE 05/23/5 |

# Cooper/Ports America (C/PA)
## By: mmoore - 05/29/2019 15:59
## Equipment Interchange Receipt
## Gate In

**Customer: HAPAG- LLOYD (AMERICA) INC.**

**EIR NO:4234949**

**EIR DATE: 05/29/19 15:58**

**Acceptance:HPL- APR19**

**Equipment:RFCU 225880- 7**

**Equipment Tp:U2DV**

**Status:AV**

**Comments:**

**Trucker:GULF LINE TRANSPORT LLC**

**Driver ID:r379316**

**Truck Lic #:1970013**

**Related:**

**Carrier Confirmation**

Agent#:

Shipper/PO#: 2042353

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

| Carrier #: | |
| Stops: | |

Mail Delivery Documents To:

Gulfline Transport, LLC.
950 Houston Northcutt Blvd.
Suite 100
Mount Pleasant, SC 29464

Date: 05/28/2019

Load#: 8723048

| Bl/Bk #: HLCULIV190255423 | Work Order#: | Driver Ref #: | Container #: RFCU2258807 |
| Commodity: FLOORING | Seal#: | Weight: 39925 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |

| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |

**Origin 1:**
CONGLOBAL - LAPORTE
1802 HWY 146 NORT
LA PORTE, TX 77571
Phone: (713) 353-2800

Special Instructions:
Hours 08:00-17:00
Mon-Fri

**Destination 1:**
Barbours Cut Terminal
1700 E BARBOURS CUT BLVD
LA PORTE, TX 77571-3025
Phone: (713) 670-1100

Special Instructions:
Hours 07:00-18:00
Mon - Fri

**Origin 2:**
Barbours Cut Terminal
1700 E BARBOURS CUT BLVD
LA PORTE, TX 77571-3025
Phone: (713) 670-1100

Special Instructions:
Hours 07:00-18:00
Mon - Fri

**Destination 2:**
FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

**Origin 3:**
FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

**Destination 3:**
CALL DISPATCH FOR EMPTY RETURN OR PICK UP
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

**Truck Information:**
Truck#: 970013
Driver: DARIEN CASTILLORODRIGUEZ

**Settlement Information:**
Truck#: 970013
Driver: DARIEN CASTILLORODRIGUEZ

**Notes**
TRI - AXEL NEEDED  HAPAG LLOYD 20FT

Invoice: GLT-8723048-GHO  Page:47

**Aleta Magana**

| | |
|---|---|
| **From:** | Cassidy Nash <cassidy.nash@falconeglobal.com> |
| **Sent:** | Monday, June 3, 2019 2:42 PM |
| **To:** | Aleta Magana |
| **Subject:** | RE: REF # 2042353  RFCU2258807 |

Approved.  Thank you.

Best Regards,

Cassidy Nash
Domestic Drayage Coordinator

**Falcone Global Solutions, LLC**
1628 John F. Kennedy Boulevard
Suite 401
Philadelphia, PA 19103
P: 404-381-8739 x404
F: 404-962-6971



  

This message and any attachments may contain CONFIDENTIAL and legally protected information.  If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others;  also, please notify the sender by replying to this message, and then delete it from your system.  All transactions are subject to the Falcone Global Companies Standard Trading Conditions (copies available on request from the Company) and which, in certain cases, exclude or limit the Company's liability and include certain indemnities benefiting the Company that supersede any and all agreements. Thank you.

**From:** Aleta Magana <aleta@maganatransport.com>
**Sent:** Monday, June 3, 2019 3:32 PM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** REF # 2042353 RFCU2258807

HI Cassidy,


Please see attached and email back approving final charges. There may be Perdiem on this one as well. We will send charges if we get any.

1

| Inv. Code: | | Description: | Amount: |
|---|---|---|---|
| STORAGE | ▼ | 6 days storage | 150.00 |
| PRE-PULL | ▼ | Pre-Pull | 125.00 |
| TRI-AXLE RENTAL | ▼ | 75.00 per day X 7 days | 525.00 |
| TRI-AXLE FEE | ▼ | Tri-Axle Fee | 150.00 |
| CHASSIS SPLIT | ▼ | Chassis Split | 125.00 |
| FSC | ▼ | FUEL | 264.00 |
| LINEHAUL | ▼ | LINEHAUL | 825.00 |

Total Charge: 2164.00

Thanks,

Aleta

**From:** system@truckman3.com <system@truckman3.com>
**Sent:** Monday, June 3, 2019 1:14 PM
**To:** Aleta Magana
**Subject:**

2

# Gulf Line Transport, LLC

**07/31/2020**

950 Houston Northcutt Blvd. * Suite 100 * Mount Pleasant, SC 29464 * voice: 843-849-0451 * fax: 843-881-5702

**Make checks payable to:**

**Gulf Line Transport, LLC**
**PO Box 1999**
**Valparaiso, IN 46384**
**Phone: 843-849-0451**
**Fax: 843-881-5702**
**Email: ar@carolinanational.com**

| | |
|---|---|
| **Invoice#:** | GLT-8737416-GHO |
| **Invoice Date:** | 06/05/2019 |
| **Terms:** | 21 |
| **Due Date:** | 06/26/2019 |
| **Manifest#:** | |
| **Reference#:** | 2042390 |

Bill to:
FALCONE GLOBAL SOLUTIONS, LLC
ACCOUNTING@FACLONEGLOBAL.COM
TAYLOR@FALCONEGLOBAL.COM
Attention: 3348 PEACHTREE ROAD, NE TOWER
ATLANTA, GA 30326

| Load# | Info | Date | Description | | Amount |
|---|---|---|---|---|---|
| GLT-8737416-GHO | **PU Cont:** UACU-3774733<br>**Cust Ref#:** 2042390<br>**BL/BK:** HLCULIV190357014<br>**Chassis:** TLXZ 296158 | 05/31/2019 | BARBOURS CUT TERMINAL<br>1700 E BARBOURS CUT BLVD<br>LA PORTE, TX 77571-3025 | To   FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238 | |
| | Standard Linehaul | | | | $825.00 |
| | Chassis Rental | | | | $264.00 |
| | Chassis Rental | | | | $150.00 |
| | Tri-Axle Fee | | | | $150.00 |
| | 2 chassis splits | | | | $125.00 |
| **Subtotal:** | | | | | **$1,514.00** |

| | |
|---|---|
| **Total:** | **$1,514.00** |
| **Payments:** | **$0.00** |
| **Balance Due:** | **$1,514.00** |

**Payment due in 21 days from receipt of invoice**

Failure to make payment after the above mentioned days will result in an interest fee of 1.5% monthly on total balance. In addition, payments not received within the above mentioned days are subject to legal action which include but are not limited to administrative fees, court costs and attorney fees

8737 UIU          824

# DELIVERY ORDER



**FALCONE GLOBAL SOLUTIONS, LLC**
CUSTOMIZED SOLUTIONS TO MEET YOUR GLOBAL BUSINESS NEEDS

| BILL TO: | | DATE | OUR REF. NO. |
|---|---|---|---|
| FALCONE GLOBAL SOLUTIONS LLC | | 5/23/19 | 2042390 |
| 3340 PEACHTREE ROAD NE, SUITE 1430 | | THE MERCHANDISE DESCRIBED BELOW | |
| ATLANTA, GA 30326 | | WILL BE ENTERED AND/OR FORWARDED | |
| 404-381-8739 | | AS FOLLOWS: | |

| CARRIER | LOCATION | ORIGIN/DESTINATION PORT |
|---|---|---|
| HLCU RIO BLACKWATER 009W | S787 BARBOURS CUT TERMINAL | LONDON, ENGLAND/HOUSTON, TX |

| B/L OR AWB. NO. | ARRIVAL DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO:) |
|---|---|---|---|
| HLCU LIV190440569 | 05/27/19 | | MAGANA TRANSPORT |

| | HOUSE NO. | ENTRY-B/L NO. | CUST. REF. NO. |
|---|---|---|---|
| | PSID 000104554 | BGX-2042390-7 | 14964 |

| FOR DELIVERY TO | ROUTE |
|---|---|
| FORBO LINOLEUM INC | |
| JUPITER WEST A&B WEST IND CENTER | |
| 11240 GRADER ST. | |
| DALLAS, TX 75238 | ** FORBO SHIPMENT 677804 ** |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 1,215 | FLOTEX CARPET TILES AND CARPET TILE PLANKS | 37,551 Lb | |
| | ** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507&404-381-8739 x305 ** | | |
| | DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | | |

| Container No. | Container Size/Type | Weight | Quantity | Seal No. | P.O. No. |
|---|---|---|---|---|---|
| UACU3774733 | 20 ft Dry | 17034 KG | 1215 PC | K121084 | 677804 |

**INLAND FREIGHT**

ORIGINAL DELIVERY ORDER

| PREPAID/COLLECT |
|---|
| 3rd Party |

**Received in Good Order By:**

Date: _____  Time: _____

Kristi Coggins
PER:

Location of Goods:
S787 BARBOURS CUT TERMINAL
1515 E BARBOURS CUT BLVD
LA PORTE, TX775713015
CHECK AVAILABILITY PHONE#: 817-825-7064

**DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE**

## Carrier Confirmation

**Agent#:**

**Shipper/PO#:** 2042390

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

Mail Delivery Documents To:

Gulfline Transport, LLC.
950 Houston Northcutt Blvd.
Suite 100
Mount Pleasant, SC 29464

Date: 05/30/2019

Load#: 8737416

| Carrier # | | | |
|---|---|---|---|
| Stops | | | |
| Bl/Bk # HLCULIV190357014 | Work Order#: | Driver Ref #: | Container #: UACU3774733 |
| Commodity: | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |
| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |

| Origin 1: | Destination 1: |
|---|---|
| Barbours Cut Terminal<br>1700 E BARBOURS CUT BLVD<br>LA PORTE, TX 77571-3025<br>Phone: (713) 670-1100<br><br>Special Instructions:<br>Hours 07:00-18:00<br>Mon - Fri | FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238<br>Phone: 214-221-0788 SAL |
| Origin 2: | Destination 2: |
| FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238<br>Phone: 214-221-0788 SAL | HAPAG BARBOURS CUT<br>1700 E. BARBOURS CUT BLVD<br>LA PORTE, TX 77571<br>Phone: 713-670-1100<br><br>Special Instructions:<br>Hours 07:00-18:00<br><br>Del Appt Date: 05/31/2019 10:00 AM |

| Truck Information: | Settlement Information: |
|---|---|
| Truck#: 970001<br>Driver: VICTOR CAMACHO SIERRA | Truck#: 970001<br>Driver: VICTOR CAMACHO SIERRA |

**Notes**

HAPAG LLOYD / 20ST

Cooper/Ports America (C/PA)
By: asaenz - 05/31/2019 13:51
Equipment Interchange Receipt
Gate In
Customer: HAPAG- LLOYD (AMERICA) INC.
EIR NO:4237043
EIR DATE: 05/31/19 13:50
Acceptance:HPL- APR19
Equipment:UACU 377473- 3
Equipment Tp:U2DV
Status:AV
Comments:tlxz296158
Trucker:GULF LINE TRANSPORT LLC

Driver ID:970001
Truck Lic #:2610941
Related:

**P R I N T  R E P L I C A**

# Barbours Cut

EIR: 2572535

## HLC:Hapag-Lloyd AG

**Type:** DI
**Truck Co.:** GLFI

**Created:** 30-MAY-2019 15:05
**EIRDate:** 30-MAY-2019 15:32

| | |
|---|---|
| **DRIVER NAME:** | **TRUCK LICENSE #:** 2610941 |
| **CONTAINER:** UACU3774733 | **SIZE/TYPE:** 20 GP 86 |
| **CHASSIS:** TLXZ296158 | **SIZE/TYPE:** 20 CH NA |
| **OWNER CHASSIS:** Yes | **RELEASE:** |
| **VESSEL::** RBW | |
| **PORT:** | |

| | |
|---|---|
| **GENERATOR:** | **SCALE WT:** 0.0 |
| **FUEL LEVEL:** | **GROSS WT:** 39529.0 |
| **TEMP:  AIR EXCH:** | **CARGO WT:** |
| **SEALS:** K121084,0740672 | |



**Inbound Gate Receipt**

EIR No: **2881805**
Customer: **TRACT**
Name: **Trac Intermodal - TRAC SE**
Date / **05/31/19 / 14:05**
Depot: **RTX06**

1802 Highway 146 N La Porte, TX 77571
Phone: (281) 470-0304    Fax: (xxx) xxx-xxxx

| Unit Number | Type / Size | Condition |
|---|---|---|
| TLXZ 296158 - | CHZ / 20 ZTR | UN |

| VIN | License Number | State | Exp Date | FHWA |
|---|---|---|---|---|
| YYYYYYYYYYYYYYYYYY | 2521467 | ME | 02/25 | 02/07/19 |

| Empty / Loaded | Trucker / SCAC | Acceptance No | Tractor No |
|---|---|---|---|
| Empty | GULF LINE / GLFI | | |

| In From | Lessee | On Hire Date | Dpp |
|---|---|---|---|
| | | | 0 |

Comments:

**SUBJECT TO FURTHER INSPECTION**

| No | COMP | LOC | DMG | REP | LENGTH | WIDTH | Qty | P | Description | HRS | MAT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | KTA | CROR | FP | PT | | | 1 | | Nail | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |

**TIRE CONDITON**

| POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS | POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOF | | /32 | Y / N | | | ROF | | /32 | Y / N | | |
| LIF | | /32 | Y / N | | | RIF | | /32 | Y / N | | |
| LOC | | /32 | Y / N | | | ROC | | /32 | Y / N | | |
| LIC | | /32 | Y / N | | | RIC | | /32 | Y / N | | |
| LOR | | /32 | Y / N | | | ROR | | /32 | Y / N | | |
| LIR | | /32 | Y / N | | | RIR | | /32 | Y / N | | |

FOR DELIVERING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE.

NAME (PRINT) _____

SIGNATURE _____ DATE _____

FOR RECEIVING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE.

NAME (PRINT) _____

SIGNATURE _____ DATE 5/31/19

**Aleta Magana**

| | |
|---|---|
| **From:** | Cassidy Nash <cassidy.nash@falconeglobal.com> |
| **Sent:** | Monday, June 3, 2019 12:52 PM |
| **To:** | Aleta Magana |
| **Subject:** | RE: REF # 2042390   UACU3774733 |

Approved with thanks!

Best Regards,

Cassidy Nash
Domestic Drayage Coordinator

**Falcone Global Solutions, LLC**
1628 John F. Kennedy Boulevard
Suite 401
Philadelphia, PA 19103
P: 404-381-8739 x404
F: 404-962-6971



  

This message and any attachments may contain CONFIDENTIAL and legally protected information. If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this message, and then delete it from your system. All transactions are subject to the Falcone Global Companies Standard Trading Conditions (copies available on request from the Company) and which, in certain cases, exclude or limit the Company's liability and include certain indemnities benefiting the Company that supersede any and all agreements. Thank you.

**From:** Aleta Magana <aleta@maganatransport.com>
**Sent:** Friday, May 31, 2019 4:51 PM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** REF # 2042390 UACU3774733

## Please see POD and interchanges for your reference. Please email back confirming final charges.

| Inv. Code: | Description: | Amount: | |
|---|---|---|---|
| CHASSIS SPLIT ▼ | 2 chassis splits | 125.00 | |
| TRI-AXLE FEE ▼ | Tri-Axle Fee | 150.00 | |
| TRI-AXLE RENTAL ▼ | Chassis Rental | 150.00 | ra |
| FSC ▼ | Chassis Rental | 264.00 | ra |
| LINEHAUL ▼ | Standard Linehaul | 825.00 | ra |

Total Charge: 1514.00

1



PHA: BCT

SCAC Code: GLFI

Steamship Line: HLC

ETR: 2572535

Date: 2019-05-30

Time: 15:05 2019-05-30 15:32

MOVE TYPE: DELIVER IMPORT

CONTAINER: UACU3774733

CHASSIS: TLXZ296158   ISO CODE: 22G1   LIC: 2610941

CHASSIS OWNER ID:   IS OWN: Y

BILL OF LADING:   SEAL: K121084   GROSS: 39528 lb

IS HAZ: N

GENSET:   TEMP:   IS OOG: N

Pickup Container from: 2610941

*** ***

Driver responsible for chassis twistlocks   Do not park on Crane Runways

**Gulf Line Transport, LLC**

07/31/2020

950 Houston Northcutt Blvd. * Suite 100 * Mount Pleasant, SC 29464 * voice: 843-849-0451 * fax: 843-881-5702

**Make checks payable to:**

**Gulf Line Transport, LLC**
**PO Box 1999**
**Valparaiso, IN 46384**
**Phone: 843-849-0451**
**Fax: 843-881-5702**
**Email: ar@carolinanational.com**

| | |
|---|---|
| **Invoice#:** | GLT-8738188-GHO |
| **Invoice Date:** | 06/05/2019 |
| **Terms:** | 21 |
| **Due Date:** | 06/26/2019 |
| **Manifest#:** | |
| **Reference#:** | 2042393 |

Bill to:
FALCONE GLOBAL SOLUTIONS, LLC
ACCOUNTING@FACLONEGLOBAL.COM
TAYLOR@FALCONEGLOBAL.COM
Attention: 3348 PEACHTREE ROAD, NE TOWER
ATLANTA, GA 30326

| Load# | Info | Date | Description | | Amount |
|---|---|---|---|---|---|
| GLT-8738188-GHO | **PU Cont:** TCLU-2231218<br>**Cust Ref#:** 2042393<br>**BL/BK:** HLCULIV190357014<br>**Chassis:** NAPZ152094 | 05/31/2019 | BARBOURS CUT TERMINAL<br>1700 E BARBOURS CUT BLVD<br>LA PORTE, TX 77571-3025 | To  FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238 | |
| | Chassis Rental 3 DAYS | | | | $90.00 |
| | Fuel Surcharge | | | | $264.00 |
| | Standard Linehaul | | | | $825.00 |
| | Pre-Pull | | | | $125.00 |
| | 2 DAYS | | | | $50.00 |
| **Subtotal:** | | | | | **$1,354.00** |

| | |
|---|---|
| **Total:** | **$1,354.00** |
| **Payments:** | **$0.00** |
| **Balance Due:** | **$1,354.00** |

**Payment due in 21 days from receipt of invoice**

Failure to make payment after the above mentioned days will result in an interest fee of 1.5% monthly on total balance. In addition, payments not received within the above mentioned days are subject to legal action which include but are not limited to administrative fees, court costs and attorney fees

8738188

823 (Page 1 of 1)

# DELIVERY ORDER



| | |
|---|---|
| BILL TO:<br>FALCONE GLOBAL SOLUTIONS LLC<br>3340 PEACHTREE ROAD NE, SUITE 1430<br>ATLANTA, GA 30326<br>404-381-8739 | DATE 5/23/19 — OUR REF. NO. 2042393<br>THE MERCHANDISE DESCRIBED BELOW WILL BE ENTERED AND/OR FORWARDED AS FOLLOWS: |

| CARRIER | LOCATION | ORIGIN/DESTINATION PORT |
|---|---|---|
| HLCU RIO BLACKWATER 009W | S787 BARBOURS CUT TERMINAL | LONDON, ENGLAND/HOUSTON, TX |

| B/L OR AWB. NO. | ARRIVAL DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) |
|---|---|---|---|
| HLCU LIV190357014 | 05/27/19 | | MAGANA TRANSPORT |

| | HOUSE NO. | ENTRY-B/L NO. | CUST. REF. NO. |
|---|---|---|---|
| | PSID 000103523 | BGX-2042393-1 | 14839 |

| FOR DELIVERY TO | ROUTE |
|---|---|
| FORBO LINOLEUM INC<br>JUPITER WEST A&B WEST IND CENTER<br>11240 GRADER ST.<br>DALLAS, TX 75238 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 1,208 | FLOTEX CARPET TILES AND CARPET TILE PLANKS<br>** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507&404-381-8739 x305 **<br>DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | 36,286 Lb | |
| Container No. TCLU2231218 | Container Size/Type 20 ft Dry — Weight 16459 KG — Quantity 1208 PC — Seal No. ML-GB37742221 K121086 — P.O. No. 677825 | | |

**INLAND FREIGHT** → PREPAID/COLLECT 3rd Party

ORIGINAL DELIVERY ORDER

Received in Good Order By:

Kristi Coggins PER:

Date: ___ Time: ___

linehaul - 825.00
Fuel - 264.00
Chassis - 40.00

Location of Goods:
S787 BARBOURS CUT TERMINAL
1515 E BARBOURS CUT BLVD
LA PORTE, TX 775713015
CHECK AVAILABILITY PHONE#: 817-825-7064

**DELIVERY CLERK: DELIVER TO CARRIER SHOWN ABOVE**

Cooper/Ports America (C/PA)
By: asaenz - 05/31/2019,13:13
Equipment Interchange Receipt
Gate In

**Customer: HAPAG- LLOYD (AMERICA) INC.**

**EIR NO:4236965**

**EIR DATE: 05/31/19 13:12**

**Acceptance:HPL- APR19**

**Equipment:TCLU 223121- 8**

**Equipment Tp:U2DV**

**Status:AV**

**Comments:**

**Trucker:GULF LINE TRANSPORT LLC**

**Driver ID:970007**

**Truck Lic #:2422323**

**Related:**

# Pass Out (NAPZ 152094-)

## Not Inspected.

970007

# Cooper/Ports America (C/PA)
## By: asaenz2 - 05/31/2019 13:32
## Equipment Interchange Receipt
## Gate In

Depot: IMS2

Customer: GCCP

EIR NO:4237001

EIR DATE: 05/31/19 13:31

Acceptance:GCCP- APR19

Trucker:GULF LINE TRANSPORT LLC

Carrier Lic:97007

Equipment:NAPZ 152094-

Equipment Tp:Z2SL

Status:AV

Comments:

DMG/Comments:

Load Flag:Empty

Gross Wt: 0

CH Lic:

CH Lic ST:

CH Lic EXP:

FHWA:


Signature _____

PHA: BCT
EIR: 2568160

SCAC Code: GLFI
Date: 2019-05-29

Steamship Line: HLC
Time: 14:05 2019-05-29 14:43

MOVE TYPE: DELIVER IMPORT

CONTAINER: TCLU2231218
ISO CODE: 22G1
LIC: 2422323

CHASSIS: NAPZ152094
CHASSIS OWNER ID:
IS OWN: Y

BILL OF LADING:
SEAL: ML-GB3//4221
GROSS: 40271 lb

IS HAZ: N
IS OOG: N

TEMP:

GENSET:



Pickup Container from: 2422323

*** ***

Driver responsible for chassis twistlocks          Do not park on Crane Runways

## Carrier Confirmation

<table>
<tr><td>

Agent#:

Shipper/PO#: 2042393

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

</td>
<td>

Mail Delivery Documents To:

Gulflise Transport, LLC.
950 Houston Northcutt Blvd.
Suite 100
Mount Pleasant, SC 29464

</td>
<td>

Date: 05/29/2019

Load#: 8738188

</td></tr>
</table>

Carrier #:

Stops:

| Work #: HLCULIV190357014 | Work Order#: | Driver Ref #: | Container #: TCLU2281218 |
|---|---|---|---|
| Commodity: | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |

| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |
|---|---|---|---|---|---|---|

| Origin 1: | Destination 1: |
|---|---|
| HAPAG BARBOURS CUT<br>1700 E. BARBOURS CUT BLVD<br>LA PORTE, TX 77571<br>Phone: 713-670-1100<br><br>Special Instructions:<br>Hours 07:00-18:00 | MAGANA TRANSPORT TERMINAL<br>7002 SOUTH LAKE HOUSTON PKWY<br>HOUSTON, TX 77049<br>Phone: 713-554-0563 |
| Origin 2: | Destination 2: |
| MAGANA TRANSPORT TERMINAL<br>7002 SOUTH LAKE HOUSTON PKWY<br>HOUSTON, TX 77049<br>Phone: 713-554-0563 | FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238<br>Phone: 214-221-0788 SAL |
| Origin 3: | Destination 3: |
| FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238<br>Phone: 214-221-0788 SAL | HAPAG BARBOURS CUT<br>1700 E. BARBOURS CUT BLVD<br>LA PORTE, TX 77571<br>Phone: 713-670-1100<br><br>Special Instructions:<br>Hours 07:00-18:00<br>Del Appt Date: 05/31/2019 9:00 AM |
| Truck Information: | Settlement Information: *Depart - 8:30* |
| Truck#: 970007<br>Driver: ARMANDO RAMOS | Truck#: 970007<br>Driver: ARMANDO RAMOS |

### Notes

HAPAG LLOYD / 20ST

**Aleta Magana**

| | |
|---|---|
| **From:** | Cassidy Nash <cassidy.nash@falconeglobal.com> |
| **Sent:** | Tuesday, June 4, 2019 2:27 PM |
| **To:** | Aleta Magana |
| **Subject:** | RE: ref # 2042393  tclu2231218 |

Approved with thanks.

Best Regards,

Cassidy Nash
Domestic Drayage Coordinator

**Falcone Global Solutions, LLC**
1628 John F. Kennedy Boulevard
Suite 401
Philadelphia, PA 19103
P: 404-381-8739 x404
F: 404-962-6971





This message and any attachments may contain CONFIDENTIAL and legally protected information. If you are not the addressee and an intended recipient, please do
not read, copy, use or disclose this communication to others;  also, please notify the sender by replying to this message, and then delete it from your system. All
transactions are subject to the Falcone Global Companies Standard Trading Conditions (copies available on request from the Company) and which, in certain cases,
exclude or limit the Company's liability and include certain indemnities benefiting the Company that supersede any and all agreements. Thank you.

**From:** Aleta Magana <aleta@maganatransport.com>
**Sent:** Monday, June 3, 2019 6:55 PM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** ref # 2042393 tclu2231218

Hi Cassidy,

Please see POD and final charges below. Please email back approving charges. I feel like a
robot. LOL

1

| Inv. Code: | | Description: | Amount: |
|---|---|---|---|
| STORAGE | ▼ | 2 DAYS | 50.00 |
| PRE-PULL | ▼ | Pre-Pull | 125.00 |
| LINEHAUL | ▼ | Standard Linehaul | 825.00 |
| FSC | | Fuel Surcharge | 264.00 |
| CHASSIS RENTAL | ▼ | Chassis Rental 3 DAYS | 90.00 |

Total Charge: 1354.00

**From:** system@truckman3.com <system@truckman3.com>
**Sent:** Monday, June 3, 2019 5:53 PM
**To:** Aleta Magana <aleta@maganatransport.com>
**Subject:**

2

# Gulf Line Transport, LLC

**07/31/2020**

950 Houston Northcutt Blvd. * Suite 100 * Mount Pleasant, SC 29464 * voice: 843-849-0451 * fax: 843-881-5702

**Make checks payable to:**

**Gulf Line Transport, LLC**
**PO Box 1999**
**Valparaiso, IN 46384**
**Phone: 843-849-0451**
**Fax: 843-881-5702**
**Email: ar@carolinanational.com**

| | |
|---|---|
| **Invoice#:** | GLT-8736052-GHO |
| **Invoice Date:** | 06/05/2019 |
| **Terms:** | 21 |
| **Due Date:** | 06/26/2019 |
| **Manifest#:** | |
| **Reference#:** | 2042351 |

Bill to:
FALCONE GLOBAL SOLUTIONS, LLC
ACCOUNTING@FACLONEGLOBAL.COM
TAYLOR@FALCONEGLOBAL.COM
Attention: 3348 PEACHTREE ROAD, NE TOWER
ATLANTA, GA 30326

| Load# | Info | Date | Description | | Amount |
|---|---|---|---|---|---|
| GLT-8736052-GHO | PU Cont: UACU-4023892<br>Cust Ref#: 2042351<br>BL/BK: HLCULIV190418360<br>Chassis: TAXZ593297 | 05/31/2019 | BARBOURS CUT TERMINAL<br>1700 E BARBOURS CUT BLVD<br>LA PORTE, TX 77571-3025 | **To** FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238 | |
| | FUEL | | | | $264.00 |
| | CHASSIS RENTAL | | | | $90.00 |
| | LINEHAUL | | | | $825.00 |
| **Subtotal:** | | | | | **$1,179.00** |

| | |
|---|---|
| **Total:** | **$1,179.00** |
| **Payments:** | **$0.00** |
| **Balance Due:** | **$1,179.00** |

**Payment due in 21 days from receipt of invoice**

Failure to make payment after the above mentioned days will result in an interest fee of 1.5% monthly on total balance. In addition, payments not received within the above mentioned days are subject to legal action which include but are not limited to administrative fees, court costs and attorney fees

# DELIVERY ORDER





Page 1 / 1

**BILL TO:**
FALCONE GLOBAL SOLUTIONS LLC
3340 PEACHTREE ROAD NE, SUITE 1430
ATLANTA, GA 30326
404-381-8739

| DATE | OUR REF. NO. |
|------|-------------|
| 5/21/19 | 2042351 |

THE MERCHANDISE DESCRIBED BELOW
WILL BE ENTERED AND/OR FORWARDED
AS FOLLOWS:

| CARRIER | LOCATION | ORIGIN/DESTINATION PORT |
|---------|----------|------------------------|
| HLCU MY NY 010W | S787 BARBOURS CUT TERMINAL | LONDON, ENGLAND/HOUSTON, TX |

| B/L OR AWB. NO. | ARRIVAL DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO:) |
|-----------------|--------------|----------------|---------------------------------------------------------|
| HLCU LIV190418360 | 05/21/19 | | MAGANA TRANSPORT |

| | HOUSE NO. | ENTRY-B/L NO. | CUST. REF. NO. |
|---|-----------|---------------|----------------|
| | PSID 000104105 | BGX-2042351-9 | 14886 |

| FOR DELIVERY TO | ROUTE |
|-----------------|-------|
| FORBO LINOLEUM INC<br>JUPITER WEST A&B WEST IND CENTER<br>11240 GRADER ST.<br>DALLAS, TX 75238 | ** FORBO SHIPMENT 677289 ** |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|--------------|-----------------------------------------------------|--------|-----------|
| 911 | FLOTEX CARPET TILES AND CARPET TILE PLANKS | 33,373 Lb | |
| | ** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507&404-381-8739 x305 ** | | |
| | DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | | |

Container No.        Container Size/Type        Weight        Quantity        Seal No.                        P.O. No.
UACU4023892          20 ft Dry                  15139 KG      911 PC          ML-GB3774308                    677289

| INLAND FREIGHT | PREPAID/COLLECT<br>3rd Party | Received in Good Order By: |
|----------------|------------------------------|---------------------------|

ORIGINAL DELIVERY ORDER

Date:          Time:

Kristi Coggins
**PER:**

Location of Goods:
S787 BARBOURS CUT TERMINAL
1515 E BARBOURS CUT BLVD
LA PORTE, TX775713015
CHECK AVAILABILITY PHONE#: 817-825-7064

**DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE**

Cooper/Ports America (C/PA)
By: asaenz - 05/31/2019 10:05
Equipment Interchange Receipt
Gate In
Customer: HAPAG- LLOYD (AMERICA) INC.
EIR NO:4236594
EIR DATE: 05/31/19 10:04
Acceptance:HPL- APR19
Equipment:UACU 402389- 2
Equipment Tp:U2DV
Status:AV
Comments:taxz593297
Trucker:GULF LINE TRANSPORT LLC

Driver ID:013
Truck Lic #:r379316
Related:

# Gulf Line Transport, LLC

**DELIVERY RECEIPT**

Terminal _Houston, TX_

**CORPORATE OFFICE**
P.O. Box 1510 - Mt. Pleasant, SC 29464
(843) 849-0451

TRIP NO. _8736052_

CONTAINER NO. _UACU 4023892_

CHASSIS NO. _TAXZ 573297_

B/L SHIPPERS NO.

**FROM** _Q-1_
_BarBous Cut Blvd_

(Where You Picked Up)

FINAL DESTINATION

**TO** _forBo Livoleum_
_11240 Walen st_
_Dallas, TX  75238_

(Where You Delivered)

DELIVERY/PICK-UP DATE

SEAL #

| CONTROL | | | |
|---|---|---|---|
| PCS | DESCRIPTION | SEAL # | WEIGHT |
| 1 | CONTAINER / TRL. LOAD | | |
| | SEAL INTACT | | |
| 1 | EMPTY CONTAINER / TRL. | | |
| | SKIDS | | |
| | PALLETS | | |
| | SLIPSHEETS | | |

APPOINTMENT TIME: _9:00 AM_

ARRIVAL TIME: _9:00 AM_

TIME STARTED LOADING/UNLOADING: _9:55 AM_

TIME COMPLETED:

**ACCESSORIAL AUTHORIZATION**

NAME

NUMBER

RECEIVED IN GOOD CONDITION & VERIFYING TIME:

| DRIVER LOADED | DRIVER UNLOADED |
|---|---|

SIGNATURE OF SHIPPER/RECEIVER

DRIVERS NAME: _Brian Verbillo_

UNIT NO: _070013_

DATE DELIVERED: _05/30/11_

**NOTICE: CUSTOMER IS RESPONSIBLE FOR ALL DETENTION CHARGES AFTER 48 HOURS, CAROLINA NATIONAL TRANSPORTATION MUST BE NOTIFIED WHEN TRAILER IS EMPTY.**

PHA: BCT
EIR: 2568992
SCAC Code: GLFI
Date: 2019-05-29
Steamship Line: HLC
Time: 16:15 2019-05-29 16:45

MOVE TYPE: DELIVER IMPORT

CONTAINER: UACU4023892
ISO CODE: 22G1
LIC: R379316
CHASSIS: TAXZ593297
CHASSIS OWNER ID:
IS OWN: Y

BILL OF LADING:
SEAL: ML-GB3774308
GROSS: 37279 lb

IS HAZ: N
IS OOG: N

GENSET:
TEMP:

Pickup Container from: R379316
*** ***

Driver responsible for chassis twistlocks        Do not park on Crane Runways

**Aleta Magana**

| | |
|---|---|
| **From:** | Cassidy Nash <cassidy.nash@falconeglobal.com> |
| **Sent:** | Tuesday, June 4, 2019 2:27 PM |
| **To:** | Aleta Magana |
| **Subject:** | RE: REF # 2042351  UACU4023892 |

Approved with thanks.

Best Regards,

Cassidy Nash
Domestic Drayage Coordinator

**Falcone Global Solutions, LLC**
1628 John F. Kennedy Boulevard
Suite 401
Philadelphia, PA 19103
P: 404-381-8739 x404
F: 404-962-6971





This message and any attachments may contain CONFIDENTIAL and legally protected information. If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this message, and then delete it from your system. All transactions are subject to the Falcone Global Companies Standard Trading Conditions (copies available on request from the Company) and which, in certain cases, exclude or limit the Company's liability and include certain indemnities benefiting the Company that supersede any and all agreements. Thank you.

**From:** Aleta Magana <aleta@maganatransport.com>
**Sent:** Monday, June 3, 2019 6:43 PM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** REF # 2042351 UACU4023892

HI Cassidy,

Please see POD and Interchanges. Please confirm final charges.

| Inv. Code: | | Description: | Amount: |
|---|---|---|---|
| LINEHAUL | ▼ | LINEHAUL | 825.00 |
| CHASSIS RENTAL | ▼ | CHASSIS RENTAL | 90.00 |
| FSC | ▼ | FUEL | 264.00 |
| | | Total Charge: | **1179.00** |

Thanks,
Aleta

1

**From:** system@truckman3.com <system@truckman3.com>
**Sent:** Monday, June 3, 2019 5:40 PM
**To:** Aleta Magana <aleta@maganatransport.com>
**Subject:**

2

# Gulf Line Transport, LLC

**07/31/2020**

950 Houston Northcutt Blvd. * Suite 100 * Mount Pleasant, SC 29464 * voice: 843-849-0451 * fax: 843-881-5702

**Make checks payable to:**

**Gulf Line Transport, LLC**
**PO Box 1999**
**Valparaiso, IN 46384**
**Phone: 843-849-0451**
**Fax: 843-881-5702**
**Email: ar@carolinanational.com**

| | |
|---|---|
| **Invoice#:** | GLT-8723072-GHO |
| **Invoice Date:** | 06/05/2019 |
| **Terms:** | 21 |
| **Due Date:** | 06/26/2019 |
| **Manifest#:** | |
| **Reference#:** | 2042346 |

Bill to:

FALCONE GLOBAL SOLUTIONS, LLC
ACCOUNTING@FACLONEGLOBAL.COM
TAYLOR@FALCONEGLOBAL.COM
Attention: 3348 PEACHTREE ROAD, NE TOWER
ATLANTA, GA 30326

| Load# | Info | Date | Description | | Amount |
|---|---|---|---|---|---|
| GLT-8723072-GHO | **PU Cont:** TGHU-0595945 | 05/29/2019 | BAYPORT TERMINAL 12619 PORT RD SEABROOK, TX 77586 | **To** FORBO LINOLEUM INC 11240 GRADER ST DALLAS, TX 75238 | |
| | **Weight(lbs):** 31069 | | | | |
| | **Cust Ref#:** 2042346 | | | | |
| | **BL/BK:** CMDURTM0909817 | | | | |
| | **Chassis:** TNPZ207355 | | | | |
| | FUEL | | | | $264.00 |
| | CHASSIS RENTAL 7 days | | | | $210.00 |
| | LINEHAUL | | | | $825.00 |
| | Pre-Pull | | | | $125.00 |
| | 6 days | | | | $150.00 |
| **Subtotal:** | | | | | **$1,574.00** |

| | |
|---|---|
| **Total:** | **$1,574.00** |
| **Payments:** | **$0.00** |
| **Balance Due:** | **$1,574.00** |

**Payment due in 21 days from receipt of invoice**

Failure to make payment after the above mentioned days will result in an interest fee of 1.5% monthly on total balance. In addition, payments not received within the above mentioned days are subject to legal action which include but are not limited to administrative fees, court costs and attorney fees

# DELIVERY ORDER



Page 1/1



CUSTOMIZED SOLUTIONS TO MEET YOUR GLOBAL BUSINESS NEEDS

| BILL TO:<br>FALCONE GLOBAL SOLUTIONS LLC<br>3340 PEACHTREE ROAD NE, SUITE 1430<br>ATLANTA, GA 30326 | DATE<br>5/21/19 | OUR REF. NO.<br>2042346 |
|---|---|---|

THE MERCHANDISE DESCRIBED BELOW WILL BE ENTERED AND/OR FORWARDED AS FOLLOWS:

| CARRIER<br>CMDU CMA CGM ALCAZAR UE1MA | LOCATION<br>V136 BAYPORT CONTAINER TERMIN | ORIGIN/DESTINATION PORT<br>ROTTERDAM, NETHERLAN/HOUSTON, T |
|---|---|---|
| B/L OR AWB. NO.<br>CMDU RTM0909817 | ARRIVAL DATE<br>05/17/19 | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO:)<br>MAGANA TRANSPORT |
| | HOUSE NO.<br>CMDU RTM0911125 | ENTRY-B/L NO.<br>BGX-2042346-9 | CUST. REF. NO.<br>14912 |

| FOR DELIVERY TO | ROUTE |
|---|---|
| FORBO LINOLEUM INC<br>JUPITER WEST A&B WEST IND CENTER<br>11240 GRADER ST.<br>DALLAS, TX 75238 | ** FORBO SHIPMENT 676432 ** |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES; SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 76 | LINOLEUM,FLOCKED VINYL,PVC FLOOR COVERINGS | 31,069 Lb | |
| | ** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507&404-381-8739 x305 ** | | |
| | DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | | |

| Container No.<br>TGHU0595945 | Container Size/Type<br>20 ft Dry | Weigh<br>14093 KG | Quantity<br>76 PC | Seal No.<br>HO107172 | P.O. No.<br>676432 |
|---|---|---|---|---|---|

**INLAND FREIGHT** ➤ | PREPAID/COLLECT<br>3rd Party

ORIGINAL DELIVERY ORDER

Received in Good Order
By:

Date: _____ Time: _____

PER: Kristi Coggins

Location of Goods:
V136 BAYPORT CONTAINER TERMINAL
12619 PORT ROAD
PASADENA, TX77586
CHECK AVAILABILITY PHONE#: 877-556-6308

**DELIVERY CLERK: DELIVER TO CARRIER SHOWN ABOVE**

EIR: 6457111
Date: 2019-05-23
Time: 11:52 2019-05-23 13:14

PHA: Bayport
SCAC Code: GLFI
steamship Line: CMA

LIC: 1L34878
IS OWN: Y

GROSS: 35919 lb

IS OOG: N

MOVE TYPE: DELIVER IMPORT

ISO CODE: 22G1
CHASSIS OWNER ID: TLI

CONTAINER: TGHU0595945
CHASSIS: TNPZ207355

SEAL: H0107172

BILL OF LADING:

IS HAZ: N
TEMP:

GENSET:



Pickup Container from: 1L34878
*** ***

Driver responsible for chassis twistlocks     Do not park on Crane Runways

# Gulf Line Transport, LLC

**CORPORATE OFFICE**
P.O. Box 1510 • Mt. Pleasant, SC 29464
(843) 849-0451

## DELIVERY RECEIPT

Terminal: Houston

| | TRIP NO. 8723072 |
|---|---|
| CONTAINER NO. TGHU0525945 | B/L SHIPPERS NO. |
| CHASSIS NO. TNPZ 2023555 | 2242 3416 |
| FINAL DESTINATION Dallas, TX | DELIVERY/PICK-UP DATE 5-25-19 |

SEAL #

**FROM** (Where You Picked Up)
Magna Transport Terminal
2002 S Lake Houston Pkwy
Houston, TX 77049

**TO** (Where You Delivered)
Farbo Linoleum
11240 Grader St.
Dallas, TX 75238

| CONTROL | | | | | APPOINTMENT TIME: 9:00 | ACCESSORIAL AUTHORIZATION |
|---|---|---|---|---|---|---|
| PCS | DESCRIPTION | WEIGHT | | | ARRIVAL TIME: 8:15 | |
| 1 | CONTAINER / TRL. LOAD SEAL #H07122 | | | | TIME STARTED LOADING/UNLOADING: 8:30 | NAME |
| | SEAL INTACT | | | | TIME COMPLETED: 8:40 - 9:55 | |
| 1 | EMPTY CONTAINER / TRL. | | | | RECEIVED IN GOOD CONDITION & VERIFYING TIME: 8:40 - 9:55 | NUMBER |
| | SKIDS | | | | | |
| | PALLETS | | | | | |
| | SLIPSHEETS | | | | | |

DRIVERS NAME: Kendrick Lewis
UNIT NO.: 97005
DATE DELIVERED: 5-25-19
DRIVER LOADED: —
DRIVER UNLOADED: —
SIGNATURE OF SHIPPER/RECEIVER: X

NOTICE: CUSTOMER IS RESPONSIBLE FOR ALL DETENTION CHARGES AFTER 48 HOURS. CAROLINA NATIONAL TRANSPORTATION MUST BE NOTIFIED WHEN TRAILER IS EMPTY.

Invoice: GLT-8723072-GHO  Page:19



PHA: Bayport

SCAC Code: GLFI

Steamship Line: CMA

EIR: 6480805

Date: 2019-05-29

Time: 15:52 2019-05-29 16:26

MOVE TYPE: RECEIVE EMPTY

CONTAINER: TGHU0595945

ISO CODE: 22G1

LIC: 2414504

CHASSIS: TNPZ207355

CHASSIS OWNER ID: TLI

IS OWN: N

EDO/BOOKING:

SEAL:

GROSS: 4900 lb

IS HAZ: N

IS OOG: N

GENSET:

TEMP:

Deliver Container to: 7R73N.1

*** ***

Driver responsible for chassis twistlocks

Do not park on crane runways

**Aleta Magana**

| | |
|---|---|
| **From:** | Cassidy Nash <cassidy.nash@falconeglobal.com> |
| **Sent:** | Friday, May 31, 2019 1:15 PM |
| **To:** | Aleta Magana |
| **Cc:** | Brianna  Magana |
| **Subject:** | RE: REF # 2042346  TGHU0595945 |

Approved!

Best Regards,

Cassidy Nash
Domestic Drayage Coordinator

**Falcone Global Solutions, LLC**
1628 John F. Kennedy Boulevard
Suite 401
Philadelphia, PA 19103
P: 404-381-8739 x404
F: 404-962-6971



  

This message and any attachments may contain CONFIDENTIAL and legally protected information.  If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others;  also, please notify the sender by replying to this message, and then delete it from your system.  All transactions are subject to the Falcone Global Companies Standard Trading Conditions (copies available on request from the Company) and which, in certain cases, exclude or limit the Company's liability and include certain indemnities benefiting the Company that supersede any and all agreements. Thank you.

**From:** Aleta Magana <aleta@maganatransport.com>
**Sent:** Thursday, May 30, 2019 4:55 PM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Cc:** Brianna Magana <brianna@maganatransport.com>
**Subject:** FW: REF # 2042346 TGHU0595945

Please let us know if charges are good on this one.

Thanks,
Aleta

**From:** Aleta Magana
**Sent:** Thursday, May 30, 2019 9:23 AM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** REF # 2042346 TGHU0595945

HI Cassidy,

1

Please see POD and please confirm final charges. ☺ thanks

| Inv. Code: | | Description: | Amount: |
|---|---|---|---|
| STORAGE | ▼ | 6 days | 150.00 |
| PRE-PULL | ▼ | Pre-Pull | 125.00 |
| LINEHAUL | ▼ | LINEHAUL | 825.00 |
| CHASSIS RENTAL | ▼ | CHASSIS RENTAL 7 days | 210.00 |
| FSC | ▼ | FUEL | 264.00 |

Total Charge: **1574.00**

**From:** system@truckman3.com <system@truckman3.com>
**Sent:** Thursday, May 30, 2019 9:21 AM
**To:** Aleta Magana <aleta@maganatransport.com>
**Subject:**

2

**Gulf Line Transport, LLC**

07/31/2020

950 Houston Northcutt Blvd. * Suite 100 * Mount Pleasant, SC 29464 * voice: 843-849-0451 * fax: 843-881-5702

**Make checks payable to:**

**Gulf Line Transport, LLC**
**PO Box 1999**
**Valparaiso, IN 46384**
**Phone: 843-849-0451**
**Fax: 843-881-5702**
**Email: ar@carolinanational.com**

| | |
|---|---|
| **Invoice#:** | GLT-8728474-GHO |
| **Invoice Date:** | 06/05/2019 |
| **Terms:** | 21 |
| **Due Date:** | 06/26/2019 |
| **Manifest#:** | |
| **Reference#:** | 2042298 |

Bill to:
FALCONE GLOBAL SOLUTIONS, LLC
ACCOUNTING@FACLONEGLOBAL.COM
TAYLOR@FALCONEGLOBAL.COM
Attention: 3348 PEACHTREE ROAD, NE TOWER
ATLANTA, GA 30326

| Load# | Info | Date | Description | | Amount |
|---|---|---|---|---|---|
| GLT-8728474-GHO | **PU Cont:** HLXU-3201818<br>**Cust Ref#:** 2042298<br>**BL/BK:** HLCULIV190255518<br>**Chassis:** TLXZ296158 | 05/30/2019 | BARBOURS CUT TERMINAL<br>1700 E BARBOURS CUT BLVD<br>LA PORTE, TX 77571-3025 | To FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238 | |
| | FUEL | | | | $264.00 |
| | CHASSIS RENTAL 7 days | | | | $525.00 |
| | LINEHAUL | | | | $825.00 |
| | Pre-Pull | | | | $125.00 |
| | 2 Chassis Split | | | | $125.00 |
| | Storage6 days | | | | $150.00 |
| | Tri-Axle Fee | | | | $150.00 |
| **Subtotal:** | | | | | **$2,164.00** |

| | |
|---|---|
| **Total:** | **$2,164.00** |
| **Payments:** | **$0.00** |
| **Balance Due:** | **$2,164.00** |

**Payment due in 21 days from receipt of invoice**

Failure to make payment after the above mentioned days will result in an interest fee of 1.5% monthly on total balance. In addition, payments not received within the above mentioned days are subject to legal action which include but are not limited to administrative fees, court costs and attorney fees

# DELIVERY ORDER





Page 1 x 1

802

| | DATE | OUR REF. NO. |
|---|---|---|
| BILL TO: FALCONE GLOBAL SOLUTIONS LLC 3340 PEACHTREE ROAD NE, SUITE 1430 ATLANTA, GA 30326 404-381-8739 | 5/17/19 | 2042298 |

THE MERCHANDISE DESCRIBED BELOW WILL BE ENTERED AND/OR FORWARDED AS FOLLOWS:

| CARRIER | LOCATION | ORIGIN/DESTINATION PORT |
|---|---|---|
| HLCU MY NY 010W | S787 BARBOURS CUT TERMINAL | LONDON, ENGLAND/HOUSTON, TX |

| B/L OR AWB. NO. | ARRIVAL DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO:) |
|---|---|---|---|
| HLCU LIV190255518 | 05/18/19 | | MAGANA TRANSPORT |

| | HOUSE NO. | ENTRY-B/L NO. | CUST. REF. NO. |
|---|---|---|---|
| | PSID 000102189 | BGX-2042298-2 | 14641 |

| FOR DELIVERY TO | ROUTE |
|---|---|
| FORBO LINOLEUM INC JUPITER WEST A&B WEST IND CENTER 11240 GRADER ST. DALLAS, TX 75238 | ** FORBO SHIPMENT 677287 ** |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES. SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 1,230 | FLOTEX CARPET TILES AND CARPET TILE PLANKS | 42,798 Lb | |
| | ** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507&404-381-8739 x305 ** | | |
| | DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | | |

Container No. HLXU3201818    Container Size/Type 20 ft Dry    Weight 19413 LB    Quantity 1230 PC    Seal No. K121089    P.O. No. 677287

HLXU

*Victor Pickens up*

**INLAND FREIGHT**

PREPAID/COLLECT
3rd Party

ORIGINAL DELIVERY ORDER

Received in Good Order By:

Date:      Time:

Kristi Coggins
PER:

Location of Goods:
S787 BARBOURS CUT TERMINAL
1515 E BARBOURS CUT BLVD
LA PORTE, TX 77571 3015
CHECK AVAILABILITY PHONE#: 817-825-7064

**DELIVERY CLERK: DELIVER TO CARRIER SHOWN ABOVE**



EIR: 2560190
Date: 2019-05-24
Time: 10:16 2019-05-24 10:48

LIC: 2610941
IS OWN: Y
GROSS: 47531 lb
IS OOG: N

PHA: BCT
SCAC Code: GLFI
Steamship Line: HLC

ISO CODE: 22G1
CHASSIS OWNER ID:
SEAL: K121089
IS HAZ: N
TEMP:

MOVE TYPE: DELIVER IMPORT
CONTAINER: HLXU3201818
CHASSIS: TLXZ296159
BILL OF LADING:

GENSET:

Pickup Container from: 2610941
*** ***
Do not park on crane runways
driver responsible for chassis twistlocks



**Outbound Gate Receipt**

EIR No: **2873854**
Customer: **TRACT**
Name: **Trac Intermodal - TRAC SEI**
Date / **05/24/19 / 09:38**
Depot : **RTX06**

1802 Highway 146 N La Porte, TX 77571
**Phone:** 2814700304          **Fax:** xxxxxxxxxx

DRIVER

TZ X2 264 158

| Unit Number | Type / Size | Condition |
|---|---|---|
| - | CHZ / 20 Z | |

| VIN | License Number | State | Exp Date | FHWA | CA BIT Date |
|---|---|---|---|---|---|
| | | | | | |

| Out To | Empty / Loaded | Trucker / SCAC | Tractor No | Release No | On Hire Survey |
|---|---|---|---|---|---|
| | Empty | GULF LINE TRANSPORT LLC / GLFI | | RGLFI1233 | no |

Comments : any prefix

| | | TIRE CONDITON | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS | POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS |
| LOF | | /32 | Y / N | | | ROF | | /32 | Y / N | | |
| LIF | | /32 | Y / N | | | RIF | | /32 | Y / N | | |
| LOC | | /32 | Y / N | | | ROC | | /32 | Y / N | | |
| LIC | | /32 | Y / N | | | RIC | | /32 | Y / N | | |
| LOR | | /32 | Y / N | | | ROR | | /32 | Y / N | | |
| LIR | | /32 | Y / N | | | RIR | | /32 | Y / N | | |

DATE OF INTERCHANGE IS NOT NECESSARILY DATE OF OFF HIRE, REFER TO LEASE AGREEMENT

| ConGlobal Industires | FOR RECEIVING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE. |
|---|---|
| NAME (PRINT) _____ | NAME (PRINT) _____ |
| SIGNATURE _____ DATE_____ | SIGNATURE _____ DATE_____ |

## Carrier Confirmation

Agent#:

Shipper/PO#: 2042298

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

| Mail Delivery Documents To: |
|---|
| Gulfline Transport, LLC. |
| 950 Houston Northcutt Blvd. |
| Suite 100 |
| Mount Pleasant, SC 29464 |

Date: 05/29/2019

Load#: 8728474

Carrier #:

Stops:

| Bl/Bk #: HLCULIV190255518 | Work Order#: | Driver Ref #: | Container #: HLXU3201818 |
|---|---|---|---|
| Commodity: FLOTEX CARPET | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: 2019-05-28 09:38:00 |

| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |
|---|---|---|---|---|---|---|

| Origin 1: | Destination 1: |
|---|---|
| MAGANA TRANSPORT TERMINAL | FORBO LINOLEUM INC |
| 7002 SOUTH LAKE HOUSTON PKWY | 11240 GRADER ST |
| HOUSTON, TX 77049 | DALLAS, TX 75238 |
| Phone: 713-554-0563 | Phone: 214-221-0788 SAL |
| | |
| Pick Up Appt: 05/24/2019 9:38 AM | |

| Origin 2: | Destination 2: |
|---|---|
| FORBO LINOLEUM INC | HAPAG BARBOURS CUT |
| 11240 GRADER ST | 1700 E. BARBOURS CUT BLVD |
| DALLAS, TX 75238 | LA PORTE, TX 77571 |
| Phone: 214-221-0788 SAL | Phone: 713-670-1100 |
| | |
| | Special Instructions: |
| | Hours 07:00-18:00 |
| | |
| | Del Appt Date: 05/30/2019 10:00 AM    8:45 |
| | Depart - 9:00 Am |

| Truck Information: | Settlement Information: |
|---|---|
| Truck#: 970001 | Truck#: 970001 |
| Driver: VICTOR CAMACHO SIERRA | Driver: VICTOR CAMACHO SIERRA |

Notes

**Cooper/Ports America (C/PA)**
**By: mmillikin - 05/30/2019 14:39**
**Equipment Interchange Receipt**
**Gate In**
**Customer: HAPAG- LLOYD (AMERICA) I**
**EIR NO:4235960**
**EIR DATE: 05/30/19 14:37**
**Acceptance:HPL- APR19**
**Equipment:HLXU 320181- 8**
**Equipment Tp:U2DV**
**Status:AV**
**Comments:tlxz296158**
**Trucker:GULF LINE TRANSPORT LLC**

**Driver ID:97001**
**Truck Lic #:2610941**
**Related:**

## Aleta Magana

| | |
|---|---|
| **From:** | Cassidy Nash <cassidy.nash@falconeglobal.com> |
| **Sent:** | Friday, May 31, 2019 1:41 PM |
| **To:** | Aleta Magana |
| **Subject:** | RE: REF # 2042298  HLXU3201818 |

Thank you!

Best Regards,

Cassidy Nash
Domestic Drayage Coordinator

**Falcone Global Solutions, LLC**
1628 John F. Kennedy Boulevard
Suite 401
Philadelphia, PA 19103
P: 404-381-8739 x404
F: 404-962-6971





This message and any attachments may contain CONFIDENTIAL and legally protected information.  If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others;  also, please notify the sender by replying to this message, and then delete it from your system.  All transactions are subject to the Falcone Global Companies Standard Trading Conditions (copies available on request from the Company) and which, in certain cases, exclude or limit the Company's liability and include certain indemnities benefiting the Company that supersede any and all agreements. Thank you.

**From:** Aleta Magana <aleta@maganatransport.com>
**Sent:** Friday, May 31, 2019 2:35 PM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** RE: REF # 2042298 HLXU3201818

Yes that is fine. We can do that.

Thanks,
Aleta

**From:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Sent:** Friday, May 31, 2019 1:35 PM
**To:** Aleta Magana <aleta@maganatransport.com>
**Subject:** RE: REF # 2042298 HLXU3201818

Can I approve all of the charges beside the per diem?  And then we can revisit that once the invoice arrives?

Best Regards,

Cassidy Nash
Domestic Drayage Coordinator

1

**Falcone Global Solutions, LLC**
1628 John F. Kennedy Boulevard
Suite 401
Philadelphia, PA 19103
P: 404-381-8739 x404
F: 404-962-6971



  

This message and any attachments may contain CONFIDENTIAL and legally protected information. If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this message, and then delete it from your system. All transactions are subject to the Falcone Global Companies Standard Trading Conditions (copies available on request from the Company) and which, in certain cases, exclude or limit the Company's liability and include certain indemnities benefiting the Company that supersede any and all agreements. Thank you.

**From:** Aleta Magana <aleta@maganatransport.com>
**Sent:** Friday, May 31, 2019 2:22 PM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** RE: REF # 2042298 HLXU3201818

I do not have that yet. It is going to take a while to come in.

**From:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Sent:** Friday, May 31, 2019 1:15 PM
**To:** Aleta Magana <aleta@maganatransport.com>
**Subject:** RE: REF # 2042298 HLXU3201818

Hi Aleta,

Can you send me the per diem invoice? We may dispute it with the SSL.

Best Regards,

Cassidy Nash
Domestic Drayage Coordinator

**Falcone Global Solutions, LLC**
1628 John F. Kennedy Boulevard
Suite 401
Philadelphia, PA 19103
P: 404-381-8739 x404
F: 404-962-6971



  

This message and any attachments may contain CONFIDENTIAL and legally protected information. If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this message, and then delete it from your system. All transactions are subject to the Falcone Global Companies Standard Trading Conditions (copies available on request from the Company) and which, in certain cases, exclude or limit the Company's liability and include certain indemnities benefiting the Company that supersede any and all agreements. Thank you.

2

**From:** Aleta Magana <aleta@maganatransport.com>
**Sent:** Thursday, May 30, 2019 6:03 PM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** REF # 2042298 HLXU3201818

Cassidy,

Please see POD and interchanges. Please email back confirming charges. We had 1 day
Perdiem on this one.

| Inv. Code: | | Description: | Amount: | |
|---|---|---|---|---|
| PER DIEM | ▼ | 1 day Perdiem | 185.00 | |
| TRI-AXLE FEE | ▼ | Tri-Axle Fee | 150.00 | |
| STORAGE | ▼ | Storage6 days | 150.00 | |
| CHASSIS SPLIT | ▼ | 2 Chassis Split | 125.00 | |
| PRE-PULL | ▼ | Pre-Pull | 125.00 | |
| LINEHAUL | ▼ | LINEHAUL | 825.00 | |
| TRI-AXLE RENTAL | ▼ | CHASSIS RENTAL 7 days | 525.00 | |
| FSC | ▼ | FUEL | 264.00 | |

Total Charge: 2349.00

Thanks,
Aleta

**From:** system@truckman3.com <system@truckman3.com>
**Sent:** Thursday, May 30, 2019 5:02 PM
**To:** Aleta Magana <aleta@maganatransport.com>
**Subject:**

3

**Gulf Line Transport, LLC**

**07/31/2020**

950 Houston Northcutt Blvd. * Suite 100 * Mount Pleasant, SC 29464 * voice: 843-849-0451 * fax: 843-881-5702

**Make checks payable to:**

**Gulf Line Transport, LLC**
**PO Box 1999**
**Valparaiso, IN 46384**
**Phone: 843-849-0451**
**Fax: 843-881-5702**
**Email: ar@carolinanational.com**

| | |
|---|---|
| **Invoice#:** | GLT-8737429-GHO |
| **Invoice Date:** | 06/12/2019 |
| **Terms:** | 21 |
| **Due Date:** | 07/03/2019 |
| **Manifest#:** | |
| **Reference#:** | 2042434 |

Bill to:
FALCONE GLOBAL SOLUTIONS, LLC
ACCOUNTING@FACLONEGLOBAL.COM
TAYLOR@FALCONEGLOBAL.COM
Attention: 3348 PEACHTREE ROAD, NE TOWER
ATLANTA, GA 30326

| Load# | Info | Date | Description | | Amount |
|---|---|---|---|---|---|
| GLT-8737429-GHO | **PU Cont:** TTNU-1083190<br>**Cust Ref#:** 2042434<br>**BL/BK:** HLCULIV190357014<br>**Chassis:** Magz340503 | 05/31/2019 | BARBOURS CUT TERMINAL<br>1700 E BARBOURS CUT BLVD<br>LA PORTE, TX 77571-3025 | **To** FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238 | |
| | Standard Linehaul | | | | $825.00 |
| | Fuel Surcharge | | | | $264.00 |
| | Chassis Rental | | | | $60.00 |
| **Subtotal:** | | | | | **$1,149.00** |

| | |
|---|---|
| **Total:** | **$1,149.00** |
| **Payments:** | **$0.00** |
| **Balance Due:** | **$1,149.00** |

**Payment due in 21 days from receipt of invoice**

Failure to make payment after the above mentioned days will result in an interest fee of 1.5% monthly on total balance. In addition, payments not received within the above mentioned days are subject to legal action which include but are not limited to administrative fees, court costs and attorney fees

8737429

822
Page 1/1

# DELIVERY ORDER



| BILL TO:<br>FALCONE GLOBAL SOLUTIONS LLC<br>3340 PEACHTREE ROAD NE, SUITE 1430<br>ATLANTA, GA 30326<br>404-381-8739 | | DATE<br>5/28/19 | OUR REF. NO.<br>2042434 |
|---|---|---|---|
| | | THE MERCHANDISE DESCRIBED BELOW<br>WILL BE ENTERED AND/OR FORWARDED<br>AS FOLLOWS: | |

| CARRIER<br>CMDU CMA CGM WHITE SHARK WE1MA | | LOCATION<br>V136 BAYPORT CONTAINER TERMIN | ORIGIN/DESTINATION PORT<br>ROTTERDAM, NETHERLAN/HOUSTON, T |
|---|---|---|---|
| B/L OR AWB. NO.<br>CMDU RTM0910810 | ARRIVAL DATE<br>05/24/19 | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO:)<br>MAGANA TRANSPORT |
| | | HOUSE NO.<br>CMDU RTM0912201 | ENTRY-B/L NO.<br>BGX-2042434-3 CUST. REF. NO.<br>14955 |

| FOR DELIVERY TO | ROUTE |
|---|---|
| FORBO LINOLEUM INC<br>JUPITER WEST A&B WEST IND CENTER<br>11240 GRADER ST.<br>DALLAS, TX 75238 | |
| | ** FORBO SHIPMENT 676934 ** |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 43 | FLOOR COVERINGS AND ACCESSORIES | 34,196 Lb | |
| | ** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507&404-381-8739 x305 ** | | |
| | DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | | |
| Container No.<br>TTNU1083190 | Container Size/Type   Weight      Quantity   Seal No.       P.O. No.<br>20 ft Dry          15511 KG    43 PC       HO107113      676934 | | |

**INLAND FREIGHT**    PREPAID/COLLECT<br>3rd Party

ORIGINAL DELIVERY ORDER

Kristi Coggins
PER:

Location of Goods:
V136 BAYPORT CONTAINER TERMINAL
12619 PORT ROAD
PASADENA, TX77586
CHECK AVAILABILITY PHONE#: 877-556-6308

Received in Good Order
By:

Date:              Time:

**DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE**

**PRINT REPLICA**

# Bayport

## EIR: 6487230

## CMA:CMA CGM America Inc

**Type:** DI
**Truck Co.:** GLFI

**Created:** 30-MAY-2019 15:56
**EIRDate:** 30-MAY-2019 16:13

| | |
|---|---|
| **DRIVER NAME:** | **TRUCK LICENSE #:** 1L34878 |
| **CONTAINER:** TTNU1083190 | **SIZE/TYPE:** 20 GP 86 |
| **CHASSIS:** MAGZ340503 | **SIZE/TYPE:** |
| **OWNER CHASSIS:** Yes | **RELEASE:** |
| **VESSEL::** CWS | |
| **PORT:** | |

| | |
|---|---|
| **GENERATOR:** | **SCALE WT:** 27180.0 |
| **FUEL LEVEL:** | **GROSS WT:** 38826.0 |
| **TEMP: AIR EXCH:** | **CARGO WT:** |
| **SEALS:** HO107113 | |

## Carrier Confirmation

Agent#:

Shipper/PO#: 2042434

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

Mail Delivery Documents To:

Gulfline Transport, LLC.
950 Houston Northcutt Blvd.
Suite 100
Mount Pleasant, SC 29464

Date: 05/30/2019

Load#: 8737429

Carrier #:

Stops:

| Bl/Bk #: HLCULIV190357014 | Work Order#: | Driver Ref #: | Container #: TTNU1083190 |
|---|---|---|---|
| Commodity: | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |
| Pick-up #: | cod: | Prebill: | Prepay: | tgt col: | Pallets: | Pallet Qty: |

Origin 1:

MAGANA TRANSPORT TERMINAL
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

Destination 1:

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

Origin 2:

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

Destination 2:

CALL DISPATCH FOR EMPTY RETURN OR PICK UP
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

Del Appt Date: 05/31/2019 8:00 AM

Truck Information:

Truck#: 970002
Driver: ALFONSO GARCIA

Settlement Information:

Truck#: 970002
Driver: ALFONSO GARCIA

### Notes

CMA LINES

*Jonathan 5-71-17    8:00 - 8:30*

## Carrier Confirmation

Agent#:

Shipper/PO#: 2042434

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

Mail Delivery Documents To:

Gulfline Transport, LLC.
950 Houston Northcutt Blvd.
Suite 100
Mount Pleasant, SC 29464

Date: 05/30/2019

Load#: 8737429

| Carrier #: | |
| Stops: | |

| Bl/Bk #: HLCULIV190357014 | Work Order#: | Driver Ref #: | Container #: TTNU1083190 |
| Commodity: | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |

| Pick-up #: | cod: | Prebill: | Prepay: | tgt col: | Pallets: | Pallet Qty: |

### Origin 1:

MAGANA TRANSPORT TERMINAL
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

### Destination 1:

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

### Origin 2:

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

### Destination 2:

CALL DISPATCH FOR EMPTY RETURN OR PICK UP
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

Del Appt Date: 05/31/2019 8:00 AM

### Truck Information:

Truck#: 970002
Driver: ALFONSO GARCIA

### Settlement Information:

Truck#: 970002
Driver: ALFONSO GARCIA

## Notes

CMA LINES

*JONATHAN 5-71-17 8:00 - 8:30*

PHA: **Bayport** EIR: **6491398**

SCAC Code: **GLFI** Date: **2019-05-31**

  Steamship Line: CMA Time: **13:09 2019-05-31 13:24**



MOVE TYPE: **RECEIVE EMPTY**

| | |
|---|---|
| CONTAINER: TTNU1063190 | ISO CODE: 22G1 |
| CHASSIS: MAGZ340503 | CHASSIS OWNER ID: |
| | LIC: 2610942 |
| | IS OWN: Y |
| EDO/BOOKING: | SEAL: |
| | GROSS: 5029 lb |
| | IS HAZ: N |
| | IS OOG: N |
| | TEMP: |
| GENSET: | |

970002

## Carrier Confirmation

| | Mail Delivery Documents To: | |
|---|---|---|
| Agent#: | | Date: 05/30/2019 |
| Shipper/PO#: 2042434 | Gulfline Transport, LLC. | Load#: 8737429 |
| Dispatcher: amagana1 | 950 Houston Northcutt Blvd. | |
| Phone: 843-849-0451 | Suite 100 | |
| Fax: 843-881-5702 | Mount Pleasant, SC 29464 | |

| Carrier #: |
|---|
| Stops: |

| Bl/Bk #: HLCULIV190357014 | Work Order#: | Driver Ref #: | Container #: TTNU1083190 |
|---|---|---|---|
| Commodity: | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |

| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |
|---|---|---|---|---|---|---|

**Origin 1:**
MAGANA TRANSPORT TERMINAL
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

**Destination 1:**
FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

**Origin 2:**
FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

**Destination 2:**
CALL DISPATCH FOR EMPTY RETURN OR PICK UP
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

Del Appt Date: 05/31/2019 8:00 AM

**Truck Information:**
Truck#: 970002
Driver: ALFONSO GARCIA

**Settlement Information:**
Truck#: 970002
Driver: ALFONSO GARCIA

## Notes

CMA LINES

*Jonatarl 5-31-17 8:00 - 8:30*

PHA: Bayport          EIR: 6491398
SCAC Code: GLFI       Date: 2019-05-31
Steamship Line: CMA   Time: 13:09 2019-05-31 13:24

MOVE TYPE:  RECEIVE EMPTY

CONTAINER:  TTNU1083190      ISO CODE: 22G1          LIC: 2610942
CHASSIS:    MAGZ340503       CHASSIS OWNER ID:       IS OWN: Y

EDO/BOOKING:                 SEAL:                   GROSS: 5029 lb

                             IS HAZ: N               IS OOG: N

GENSET:                      TEMP:

970002

PHA: **Bayport**                    EIR: **6491398**
SCAC Code: **GLFI**                 **Date:** 2019-05-31
Steamship Line: CMA                 **Time:** 13:09 2019-05-31 13:24

MOVE TYPE: RECEIVE EMPTY

CONTAINER: TTNU1083190      ISO CODE: 22G1          LIC: 2610942
CHASSIS:   MAGZ340503      CHASSIS OWNER ID:        IS OWN: Y

EDO/BOOKING:               SEAL:                    GROSS: 5029 lb

                           IS HAZ: N                IS OOG: N

GENSET:                    TEMP:

970002

**Aleta Magana**

| | |
|---|---|
| **From:** | Cassidy Nash <cassidy.nash@falconeglobal.com> |
| **Sent:** | Friday, June 7, 2019 12:26 PM |
| **To:** | Aleta Magana |
| **Subject:** | RE: REF # 2042434  TTNU1083190 |

Sorry Aleta.  Confirmed!

Best Regards,

Cassidy Nash
Domestic Drayage Coordinator

**Falcone Global Solutions, LLC**
1628 John F. Kennedy Boulevard
Suite 401
Philadelphia, PA 19103
P: 404-381-8739 x404
F: 404-962-6971





This message and any attachments may contain CONFIDENTIAL and legally protected information.  If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others;  also, please notify the sender by replying to this message, and then delete it from your system.  All transactions are subject to the Falcone Global Companies Standard Trading Conditions (copies available on request from the Company) and which, in certain cases, exclude or limit the Company's liability and include certain indemnities benefiting the Company that supersede any and all agreements. Thank you.

**From:** Aleta Magana <aleta@maganatransport.com>
**Sent:** Friday, June 7, 2019 12:57 PM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** FW: REF # 2042434 TTNU1083190

**Please confirm charges below as soon as possible. Our main office wants to close this out.**

**Thanks and we appreciate it.**

**Aleta M. Magaña**
Owner / Agent
**MAGAÑA TRANSPORT LLC**
Agents for Gulf Lines Transport SCAC (GLFI)



Houston, TX – New Orleans, LA
Tel: 713-554-0563 Ext. 101 Mobile: 504-234-1066 www.maganatransport.com

1

**From:** Aleta Magana
**Sent:** Wednesday, June 5, 2019 8:28 AM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** FW: REF # 2042434 TTNU1083190

HI Cassidy,

Good Morning! Can you please confirm charges below. ☺

Thanks,

**Aleta M. Magaña**
Owner / Agent
**MAGAÑA TRANSPORT LLC**
Agents for Gulf Lines Transport SCAC (GLFI)

 

Houston, TX – New Orleans, LA
Tel: 713-554-0563 Ext. 101 Mobile: 504-234-1066 www.maganatransport.com

**From:** Aleta Magana
**Sent:** Friday, May 31, 2019 3:27 PM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** REF # 2042434 TTNU1083190

Please see attached POD. Please confirm final charges.

| Inv. Code: | Description: | Amount: |
|---|---|---|
| CHASSIS RENTAL ▼ | Chassis Rental | 60.00 |
| FSC ▼ | Fuel Surcharge | 264.00 |
| LINEHAUL ▼ | Standard Linehaul | 825.00 |

Total Charge: 1149.00

**From:** system@truckman3.com <system@truckman3.com>
**Sent:** Friday, May 31, 2019 3:25 PM
**To:** Aleta Magana <aleta@maganatransport.com>
**Subject:**

2

# Gulf Line Transport, LLC

**07/31/2020**

950 Houston Northcutt Blvd. * Suite 100 * Mount Pleasant, SC 29464 * voice: 843-849-0451 * fax: 843-881-5702

**Make checks payable to:**

**Gulf Line Transport, LLC**
**PO Box 1999**
**Valparaiso, IN 46384**
**Phone: 843-849-0451**
**Fax: 843-881-5702**
**Email: ar@carolinanational.com**

| | |
|---|---|
| **Invoice#:** | GLT-8661871-GHO |
| **Invoice Date:** | 06/12/2019 |
| **Terms:** | 21 |
| **Due Date:** | 07/03/2019 |
| **Manifest#:** | |
| **Reference#:** | 2042232 |

Bill to:
FALCONE GLOBAL SOLUTIONS, LLC
ACCOUNTING@FACLONEGLOBAL.COM
TAYLOR@FALCONEGLOBAL.COM
Attention: 3348 PEACHTREE ROAD, NE TOWER
ATLANTA, GA 30326

| Load# | Info | Date | Description | | Amount |
|---|---|---|---|---|---|
| GLT-8661871-GHO | PU Cont: TGHU-1028519<br>**Weight(lbs)**: 17174<br>**Cust Ref#**: 2042232<br>**BL/BK**: HLCUBSL190312417<br>**Chassis**: NAPZ152094 | 05/29/2019 | BARBOURS CUT TERMINAL<br>1700 E BARBOURS CUT BLVD<br>LA PORTE, TX 77571-3025 | To   FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238 | |
| | LINEHAUL | | | | $825.00 |
| | CHASSIS RENTAL | | | | $390.00 |
| | FUEL | | | | $264.00 |
| | Pre-Pull | | | | $125.00 |
| | 11 days storage. | | | | $275.00 |
| **Subtotal:** | | | | | **$1,879.00** |

| | |
|---|---|
| **Total:** | **$1,879.00** |
| **Payments:** | **$0.00** |
| **Balance Due:** | **$1,879.00** |

**Payment due in 21 days from receipt of invoice**

Failure to make payment after the above mentioned days will result in an interest fee of 1.5% monthly on total balance. In addition, payments not received within the above mentioned days are subject to legal action which include but are not limited to administrative fees, court costs and attorney fees

Page 1 / 1

# DELIVERY ORDER



FALCONE
GLOBAL SOLUTIONS, LLC
CUSTOMIZED SOLUTIONS TO MEET YOUR GLOBAL BUSINESS NEEDS

778

BILL TO:
FALCONE GLOBAL SOLUTIONS LLC
3340 PEACHTREE ROAD NE, SUITE 1430
ATLANTA, GA 30326
404-381-8739

| DATE | OUR REF. NO. |
|------|--------------|
| 5/13/19 | 2042232 |

THE MERCHANDISE DESCRIBED BELOW
WILL BE ENTERED AND/OR FORWARDED
AS FOLLOWS:

| CARRIER | LOCATION | ORIGIN/DESTINATION PORT |
|---------|----------|-------------------------|
| HLCU ER LONDON 05W15 | S787 BARBOURS CUT TERMINAL | GENOA; GENOVA, ITALY/HOUSTON, TX |

| B/L OR AWB. NO. | ARRIVAL DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO:) |
|-----------------|--------------|----------------|------------------------------------------------------------|
| HLCU BSL190312417 | 05/10/19 | | MAGANA TRANSPORT |

| | HOUSE NO. | ENTRY-B/L NO. | CUST. REF. NO. |
|---|-----------|---------------|----------------|
| | HLCU BSLJC12417AA | BGX-2042232-1 | 14928 |

| FOR DELIVERY TO | ROUTE |
|-----------------|-------|
| FORBO LINOLEUM INC JUPITER WEST A&B WEST IND CENTER 11240 GRADER ST. DALLAS, TX 75238 | ** FORBO SHIPMENT 675333 ** |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|--------------|------------------------------------------------------|--------|------------|
| 15 | PVC TILES | 17,174 Lb | |
| | ** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507&404-381-8739 x305 ** | | |
| | DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | | |

| Container No. | Container Size/Type | Weight | Quantity | Seal No. | P.O. No. |
|---------------|---------------------|--------|----------|----------|----------|
| TGHU1028519 | 20 ft Dry | 7790 KG | 15 PC | 153289 | 675333 |

INLAND FREIGHT ▶ | PREPAID/COLLECT 3rd Party

ORIGINAL DELIVERY ORDER

Kristi Coggins
PER:

Received in Good Order
By:

Date: _____ Time: _____

Location of Goods:
S787 BARBOURS CUT TERMINAL
1515 E BARBOURS CUT BLVD
LA PORTE, TX 775713015
CHECK AVAILABILITY PHONE#: 817-825-7064

**DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE**

merica (C/PA)
05/29/2019 13:40
Interchange Receipt

Gate In

**Customer: HAPAG- LLOYD (AMERICA) INC.**

**EIR NO:4234615**

**EIR DATE: 05/29/19 13:39**

**Acceptance:HPL- APR19**

**Equipment:TGHU 102851- 9**

**Equipment Tp:U2DV**

**Status:AV**

**Comments:**

**Trucker:GULF LINE TRANSPORT LLC**

**Driver ID:970007**

**Truck Lic #:2422323**

**Related:**

# Pass Out (NAPZ 152094-)

# Not Inspected.

A.R.

970007

## Carrier Confirmation

Agent#:

Shipper/PO#: 2042232

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

| Mail Delivery Documents To: |
| --- |
| Gulfline Transport, LLC. |
| 950 Houston Northcutt Blvd. |
| Suite 100 |
| Mount Pleasant, SC 29464 |

Date: 05/28/2019

Load#: 8661871

Carrier #:

Stops:

| Bl/Bk #: HLCUBSL190312417 | Work Order#: | Driver Ref #: | Container #: TGHU1028519 |
| --- | --- | --- | --- |
| Commodity: PVC TILES | Seal#: | Weight: 17174 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: 2019-05-21 13:27:00 |

| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |
| --- | --- | --- | --- | --- | --- | --- |

| Origin 1: | Destination 1: |
| --- | --- |
| Barbours Cut Terminal | MAGANA TRANSPORT TERMINAL |
| 1700 E BARBOURS CUT BLVD | 7002 SOUTH LAKE HOUSTON PKWY |
| LA PORTE, TX 77571-3025 | HOUSTON, TX 77049 |
| Phone: (713) 670-1100 | Phone: 713-554-0563 |
| | |
| Special Instructions: | |
| Hours 07:00-18:00 | |
| Mon - Fri | |
| | |
| Pick Up Appt: 05/17/2019 1:27 PM | |

| Origin 2: | Destination 2: |
| --- | --- |
| MAGANA TRANSPORT TERMINAL | FORBO LINOLEUM INC |
| 7002 SOUTH LAKE HOUSTON PKWY | 11240 GRADER ST |
| HOUSTON, TX 77049 | DALLAS, TX 75238 |
| Phone: 713-554-0563 | Phone: 214-221-0788 SAL |

| Origin 3: | Destination 3: |
| --- | --- |
| FORBO LINOLEUM INC | COOPERS PORT OF AMERICA |
| 11240 GRADER ST | 500 E BARBOURS CUT BLVD |
| DALLAS, TX 75238 | LA PORTE, TX 77571-3003 |
| Phone: 214-221-0788 SAL | Phone: 888-888-8888 |
| | |
| | Del Appt Date: 05/16/2019 9:00 AM |

| Truck Information: | Settlement Information: *Depart 8:35* |
| --- | --- |
| Truck#: 970007 | Truck#: 970007 |
| Driver: ARMANDO RAMOS | Driver: ARMANDO RAMOS |

## Notes

| HAPAG LLOYD  20 FT |
| --- |

PHA: BCT          EIR: 2545398
SCAC Code: GLFI   Date: 2019-05-17
  Steamship Line: HLC   Time: 12:36 2019-05-17 13:27

MOVE TYPE: DELIVER IMPORT

CONTAINER: TGHU1028519      ISO CODE: 22G1          LIC: 2422323
CHASSIS:   NAPZ152094       CHASSIS OWNER ID: GCCP  IS OWN: Y

BILL OF LADING:             SEAL: 153289            GROSS: 22023 lb

                           IS HAZ: N                IS OOG: N

                           TEMP:

GENSET:

Pickup Container from: 2422323

*** ***

Driver responsible for chassis twistlocks     Do not park on crane Runways



**Aleta Magana**

| | |
|---|---|
| **From:** | Cassidy Nash <cassidy.nash@falconeglobal.com> |
| **Sent:** | Thursday, June 6, 2019 11:25 AM |
| **To:** | Aleta Magana |
| **Subject:** | RE: REF # 2042232  TGHU1028519 |

Approved with thanks!

Best Regards,

Cassidy Nash
Domestic Drayage Coordinator

**Falcone Global Solutions, LLC**
1628 John F. Kennedy Boulevard
Suite 401
Philadelphia, PA 19103
P: 404-381-8739 x404
F: 404-962-6971



  

This message and any attachments may contain CONFIDENTIAL and legally protected information. If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this message, and then delete it from your system. All transactions are subject to the Falcone Global Companies Standard Trading Conditions (copies available on request from the Company) and which, in certain cases, exclude or limit the Company's liability and include certain indemnities benefiting the Company that supersede any and all agreements. Thank you.

**From:** Aleta Magana <aleta@maganatransport.com>
**Sent:** Wednesday, June 5, 2019 9:31 AM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** FW: REF # 2042232 TGHU1028519

Please confirm these charges for us. I took out the Perdiem for now. Please let me know if you were able to take care of that bill with Hapag Lloyd.

Thanks,

1

| Inv. Code: | | Description: | Amount: |
|---|---|---|---|
| PER DIEM | ▼ | 6 days @185.00 | 0.00 |
| STORAGE | ▼ | 11 days storage. | 275.00 |
| PRE-PULL | ▼ | Pre-Pull | 125.00 |
| FSC | ▼ | FUEL | 264.00 |
| CHASSIS RENTAL | ▼ | CHASSIS RENTAL | 390.00 |
| LINEHAUL | ▼ | LINEHAUL | 825.00 |
| | | Total Charge: | 1879.00 |

**Aleta M. Magaña**
Owner / Agent
**MAGAÑA TRANSPORT LLC**
Agents for Gulf Lines Transport SCAC (GLFI)

 

Houston, TX – New Orleans, LA
Tel: 713-554-0563 Ext. 101 Mobile: 504-234-1066 www.maganatransport.com

**From:** Aleta Magana
**Sent:** Thursday, May 30, 2019 4:06 PM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** REF # 2042232 TGHU1028519

Please see attached POD etc. Please email back confirming final charges. Please note you will have Perdiem on this container. If it is more than invoiced we will have to bill you the balance.

| Inv. Code: | | Description: | Amount: |
|---|---|---|---|
| PER DIEM | ▼ | 6 days @185.00 | 1110.00 |
| STORAGE | ▼ | 11 days storage. | 275.00 |
| PRE-PULL | ▼ | Pre-Pull | 125.00 |
| FSC | ▼ | FUEL | 264.00 |
| CHASSIS RENTAL | ▼ | CHASSIS RENTAL | 390.00 |
| LINEHAUL | ▼ | LINEHAUL | 825.00 |
| | | Total Charge: | 2989.00 |

2

Thanks,
Aleta
**From:** system@truckman3.com <system@truckman3.com>
**Sent:** Thursday, May 30, 2019 4:03 PM
**To:** Aleta Magana <aleta@maganatransport.com>
**Subject:**

3

# Gulf Line Transport, LLC

**11/06/2019**

950 Houston Northcutt Blvd. * Suite 100 * Mount Pleasant, SC 29464 * voice: 843-849-0451 * fax: 843-881-5702

**Make checks payable to:**

**Gulf Line Transport, LLC**
**PO Box 1999**
**Valparaiso, IN 46384**
**Phone: 843-849-0451**
**Fax: 843-881-5702**
**Email: ar@carolinanational.com**

| | |
|---|---|
| **Invoice#:** | GLT-8661868-GHO |
| **Invoice Date:** | 05/29/2019 |
| **Terms:** | 21 |
| **Due Date:** | 06/19/2019 |
| **Manifest#:** | |
| **Reference#:** | 2042236 |

Bill to:
FALCONE GLOBAL SOLUTIONS, LLC
ACCOUNTING@FACLONEGLOBAL.COM
TAYLOR@FALCONEGLOBAL.COM
Attention: 3348 PEACHTREE ROAD, NE TOWER
ATLANTA, GA 30326

| Load# | Info | Date | Description | | Amount |
|---|---|---|---|---|---|
| GLT-8661868-GHO | PU Cont: CAXU-3339985<br>**Weight(lbs):** 35648<br>**Cust Ref#:** 2042236<br>**BL/BK:** CMDURTM0908346<br>**Chassis:** TNPZ207260 | 05/20/2019 | BAYPORT TERMINAL<br>12619 PORT RD<br>SEABROOK, TX 77586 | **To** FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238 | |
| | LINEHAUL | | | | $825.00 |
| | CHASSIS RENTAL | | | | $120.00 |
| | FUEL | | | | $264.00 |
| **Subtotal:** | | | | | **$1,209.00** |

| | |
|---|---|
| **Total:** | **$1,209.00** |
| **Payments:** | **$0.00** |
| **Balance Due:** | **$1,209.00** |

**Payment due in 21 days from receipt of invoice**

Failure to make payment after the above mentioned days will result in an interest fee of 1.5% monthly on total balance. In addition, payments not received within the above mentioned days are subject to legal action which include but are not limited to administrative fees, court costs and attorney fees

# DELIVERY ORDER



**FALCONE**
GLOBAL SOLUTIONS, LLC
CUSTOMIZED SOLUTIONS TO MEET YOUR GLOBAL BUSINESS NEEDS

773

| BILL TO:<br>FALCONE GLOBAL SOLUTIONS LLC<br>3340 PEACHTREE ROAD NE, SUITE 1430<br>ATLANTA, GA 30326<br>404-381-8739 | DATE<br>5/13/19 | OUR REF. NO.<br>2042236 |
|---|---|---|

THE MERCHANDISE DESCRIBED BELOW
WILL BE ENTERED AND/OR FORWARDED
AS FOLLOWS:

| CARRIER<br>CMDU CMA CGM FLORIDA SE1MA | LOCATION<br>V136 BAYPORT CONTAINER TERMIN | ORIGIN/DESTINATION PORT<br>ROTTERDAM, NETHERLAN/HOUSTON, T |
|---|---|---|
| BIL OR AWB. NO.<br>CMDU RTM0908346 | ARRIVAL DATE<br>05/12/19 | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO:)<br>MAGANA TRANSPORT |
|  | HOUSE NO.<br>CMDU RTM0909926 | ENTRY-BIL. NO.<br>BGX-2042236-2 | CUST. REF. NO.<br>14880 |

| FOR DELIVERY TO | ROUTE |
|---|---|
| FORBO LINOLEUM INC<br>JUPITER WEST A&B WEST IND CENTER<br>11240 GRADER ST.<br>DALLAS, TX 75238 | ** FOROB SHIPMENT 675167 ** |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES. SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 53 | FLOOR COVERINGS AND ACCESSORIES | 35,648 Lb | |
| | ** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507&404-381-8739 x305 ** | | |
| | DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | | |
| Container No.<br>CAXU3339985 | Container Size/Type    Weight      Quantity     Seal Nos.        P.O. Nos<br>20 ft | | |

**INLAND FREIGHT** ▶ | PREPAID/COLLECT<br>3rd Party

ORIGINAL DELIVERY ORDER

| Kristi Coggins |
|---|
| PER: |

Location of Goods:
V136 BAYPORT CONTAINER TERMINAL
12619 PORT ROAD
PASADENA, TX77586
CHECK AVAILABILITY PHONE#: 877-556-6308

Received in Good Order
By:

Date: _____    Time: _____

**DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE**

PHA: Bayport     EIR: 6437348
SCAC Code: GLFI     Date: 2019-05-20
Steamship Line: CMA     Time: 16:36 2019-05-20 17:01

MOVE TYPE: RECEIVE EMPTY

CONTAINER: CAXU3339985     ISO CODE: 22G1     LIC: 2414504
CHASSIS: TNPZ207260     CHASSIS OWNER ID: TLI     IS OWN: Y

EDO/BOOKING:     SEAL:     GROSS: 4900 lb

IS HAZ: N     IS OOG: N

Cooper/Ports America (C/PA)
By: asaenz2 - 05/20/2019 17:17
Equipment Interchange Receipt
Gate In
Depot: IMS2
Customer: TRAC Intermodal
EIR NO:4230152
EIR DATE: 05/20/19 17:16
Acceptance:TRAC- APR19
Trucker:GULF LINE TRANSPORT LLC
Carrier Lic:970005    2414520
Equipment:TNPZ 207260-
Equipment Tp:Z2SL
Status:AV
Comments:
DMG/Comments:
Load Flag:Empty
Gross Wt: 0
CH Lic:3915071
CH Lic ST:ME
CH Lic EXP:
FHWA:


Signature

# Gulf Line Transport, LLC

GULF LINE TRANSPORT

**CORPORATE OFFICE**
P.O. Box 1510 - Mt. Pleasant, SC 29464
(843) 849-0451

## DELIVERY RECEIPT

TRIP NO. 8661868

CONTAINER NO. CAXU3339985

CHASSIS NO.

B/L SHIPPERS NO. # TMU2072260

Terminal _Houston_

DELIVERY/PICK-UP DATE

FROM _Magna Transport Terminal_
_7062 S. Lake Houston Pkwy_
_Houston, TX 77049_
(Where You Picked Up)

FINAL DESTINATION _Dallas_

TO _Forbo Linoleum INC_
_11240 Greader St,_
_Dallas, TX 75238_
(Where You Delivered)

SEAL #

| CONTROL | | | | | |
|---|---|---|---|---|---|
| PCS | DESCRIPTION | | | | WEIGHT |
| 1 | CONTAINER / TRL. LOAD | SEAL # HO107148 | | | |
| | SEAL INTACT | | | | |
| 1 | EMPTY CONTAINER / TRL. | | | | |
| | SKIDS | | | | |
| | PALLETS | | | | |
| | SLIPSHEETS | | | | |

APPOINTMENT TIME: _9:00_

ARRIVAL TIME: _8:50_

TIME STARTED LOADING/UNLOADING:

TIME COMPLETED: _10:45_

RECEIVED IN GOOD CONDITION & VERIFYING TIME:

ACCESSORIAL AUTHORIZATION

NAME

NUMBER

DRIVERS NAME: _Kendrick Leaks_    UNIT NO.: _9100S_

DATE DELIVERED: _5-20-19_

| DRIVER LOADED | DRIVER UNLOADED |
|---|---|
| | |

SIGNATURE OF SHIPPER/RECEIVER

NOTICE: CUSTOMER IS RESPONSIBLE FOR ALL DETENTION CHARGES AFTER 48 HOURS. CAROLINA NATIONAL TRANSPORTATION MUST BE NOTIFIED WHEN TRAILER IS EMPTY.

PHA: Bayport
SCAC Code: GLFI
Steamship Line: CMA

EIR: 6437348
Date: 2019-05-20
Time: 16:36 2019-05-20 17:01

MOVE TYPE: RECEIVE EMPTY

CONTAINER: CAXU3339085
CHASSIS: TNPZ207260
EDO/BOOKING:

ISO CODE: 22G1
CHASSIS OWNER ID: TLI
SEAL:

IS HAZ: N

LIC: 2414504
IS OWN: Y
GROSS: 4900 lb

IS OOG: N

**PHA: Bayport**
**SCAC Code: GLFI**
Steamship Line: CMA

**EIR: 6426952**
**Date: 2019-05-17**
**Time:** 09:55 2019-05-17 10:29

**MOVE TYPE: DELIVER IMPORT**

CONTAINER: CAXU3339985
CHASSIS: TNPZ207260

ISO CODE: 22G1
CHASSIS OWNER ID: TLI

LIC: R309851
IS OWN: N

BILL OF LADING:

SEAL: H0107148

GROSS: 40476 lb

IS HAZ: N
TEMP:

IS OOG: N

GENSET: 

Pickup Container from: R309851
*** ***

Driver responsible for chassis twistlocks

Do not park on crane Runways

# Gulf Line Transport, LLC

## DELIVERY RECEIPT

**CORPORATE OFFICE**
P.O. Box 1510 • Mt. Pleasant, SC 29464
(843) 849-0451

Terminal _Houston_

TRIP NO. _8661868_

CONTAINER NO. _CAXU3339995_

B/L SHIPPERS NO.

CHASSIS NO. _TXAZ207240_

FINAL DESTINATION _Dallas_

DELIVERY/PICK-UP DATE

**FROM**
Magna Transport Terminal
7062 S. Lake Houston Pkwy
Houston, TX 77049
(Where You Picked Up)

**TO**
Forbo Linoleum INC
11240 Greider St.
Dallas, TX 75238
(Where You Delivered)

SEAL #

| CONTROL | | | |
|---|---|---|---|
| PCS | DESCRIPTION | WEIGHT | |
| 1 | CONTAINER / TRL. LOAD   SEAL # HD107148 | | |
| | SEAL INTACT | | |
| 1 | EMPTY CONTAINER / TRL. | | |
| | SKIDS | | |
| | PALLETS | | |
| | SLIPSHEETS | | |

APPOINTMENT TIME: _9:00_
ARRIVAL TIME: _8:50_
TIME STARTED LOADING/UNLOADING:
TIME COMPLETED: _10:45_

RECEIVED IN GOOD CONDITION & VERIFYING TIME:

ACCESSORIAL AUTHORIZATION
NAME
NUMBER

SIGNATURE OF SHIPPER/RECEIVER

DRIVERS NAME: _Kendrick Lewis_   UNIT NO.: _97005_

DATE DELIVERED: _5-20-19_

| DRIVER LOADED | DRIVER UNLOADED |
|---|---|

**NOTICE: CUSTOMER IS RESPONSIBLE FOR ALL DETENTION CHARGES AFTER 48 HOURS. CAROLINA NATIONAL TRANSPORTATION MUST BE NOTIFIED WHEN TRAILER IS EMPTY.**

**From:** system@truckman3.com <system@truckman3.com>
**Sent:** Tuesday, May 28, 2019 1:29 PM
**To:** Aleta Magana <aleta@maganatransport.com>
**Subject:**

2

**Aleta Magana**
_____

| | |
|---|---|
| **From:** | Cassidy Nash <cassidy.nash@falconeglobal.com> |
| **Sent:** | Tuesday, May 28, 2019 1:32 PM |
| **To:** | Aleta Magana |
| **Subject:** | RE: ref # 2042236  caxu3339985 |

Approved with thanks!

(Please let me know about tomorrow's deliveries when you can… Forbo is bothering for them, lol.)

Best Regards,

Cassidy Nash
Domestic Drayage Coordinator

**Falcone Global Solutions, LLC**
1628 John F. Kennedy Boulevard
Suite 401
Philadelphia, PA 19103
P: 404-381-8739 x404
F: 404-962-6971





This message and any attachments may contain CONFIDENTIAL and legally protected information. If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others: also, please notify the sender by replying to this message, and then delete it from your system. All transactions are subject to the Falcone Global Companies Standard Trading Conditions (copies available on request from the Company) and which, in certain cases, exclude or limit the Company's liability and include certain indemnities benefiting the Company that supersede any and all agreements. Thank you.

**From:** Aleta Magana <aleta@maganatransport.com>
**Sent:** Tuesday, May 28, 2019 2:31 PM
**To:** Cassidy Nash <cassidy.nash@falconeglobal.com>
**Subject:** ref # 2042236 caxu3339985

Hi Cassidy,

Please see POD etc. Please confirm charges below.

| Inv. Code: | | Description: | Amount: |
|---|---|---|---|
| FSC | ▾ | FUEL | 264.00 |
| CHASSIS RENTAL | ▾ | CHASSIS RENTAL | 120.00 |
| LINEHAUL | ▾ | LINEHAUL | 825.00 |
| | | Total Charge: | 1209.00 |

1

**Gulf Line Transport, LLC**

07/31/2020

PO Box 1510 * Mount Pleasant, SC 29465 * voice: 843-849-0451 * fax: 843-881-5702

Exhibit B

# Statement Of Accounts

Bill to:
FALCONE GLOBAL SOLUTIONS, LLC
ACCOUNTING@FACLONEGLOBAL.COM
TAYLOR@FALCONEGLOBAL.COM
Attention: 3348 PEACHTREE ROAD, NE TOWER
ATLANTA, GA 30326

| Invoice #: | Reference #: | Invoice Date: | Days Past: | Total Due: |
|---|---|---|---|---|
| GLT-8680370-GHO | 2042080 | 05/15/2019 | 443 | $1,149.00 |
| GLT-8697089-GHO | 2042205 | 05/15/2019 | 443 | $1,464.00 |
| GLT-8661870-GHO | 2042230 | 05/22/2019 | 436 | $1,224.00 |
| GLT-8697199-GHO | 2042180 | 05/22/2019 | 436 | $1,464.00 |
| GLT-8697134-GHO | 2042206 | 05/22/2019 | 436 | $1,464.00 |
| GLT-8661868-GHO | 2042236 | 05/29/2019 | 429 | $1,209.00 |
| GLT-8697283-GHO | 2042207 | 05/29/2019 | 429 | $1,614.00 |
| GLT-8697175-GHO | 2042208 | 05/29/2019 | 429 | $1,514.00 |
| GLT-8697163-GHO | 2042209 | 05/29/2019 | 429 | $1,514.00 |
| GLT-8732928-GHO | 2042291 | 06/05/2019 | 422 | $2,194.00 |
| GLT-8723048-GHO | 2042353 | 06/05/2019 | 422 | $2,164.00 |
| GLT-8737416-GHO | 2042390 | 06/05/2019 | 422 | $1,514.00 |
| GLT-8738188-GHO | 2042393 | 06/05/2019 | 422 | $1,354.00 |
| GLT-8736052-GHO | 2042351 | 06/05/2019 | 422 | $1,179.00 |
| GLT-8723072-GHO | 2042346 | 06/05/2019 | 422 | $1,574.00 |
| GLT-8728474-GHO | 2042298 | 06/05/2019 | 422 | $2,164.00 |
| GLT-8737429-GHO | 2042434 | 06/12/2019 | 415 | $1,149.00 |
| GLT-8661871-GHO | 2042232 | 06/12/2019 | 415 | $1,879.00 |
| GLT-8737424-GHO | 2042391 | 06/13/2019 | 414 | $1,239.00 |
| GLT-8752984-GHO | 2042429 | 06/13/2019 | 414 | $1,209.00 |
| **Total:** | | | | **$30,235.00** |

Exhibit C

# Gulf Line Transport, LLC

**DELIVERY RECEIPT**

CORPORATE OFFICE
P.O. Box 1510 - Mt. Pleasant, SC 29464
(843) 849-0451

Terminal: Houston

CONTAINER NO: CMAU1355057
CHASSIS NO: TNPZ261137
FINAL DESTINATION: Dallas

TRIP NO: 8680370
BILL SHIPPERS NO:
DELIVERY/PICK-UP DATE: 5-7-19

**FROM**
Bridgeport
1849 Port Rd
Seabrook, TX 77586
(Where You Picked Up)

**TO**
Forbo Linoleum INC.
11240 Grader St.
Dallas, TX 752398
(Where You Delivered)

SEAL #

**CONTROL**

| PCS | DESCRIPTION | WEIGHT | ACCESSORIAL AUTHORIZATION |
|---|---|---|---|
| 1 | CONTAINER / TRL. LOAD   SEAL # HOO7109 | | |
| | SEAL INTACT | | APPOINTMENT TIME: 9:00 |
| 1 | EMPTY CONTAINER / TRL. | | ARRIVAL TIME: 8:00 |
| | SKIDS | | TIME STARTED LOADING/UNLOADING: 9:30  NAME |
| | PALLETS | | |
| | SLIPSHEETS | | TIME COMPLETED: 10:15   NUMBER |

RECEIVED IN GOOD CONDITION & VERIFYING TIME
SIGNATURE OF SHIPPER/RECEIVER

**DRIVER'S NAME:** Kendrick Leeds
**UNIT NO.:** 570005
**DATE DELIVERED:** 5-8-19
DRIVER LOADED: /
DRIVER UNLOADED: X

NOTICE: CUSTOMER IS RESPONSIBLE FOR ALL DETENTION CHARGES AFTER 48 HOURS. CAROLINA NATIONAL TRANSPORTATION MUST BE NOTIFIED WHEN TRAILER IS EMPTY.

Invoice: GLT-8680370-GHO  Page: 4



PHA: Bayport
SCAC Code: GLFI
Steamship Line: CMA

EIR: 6375484
Date: 2019-05-07
Time: 09:55 2019-05-07 10:33

MOVE TYPE: DELIVER IMPORT

CONTAINER: CMAU1355057
CHASSIS: TNPZ261137

ISO CODE: 22G1
CHASSIS OWNER ID: TLI

LIC: 2414504
IS OWN: N

BILL OF LADING:

SEAL: H0107108

GROSS: 36078 lb

IS HAZ: N

IS OOG: N

GENSET:

TEMP:

Pickup Container from: 2414504
***    ***

Driver responsible for chassis twistlocks          Do not park on Crane Runways

Page 1 / 1

# DELIVERY ORDER



**FALCONE** GLOBAL SOLUTIONS, LLC
CUSTOMIZED SOLUTIONS TO MEET YOUR GLOBAL BUSINESS NEEDS

| BILL TO:<br>FALCONE GLOBAL SOLUTIONS LLC<br>3340 PEACHTREE ROAD NE, SUITE 1430<br>ATLANTA, GA 30326<br>404-381-8739 | DATE<br>5/10/19 | OUR REF. NO.<br>2042205 |
|---|---|---|

THE MERCHANDISE DESCRIBED BELOW WILL BE ENTERED AND/OR FORWARDED AS FOLLOWS:

| CARRIER<br>HLCU AEGIALI 010W | LOCATION<br>S787 BARBOURS CUT TERMINAL | ORIGIN/DESTINATION PORT<br>LONDON, ENGLAND/HOUSTON, TX |
|---|---|---|
| B/L OR AWB. NO.<br>HLCU LIV190345681 | ARRIVAL DATE<br>05/08/19 | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO)<br>MAGANA TRANSPORT |
| | HOUSE NO.<br>PSID 000103282 | ENTRY-B/L NO.<br>BGX-2042205-7 | CUST. REF. NO.<br>14784 |

| FOR DELIVERY TO | ROUTE |
|---|---|
| FORBO LINOLEUM INC<br>JUPITER WEST A&B WEST IND CENTER<br>11240 GRADER ST.<br>DALLAS, TX 75238 | ** FORBO SHIPMENT 674054 ** |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 1,322 | FLOTEX CARPET TILES AND CARPET TILE PLANKS<br><br>** ADDITIONAL INFO REQUIRED CONTACT:215-543-3507&404-381-8739 x305 **<br><br>DELIVERY ORDERS AND FREIGHT ARE ACCEPTED PER FGS 100 STANDARD TERMS | 41,643 Lb | |
| Container No.<br>TGHU1493110 | Container Size/Type    Weight        Quantity      Seal No.          P.O. No.<br>20 ft Dry              18890 KG      1322 CTN      FMH7168           674054<br><br>*8:00 AM APPT.*<br>*8:40 AM DEPART* | | |

**INLAND FREIGHT**    PREPAID/COLLECT<br>3rd Party

ORIGINAL DELIVERY ORDER

Received in Good Order By: _____

Date: _____    Time: _____

Kristi Coggins
PER:

Location of Goods:
S787 BARBOURS CUT TERMINAL
1515 E BARBOURS CUT BLVD
LA PORTE, TX775713015
CHECK AVAILABILITY PHONE#: 817-825-7064

**DELIVERY CLERK: DELIVER TO CARRIER SHOWN ABOVE**

PHA: BCT
EIR: 2533191
SCAC Code: GLFI
Date: 2019-05-13
Steamship Line: HLC
Time: 15:09 2019-05-13 15:38

MOVE TYPE: DELIVER IMPORT
CONTAINER: TGHU1493110
LIC: 2376278
CHASSIS: TESZ290415
ISO CODE: 20DR
IS OWN: Y
CHASSIS OWNER ID:
BILL OF LADING:
SEAL: FMH7168
GROSS: 44621 lb

GENSET:
IS HAZ: N
IS OOG: N
TEMP:

Pickup Container from: 2376278
*** ***

Driver responsible for chassis twistlocks    Do not park on crane runways



PHA: Bayport
SCAC Code: GLFI
Steamship Line: CMA

EIR: 6423859
Date: 2019-05-16
Time: 13:59 2019-05-16 14:37

MOVE TYPE: RECEIVE EMPTY
CONTAINER: BEAU2783596
CHASSIS: TNPZ207487
EDO/BOOKING:

ISO CODE: 22G1
CHASSIS OWNER ID: TLI
SEAL:
IS HAZ: N
TEMP:

LIC: 2610941
IS OWN: Y
GROSS: 5029 lb
IS OOG: N

GENSET:

Deliver Container to: 6R21E.1
*** ***
Driver responsible for chassis twistlocks

Do not park on Crane Runways

EIR: 6418438
Date: 2019-05-15
Time: 14:40 2019-05-15 16:09

PHA: Bayport
SCAC Code: GLFI
Steamship Line: CMA

LIC: 2610941
IS OWN: Y

GROSS: 38382 lb

IS OOG: N

MOVE TYPE: DELIVER IMPORT
CONTAINER: BEAU2783596
CHASSIS: TNPZ207487

ISO CODE: 22G1
CHASSIS OWNER ID: DCLI

SEAL: H0107126

BILL OF LADING:

IS HAZ: N

TEMP:

GENSET:



Pickup Container from: 2610941

*** ***

river responsible for chassis twistlocks

Do not park on Crane Runways

# Gulf Line Transport, LLC

**DELIVERY RECEIPT**

**CORPORATE OFFICE**
P.O. Box 1510 - Mt. Pleasant, SC 29464
(843) 849-0451

| | |
|---|---|
| TRIP NO. | |
| CONTAINER NO. | B/L SHIPPERS NO. |
| BAEAU293596 | |
| CHASSIS NO. | |
| TNP222D7487 | |
| FINAL DESTINATION | DELIVERY/PICK-UP DATE |

FROM

Beatport

Terminal _____

_(Where You Picked Up)_

TO

Forbo linoleum Inc
11210 Grader st
Dallas Tx 75238

_(Where You Delivered)_

SEAL #

| CONTROL | | | |
|---|---|---|---|
| PCS | DESCRIPTION | WEIGHT | |
| 1 | CONTAINER / TRL. LOAD    SEAL # | | |
| 1 | SEAL INTACT | | APPOINTMENT TIME: 9:00 AM |
| | EMPTY CONTAINER / TRL. | | ARRIVAL TIME: 6:00 AM |
| 1 | SKIDS | | TIME STARTED LOADING/UNLOADING: |
| | PALLETS | | TIME COMPLETED: |
| | SLIPSHEETS | | |

ACCESSORIAL AUTHORIZATION

NAME

NUMBER

RECEIVED IN GOOD CONDITION & VERIFYING TIME:

SIGNATURE OF SHIPPER/RECEIVER

| DRIVERS NAME: Victor Camacho | UNIT NO.: 9700 | DATE DELIVERED: 5-16-19 | DRIVER LOADED | DRIVER UNLOADED |
|---|---|---|---|---|

**NOTICE: CUSTOMER IS RESPONSIBLE FOR ALL DETENTION CHARGES AFTER 48 HOURS. CAROLINA NATIONAL TRANSPORTATION MUST BE NOTIFIED WHEN TRAILER IS EMPTY.**

Invoice: GLT-8661870-GHO  Page:21



PHA: BCT

SCAC Code: GLFI

Steamship Line: HLC

EIR: 2542853

Date: 2019-05-16

Time: 14:18 2019-05-16 14:41

MOVE TYPE: DELIVER IMPORT

CONTAINER: UACU3712813

CHASSIS: MAGZ340503

ISO CODE: 22G1

CHASSIS OWNER ID:

LIC: 2610942

IS OWN: Y

BILL OF LADING:

SEAL: FMH7181

GROSS: 46957 lb

GENSET:

IS HAZ: N

TEMP:

IS OOG: N

Pickup Container from: 2610942

*** ***

Driver responsible for chassis twistlocks        Do not park on Crane Runways

9700002

**Cooper/Ports America (C/PA)**
**By: asaenz - 05/17/2019 13:24**
**Equipment Interchange Receipt**
**Gate In**
Customer: HAPAG- LLOYD (AMERICA) INC.
EIR NO:4229346
EIR DATE: 05/17/19 13:23
Acceptance:HPL- APR19
Equipment:UACU 371281- 3
Equipment Tp:U2DV
Status:AV
Comments:own chassis
Trucker:GULF LINE TRANSPORT LLC

Driver ID:970002
Truck Lic #:2610942
Related:

970002

**Carrier Confirmation**

Date: 05/16/2019

Load#: 8697199

*Alfonso*
*FRiDAY*

Agent#:

Shipper/PO#: 2042180

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

Mail Delivery Documents To:

Gulfline Transport, LLC.
950 Houston Northcutt Blvd.
Suite 100
Mount Pleasant, SC 29464

| Carrier #: | | | |
|---|---|---|---|
| Stops: | | | |
| Bl/Bk #: | Work Order#: | Driver Ref #: ~~870861~~ *672506* | Container #: UACU3712813 |
| Commodity: FLOORING | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |
| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |

| Origin 1: | Destination 1: |
|---|---|
| HAPAG BARBOURS CUT<br>1700 E. BARBOURS CUT BLVD<br>LA PORTE, TX 77571<br>Phone: 713-670-1100<br><br>Special Instructions:<br>Hours 07:00-18:00 | FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238<br>Phone: 214-221-0788 SAL |
| Origin 2: | Destination 2: |
| FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238<br>Phone: 214-221-0788 SAL | CALL DISPATCH FOR EMPTY RETURN OR PICK UP<br>7002 SOUTH LAKE HOUSTON PKWY<br>HOUSTON, TX 77049<br>Phone: 713-554-0563<br><br>Del Appt Date: 05/17/2019 9:00 AM |

| Truck Information: | Settlement Information: |
|---|---|
| Truck#: ~~970002~~<br>Driver: ALFONSO GARCIA | Truck#: 970002<br>Driver: ALFONSO GARCIA | *ARiVal 8:00 AM*<br>*DePaRt - 8:40 AM* |

Notes

HAPAG LLOYD

Cooper/Ports America (C/PA)
By: asaenz - 05/17/2019 13:24
Equipment Interchange Receipt
Gate In
Customer: HAPAG- LLOYD (AMERICA) INC.
EIR NO:4229346
EIR DATE: 05/17/19 13:23
Acceptance:HPL- APR19
Equipment:UACU 371281- 3
Equipment Tp:U2DV
Status:AV
Comments:own chassis
Trucker:GULF LINE TRANSPORT LLC

Driver ID:970002
Truck Lic #:2610942
Related:

970002

7601

## Carrier Confirmation

Date: 05/16/2019

Load#: 8697199

Agent#:

Shipper/PO#: 2042180

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

| | |
|---|---|
| Carrier #: | |
| Stops: | |

Mail Delivery Documents To:

Gulfline Transport, LLC.
950 Houston Northcutt Blvd.
Suite 100
Mount Pleasant, SC 29464

Alfonso
FRIDAY

| BI/Bk #: | Work Order#: | Driver Ref #: ~~670801~~ 672506 | Container #: UACU3712813 |
|---|---|---|---|
| Commodity: FLOORING | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |

| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |
|---|---|---|---|---|---|---|

| Origin 1: | Destination 1: |
|---|---|
| HAPAG BARBOURS CUT<br>1700 E. BARBOURS CUT BLVD<br>LA PORTE, TX 77571<br>Phone: 713-670-1100<br><br>Special Instructions:<br>Hours 07:00-18:00 | FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238<br>Phone: 214-221-0788 SAL |

| Origin 2: | Destination 2: |
|---|---|
| FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238<br>Phone: 214-221-0788 SAL | CALL DISPATCH FOR EMPTY RETURN OR PICK UP<br>7002 SOUTH LAKE HOUSTON PKWY<br>HOUSTON, TX 77049<br>Phone: 713-554-0563<br><br>Del Appt Date: 05/17/2019 9:00 AM |

| Truck Information: | Settlement Information: | |
|---|---|---|
| Truck#: 970002<br>Driver: ALFONSO GARCIA | Truck#: 970002<br>Driver: ALFONSO GARCIA | ARivol 8:00AM<br>DePayl- 8:40 AM |

### Notes

HAPAG LLOYD

PHA: BCT

EIR: 2536312

SCAC Code: GLFI

Date: 2019-05-14

Steamship Line: HLC

Time: 14:30 2019-05-14 15:16

MOVE TYPE: DELIVER IMPORT

CONTAINER: HLXU3534629        ISO CODE: 22G1        LIC: 2376278

CHASSIS: TESZ290415        CHASSIS OWNER ID:        IS OWN: Y

BILL OF LADING:        SEAL: K121114        GROSS: 37323 lb

        IS HAZ: N        IS OOG: N

GENSET:        TEMP:

Pickup Container from: 2376278
*** ***



Driver responsible for chassis twistlocks        Do not park on crane runways

Cooper/Ports America (C/PA)
By: ebernard - 05/15/2019 14:38
Equipment Interchange Receipt
Gate In
Customer: HAPAG-LLOYD (AMERICA) INC.
EIR NO:4227514
EIR DATE: 05/15/19 14:37
Acceptance:HPL- APR19
Equipment:HLXU 353462- 9
Equipment Tp:U2DV
Status:AV
Comments:own chs
Trucker:GULF LINE TRANSPORT LLC

Driver ID:970008
Truck Lic #:2376278
Related:



## Carrier Confirmation

| | | |
|---|---|---|
| **Agent#:** | **Mail Delivery Documents To:** | **Date:** 05/14/2019 |
| **Shipper/PO#:** 2042206 | | **Load#:** 8697134 |
| Dispatcher: hmchazlett1 | Gulfline Transport, LLC. | |
| **Phone:** 843-849-0451 | 950 Houston Northcutt Blvd. | |
| **Fax:** 843-881-5702 | Suite 100 | |
| | Mount Pleasant, SC 29464 | |

Carrier #:

Stops:

| Bl/Bk #: HLCULIV190345681 | Work Order#: | Driver Ref #: | Container #: HLXU3534629 |
|---|---|---|---|
| Commodity: FLOORING | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |

| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |
|---|---|---|---|---|---|---|

| Origin 1: | Destination 1: |
|---|---|
| HAPAG BARBOURS CUT | FORBO LINOLEUM INC |
| 1700 E. BARBOURS CUT BLVD | 11240 GRADER ST |
| LA PORTE, TX 77571 | DALLAS, TX 75238 |
| Phone: 713-670-1100 | Phone: 214-221-0788 SAL |
| | |
| Special Instructions: | |
| Hours 07:00-18:00 | |

| Origin 2: | Destination 2: |
|---|---|
| FORBO LINOLEUM INC | CALL DISPATCH FOR EMPTY RETURN OR PICK UP |
| 11240 GRADER ST | 7002 SOUTH LAKE HOUSTON PKWY |
| DALLAS, TX 75238 | HOUSTON, TX 77049 |
| Phone: 214-221-0788 SAL | Phone: 713-554-0563 |
| | |
| | **Del Appt Date:** 05/15/2019 8:00 AM |

| Truck Information: | Settlement Information: *Depart - 8:45 Am* |
|---|---|
| Truck#: 970008 | Truck#: 970008 |
| Driver: VICTOR RENTERIA | Driver: VICTOR RENTERIA |

### Notes

HAPAG LLOYD



PHA: BCT      EIR: 2545611

SCAC Code: GLFI      Date: 2019-05-17

Steamship Line: HLC      Time: 13:36 2019-05-17 14:03

MOVE TYPE: DELIVER IMPORT

| | | |
|---|---|---|
| CONTAINER: TCKU3693867 | ISO CODE: 22G1 | LIC: 2610942 |
| CHASSIS: MAGZ340503 | CHASSIS OWNER ID: | IS OWN: Y |
| BILL OF LADING: | SEAL: K121115 | GROSS: 47002 lb |
| | IS HAZ: N | IS OOG: N |
| GENSET: | TEMP: | |

Pickup Container from: 2610942
*** ***

Driver responsible for chassis twistlocks      Do not park on Crane Runways

Invoice: GLT-8697283-GHO  Page:42

# Carrier Confirmation

Agent#:

Shipper/PO#: 2042207

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

Mail Delivery Documents To:

Gulfline Transport, LLC.
950 Houston Northcutt Blvd.
Suite 100
Mount Pleasant, SC 29464

Date: 05/16/2019

Load#: 8697283

| | |
|---|---|
| Carrier #: | |
| Stops: | |

| Bl/Bk #: | Work Order#: | Driver Ref #: 673301 | Container #: TCKU3693867 |
|---|---|---|---|
| Commodity: FLOORING | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |

| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |
|---|---|---|---|---|---|---|

**Origin 1:**

HAPAG BARBOURS CUT
1700 E. BARBOURS CUT BLVD
LA PORTE, TX 77571
Phone: 713-670-1100

Special Instructions:
Hours 07:00-18:00

**Destination 1:**

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

**Origin 2:**

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

**Destination 2:**

CALL DISPATCH FOR EMPTY RETURN OR PICK UP
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

Del Appt Date: 05/20/2019 8:00 AM

**Truck Information:**

Truck#: 970002
Driver: ALFONSO GARCIA

**Settlement Information:** *Depart Time - 9:20*

Truck#: 970002
Driver: ALFONSO GARCIA

**Notes**

HAPAG LLOYD

*Monday*

Agent#:

Shipper/PO#: 2042207

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

**Carrier Confirmation**

Mail Delivery Documents To:

Gulfline Transport, LLC.
950 Houston Northcutt Blvd.
Suite 100
Mount Pleasant, SC 29464

Date: 05/16/2019

Load#: 8697283

| Carrier #: | | | | |
|---|---|---|---|---|
| Stops: | | | | |
| Bl/Bk #: | Work Order#: | Driver Ref #: 673301 | Container #: TCKU3693867 | |
| Commodity: FLOORING | Seal#: | Weight: 0 | Chassis: | |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: | |
| Pick-up #: | cod: | Prebill: | Prepay: | tgt col: | Pallets: | Pallet Qty: |

Origin 1:

HAPAG BARBOURS CUT
1700 E. BARBOURS CUT BLVD
LA PORTE, TX 77571
Phone: 713-670-1100

Special Instructions:
Hours 07:00-18:00

Destination 1:

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0786 SAL

Origin 2:

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0786 SAL

Destination 2:

CALL DISPATCH FOR EMPTY RETURN OR PICK UP
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

Del Appt Date: 05/20/2019 8:00 AM

Truck Information:

Truck#: 970002
Driver: ALFONSO GARCIA

Settlement Information: *Depart Time - 9:20*

Truck#: 970002
Driver: ALFONSO GARCIA

Notes

HAPAG LLOYD

Mandby

10. Make sure trip # and tractor # are on all fuel tickets and toll receipts.

Agent#:

Shipper/PO#: 2042207

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

## Carrier Confirmation

Mail Delivery Documents To:

Gulfline Transport, LLC.
950 Houston Northcutt Blvd.
Suite 100
Mount Pleasant, SC 29464

Date: 05/16/2019

Load#: 8697283

| Carrier #: | | | | |
| Stops: | | | | |
| Bl/Bk #: | Work Order#: | Driver Ref #: 673301 | | Container #: TCKU3693867 |
| Commodity: FLOORING | Seal#: | Weight: 0 | | Chassis: |
| Vessel: | Equipment: 20 | Pieces: 0 | | LDFT: |
| Pick-up #: | cod: | Prebill: | Prepay: | lgt col: | Pallets: | Pallet Qty: |

Origin 1:

HAPAG BARBOURS CUT
1700 E. BARBOURS CUT BLVD
LA PORTE, TX 77571
Phone: 713-670-1100

Special Instructions:
Hours 07:00-18:00

Destination 1:

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0786 SAL

Origin 2:

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0786 SAL

Destination 2:

CALL DISPATCH FOR EMPTY RETURN OR PICK UP
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

Del Appt Date: 05/20/2019 8:00 AM

Truck Information:

Truck#: 970002
Driver: ALFONSO GARCIA

Settlement Information: *Depart Time- 9:20*

Truck#: 970002
Driver: ALFONSO GARCIA

HAPAG LLOYD

Notes

10. Make sure trip # and tractor # are on all fuel tickets and toll receipts.

Invoice: GLT-8697283-GHO  Page:45

Cooper/Ports America (C/PA)
By: asaenz - 05/20/2019 16:34
Equipment Interchange Receipt
Gate In
Customer: HAPAG- LLOYD (AMERICA) INC.
EIR NO:4230113
EIR DATE: 05/20/19 16:34
Acceptance:HPL- APR19
Equipment:TCKU 369386- 7
Equipment Tp:U2DV
Status:AV
Comments:own chassis
Trucker:GULF LINE TRANSPORT LLC

Driver ID:970002
Truck Lic #:2610942
Related:

970002

Cooper/Ports America (C/PA)
By: asaenz - 05/20/2019 16:34
Equipment Interchange Receipt
Gate In
Customer: HAPAG- LLOYD (AMERICA) INC.
EIR NO:4230113
EIR DATE: 05/20/19 16:34
Acceptance:HPL- APR19
Equipment:TCKU 369386- 7
Equipment Tp:U2DV
Status:AV
Comments:own chassis
Trucker:GULF LINE TRANSPORT LLC

Driver ID:970002
Truck Lic #:2610942
Related:

970002

PHA: Bayport          EIR: 6437348
SCAC Code: GLFI       Date: 2019-05-20
Steamship Line: CMA   Time: 16:36 2019-05-20 17:01

MOVE TYPE: RECEIVE EMPTY

CONTAINER: CAXU3339985    ISO CODE: 22G1           LIC: 2414504
CHASSIS: TNPZ207260       CHASSIS OWNER ID: TLI    IS OWN: Y

ED0/BOOKING:              SEAL:                    GROSS: 4900 lb

                          IS HAZ: N                IS OOG: N

Cooper/Ports America (C/PA)
By: asaenz2 - 05/20/2019 17:17
Equipment Interchange Receipt
Gate In
Depot: IMS2
Customer: TRAC Intermodal
EIR NO:4230152
EIR DATE: 05/20/19 17:16
Acceptance:TRAC- APR19
Trucker:GULF LINE TRANSPORT LLC
Carrier Lic:970005    2414520
Equipment:TNPZ 207260-
Equipment Tp:Z2SL
Status:AV
Comments:
DMG/Comments:
Load Flag:Empty
Gross Wt: 0
CH Lic:3915071
CH Lic ST:ME
CH Lic EXP:
FHWA:


Signature

# Gulf Line Transport, LLC

**DELIVERY RECEIPT**

**CORPORATE OFFICE**
P.O. Box 1510 - Mt. Pleasant, SC 29464
(843) 849-0451

TRIP NO. 8661868

CONTAINER NO. CAXU3339985

B/L SHIPPERS NO.

CHASSIS NO. # TMPZ207260

FINAL DESTINATION: Dallas

DELIVERY/PICK-UP DATE

Terminal _Houston_

FROM
Magna Transport Terminal
7002 S. Lake Houston Pkwy
Houston, TX 77049
(Where You Picked Up)

TO Forbo Linoleum INC
11240 Grader St.
Dallas, TX 75238
(Where You Delivered)

SEAL #

| CONTROL | | | | | |
|---|---|---|---|---|---|
| PCS | DESCRIPTION | | | | WEIGHT |
| 1 | CONTAINER / TRL. LOAD | SEAL # HO107148 | | | |
| | SEAL INTACT | | | | |
| 1 | EMPTY CONTAINER / TRL. | | | | |
| | SKIDS | | | | |
| | PALLETS | | | | |
| | SLIPSHEETS | | | | |

APPOINTMENT TIME: 9:00
ARRIVAL TIME: 8:50

TIME STARTED LOADING/UNLOADING:

TIME COMPLETED: 10:45

RECEIVED IN GOOD CONDITION & VERIFYING TIME:

**ACCESSORIAL AUTHORIZATION**

NAME

NUMBER

SIGNATURE OF SHIPPER/RECEIVER

DRIVERS NAME: Kendrick Leaks

UNIT NO.: 2

DATE DELIVERED: 5-20-19

DRIVER LOADED

DRIVER UNLOADED

NOTICE: CUSTOMER IS RESPONSIBLE FOR ALL DETENTION CHARGES AFTER 48 HOURS. CAROLINA NATIONAL TRANSPORTATION MUST BE NOTIFIED WHEN TRAILER IS EMPTY.

PHA: Bayport
SCAC Code: GLFI
Steamship Line: CMA

EIR: 6437348
Date: 2019-05-20
Time: 16:36 2019-05-20 17:01

MOVE TYPE: RECEIVE EMPTY

CONTAINER: CAXU3339085          ISO CODE: 22G1          LIC: 2414504
                                CHASSIS OWNER ID: TLI   IS OWN: Y
CHASSIS: TNPZ207260                                     GROSS: 4900 lb

EDO/BOOKING:                    SEAL:

                                IS HAZ: N               IS OOG: N

PHA: Bayport    EIR: 6426952
SCAC Code: GLFI    Date: 2019-05-17
    Steamship Line: CMA    -    Time: 09:55 2019-05-17 10:29

MOVE TYPE: DELIVER IMPORT

CONTAINER: CAXU3339985    ISO CODE: 22G1    LIC: R309851
CHASSIS: TNPZ207260    CHASSIS OWNER ID: TLI    IS OWN: N

BILL OF LADING:    SEAL: H0107148    GROSS: 40476 lb

                    IS HAZ: N    IS OOG: N

GENSET:    TEMP:



Pickup Container from: R309851
*** ***

Driver responsible for chassis twistlocks    Do not park on Crane Runways

# Gulf Line Transport, LLC

## DELIVERY RECEIPT

**CORPORATE OFFICE**
P.O. Box 1510 • Mt. Pleasant, SC 29464
(843) 849-0451

TRIP NO. 8661868

B/L SHIPPERS NO.

CONTAINER NO. CAXU3339995

CHASSIS NO.

FINAL DESTINATION: Dallas

DELIVERY/PICK-UP DATE

**FROM:** Magnu Transport Terminal
7062 S. Lake Houston Pkwy
Houston, TX 77049
(Where You Picked Up)

**TO:** Forbo Linoleum INC
11240 Gruber St.
Dallas, TX 75238
(Where You Delivered)

SEAL #

| CONTROL PCS | DESCRIPTION | WEIGHT |
|---|---|---|
| 1 | CONTAINER / TRL. LOAD  SEAL # HD107148 | |
| | SEAL INTACT | |
| 1 | EMPTY CONTAINER / TRL. | |
| | SKIDS | |
| | PALLETS | |
| | SLIPSHEETS | |

DRIVERS NAME: Kendrick Leals
UNIT NO.: 97005
DATE DELIVERED: 5-20-19

**NOTICE: CUSTOMER IS RESPONSIBLE FOR ALL DETENTION CHARGES AFTER 48 HOURS. CAROLINA NATIONAL TRANSPORTATION MUST BE NOTIFIED WHEN TRAILER IS EMPTY.**

APPOINTMENT TIME: 9:00
ARRIVAL TIME: 8:50
TIME STARTED LOADING/UNLOADING:
TIME COMPLETED: 10:45

RECEIVED IN GOOD CONDITION & VERIFYING TIME:

DRIVER LOADED / DRIVER UNLOADED

SIGNATURE OF SHIPPER/RECEIVER

ACCESSORIAL AUTHORIZATION

NAME

NUMBER

Terminal: Houston

Invoice: GLT-8661868-GHO  Page: 8

760

## Carrier Confirmation

Date: 05/16/2019

Load#: 8697175

Mail Delivery Documents To:

Gulfline Transport, LLC.
950 Houston Northcutt Blvd.
Suite 100
Mount Pleasant, SC 29464

Darien
Fri

Agent#:

Shipper/PO#: 2042208

Customer: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

Carrier #:

Stops:

| Bl/Bk #: | Work Order#: | Driver Ref #: 673301 | Container #: GLDU9915771 |
|---|---|---|---|
| Commodity: FLOORING | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |
| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |

**Origin 1:**

HAPAG BARBOURS CUT
1700 E. BARBOURS CUT BLVD
LA PORTE, TX 77571
Phone: 713-670-1100

Special Instructions:
Hours 07:00-18:00

**Destination 1:**

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

**Origin 2:**

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

**Destination 2:**

CALL DISPATCH FOR EMPTY RETURN OR PICK UP
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

Del Appt Date: 05/17/2019 8:00 AM

**Truck Information:**

Truck#: 970013
Driver: DARIEN CASTILLORODRIGUEZ

**Settlement Information:**

Truck#: 970013
Driver: DARIEN CASTILLORODRIGUEZ

Notes

ARival Time 8:15 AM
Depart Time 9:30 AM

HAPAG LLOYD



## Outbound Gate Receipt

**ConGlobal**
I N D U S T R I E S

1802 Highway 146 N La Porte, TX 77571
Phone: 2814700304      Fax: xxxxxxxxxx

EIR No: 2863905
Customer: TRACT
Name: Trac Intermodal - TRAC SEI
Date / 05/16/19 / 14:10
Depot : RTX06

DRIVER

TRPZ 150102

| Unit Number | Type / Size CHZ / 20 Z | Condition |
|---|---|---|

| VIN | License Number | State | Exp Date | FHWA | CA BIT Date |
|---|---|---|---|---|---|

| Out To | Empty / Loaded Empty | Trucker / SCAC GULF LINE TRANSPORT LLC / GLFI | Tractor No | Release No RGLFI1228 | On Hire Survey no |
|---|---|---|---|---|---|

Comments : ANY PREFIX

| POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS | POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOF | | /32 | Y / N | | | ROF | | /32 | Y / N | | |
| LIF | | /32 | Y / N | | | RIF | | /32 | Y / N | | |
| LOC | | /32 | Y / N | | | ROC | | /32 | Y / N | | |
| LIC | | /32 | Y / N | | | RIC | | /32 | Y / N | | |
| LOR | | /32 | Y / N | | | ROR | | /32 | Y / N | | |
| LIR | | /32 | Y / N | | | RIR | | /32 | Y / N | | |

DATE OF INTERCHANGE IS NOT NECESSARILY DATE OF OFF HIRE, REFER TO LEASE AGREEMENT

| ConGlobal Industries | FOR RECEIVING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE. |
|---|---|
| NAME (PRINT) _____ | NAME (PRINT) _____ |
| SIGNATURE _____ DATE _____ | SIGNATURE _____ DATE _____ |



## Inbound Gate Receipt

EIR No: 2865948
Customer: TRACT
Name: Trac Intermodal - TRAC SEI
Date / 05/17/19 / 15:39
Depot: RTX06

1802 Highway 146 N La Porte, TX 77571
Phone: (281) 470-0304    Fax: (xxx) xxx-xxxx

DRIVER

| Unit Number | Type / Size | Condition |
|---|---|---|
| TRPZ 150122 - | CHZ / 20 ZTR | UN |

| VIN | License Number | State | Exp Date | FHWA |
|---|---|---|---|---|
| X | 2315262 | ME | 02/23 | 07/15/18 |

| Empty / Loaded | Trucker / SCAC | Acceptance No | Tractor No | |
|---|---|---|---|---|
| Empty | GULF LINE / GLFI | | | |

| In From | Lessee | On Hire Date | Dpp |
|---|---|---|---|
| | | | 0 |

Comments:

## SUBJECT TO FURTHER INSPECTION

| No | COMP | LOC | DMG | REP | LENGTH | WIDTH | Qty | P | Description | HRS | MAT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |

### TIRE CONDITON

| POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS | POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOF | | /32 | Y / N | | | ROF | | /32 | Y / N | | |
| LIF | | /32 | Y / N | | | RIF | | /32 | Y / N | | |
| LOC | | /32 | Y / N | | | ROC | | /32 | Y / N | | |
| LIC | | /32 | Y / N | | | RIC | | /32 | Y / N | | |
| LOR | | /32 | Y / N | | | ROR | | /32 | Y / N | | |
| LIR | | /32 | Y / N | | | RIR | | /32 | Y / N | | |

FOR DELIVERING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE.

NAME (PRINT) _____

SIGNATURE _____ DATE _____

FOR RECEIVING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE.

NAME (PRINT) _____

SIGNATURE _____ DATE _____

Cooper/Ports America (C/PA)
By: kshifflet - 05/17/2019 15:15
Equipment Interchange Receipt
Gate In
Customer: HAPAG- LLOYD (AMERICA) INC.
EIR NO:4229484
EIR DATE: 05/17/19 15:14
Acceptance:HPL- APR19
Equipment:GLDU 991577- 1
Equipment Tp:U2DV
Status:AV
Comments:
Trucker:GULF LINE TRANSPORT LLC

Driver ID:970013
Truck Lic #:r379316
Related:



PHA: BCT

SCAC Code: GLFI

EIR: 2542979

Date: 2019-05-16

Time: 14:41 2019-05-16 15:03

Steamship Line: HLC

MOVE TYPE: DELIVER IMPORT

CONTAINER: GLDU9915771
ISO CODE: 22G1
LIC: R379316

CHASSIS: TRPZ150122
CHASSIS OWNER ID:
IS OWN: Y

BILL OF LADING:
SEAL: K121113
GROSS: 46825 lb

IS HAZ: N
IS OOG: N

GENSET:
TEMP:

Pickup Container from: R379316

*** ***

Driver responsible for chassis twistlocks        Do not park on crane Runways

760

Darien
Fri

# Carrier Confirmation

Mail Delivery Documents To:

Gulfline Transport, LLC.
950 Houston Northcutt Blvd.
Suite 100
Mount Pleasant, SC 29464

Date: 05/16/2019

Load#: 8697175

Agent#:

Shipper/PO#: 2042208

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

Carrier #:

Stops:

| Bl/Bk #: | Work Order#: | Driver Ref #: 673301 | Container #: GLDU9915771 |
|---|---|---|---|
| Commodity: FLOORING | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |
| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |

**Origin 1:**

HAPAG BARBOURS CUT
1700 E. BARBOURS CUT BLVD
LA PORTE, TX 77571
Phone: 713-670-1100

Special Instructions:
Hours 07:00-18:00

**Destination 1:**

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

**Origin 2:**

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

**Destination 2:**

CALL DISPATCH FOR EMPTY RETURN OR PICK UP
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

Del Appt Date: 05/17/2019 8:00 AM

**Truck Information:**

Truck#: 970013
Driver: DARIEN CASTILLORODRIGUEZ

**Settlement Information:**

Truck#: 970013
Driver: DARIEN CASTILLORODRIGUEZ

HAPAG LLOYD

Notes: Arival Time 8:15 A
Depart-Time 9:30 

Invoice: GLT-8697175-GHO  Page:20



## Inbound Gate Receipt

EIR No: 2865948
Customer: TRACT
Name: Trac Intermodal - TRAC SEI
Date / 05/17/19 / 15:39
Depot: RTX06

DRIVER

1802 Highway 146 N La Porte, TX 77571
Phone: (281) 470-0304    Fax: (xxx) xxx-xxxx

| Unit Number | Type / Size | Condition |
|---|---|---|
| TRPZ 150122 - | CHZ / 20 ZTR | UN |

| VIN | License Number | State | Exp Date | FHWA |
|---|---|---|---|---|
| X | 2315262 | ME | 02/23 | 07/15/18 |

| Empty / Loaded | Trucker / SCAC | Acceptance No | Tractor No |
|---|---|---|---|
| Empty | GULF LINE / GLFI | | |

| In From | Lessee | On Hire Date | Dpp |
|---|---|---|---|
| | | | 0 |

Comments:

## SUBJECT TO FURTHER INSPECTION

| No | COMP | LOC | DMG | REP | LENGTH | WIDTH | Qty | P | Description | HRS | MAT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |

### TIRE CONDITON

| POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS | POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOF | | /32 | Y / N | | | ROF | | /32 | Y / N | | |
| LIF | | /32 | Y / N | | | RIF | | /32 | Y / N | | |
| LOC | | /32 | Y / N | | | ROC | | /32 | Y / N | | |
| LIC | | /32 | Y / N | | | RIC | | /32 | Y / N | | |
| LOR | | /32 | Y / N | | | ROR | | /32 | Y / N | | |
| LIR | | /32 | Y / N | | | RIR | | /32 | Y / N | | |

FOR DELIVERING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE.

NAME (PRINT)

SIGNATURE _____ DATE

FOR RECEIVING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE.

NAME (PRINT)

SIGNATURE _____ DATE

PHA: BCT                                    EIR: 2539888
SCAC Code: GLFI                             Date: 2019-05-15
Steamship Line: RLC                         Time: 14:55 2019-05-15 15:27

MOVE TYPE: DELIVER IMPORT

CONTAINER: GESU1133975        ISO CODE: 22G1        LIC: 2376278
CHASSIS: TESZ290415           CHASSIS OWNER ID:     IS OWN: Y

BILL OF LADING:               SEAL: K121118         GROSS: 47200 lb

                              IS HAZ: N             IS OOG: N
GENSET:                       TEMP:

Pickup Container from: 2376278



*** ***

Driver responsible for chassis twistlocks        Do not park on Crane Runways

Invoice: GLT-8697163-GHO  Page:27

# Crown Transportation and Logistics

## DELIVERY RECEIPT

**Houston Office**
9600 New Century Drive • Pasadena, TX 77507
713-554-0563

| CHASSIS NO. | B/L SHIPPERS NO. | TRIP NO. |
|---|---|---|
| | | |
| CONTAINER NO. | | DELIVERY/PICK-UP DATE |
| 1ESZ290415 | | |

**FROM**

☑ Barbours Cut
500 East Barbours Cut Blvd.
LaPorte, TX 77571

☐ Bayport
12619 Port Rd.
Seabrook, TX 77586

*(Where You Picked Up)*

**TO**

~~Floor & Decor DC~~  Fargo
~~9501 Bay Area Blvd.~~
~~Pasadena, TX 77507~~  LIDOLE Um Inc
11240 Cadex ST
DALLAS, TX

*(Where You Delivered)*

| CONTROL | | APPOINTMENT TIME: 8 Am | ACCESSORIAL AUTHORIZATION |
|---|---|---|---|
| PCS | | ARRIVAL TIME: 8:50 Am | |
| | | TIME STARTED LOADING/UNLOADING: | NAME |
| | | TIME COMPLETED: 10:00 Am | NUMBER |

| CONTAINER | DESCRIPTION |
|---|---|
| SIZE | GESU 113397-5 |
| SEAL | 4200 20' (TILE) |

REFERENCE # 8697163

| DRIVERS NAME: | UNIT NO.: | DATE DELIVERED: |
|---|---|---|
| VICTOR K. | 970038 | 5/16/19 |

RECEIVED IN GOOD CONDITION & VERIFY TIME:

SIGNATURE OF SHIPPER/RECEIVER

DEPOT/LOCATION | DATE (MM/DD/YY) | IN | OUT | TIME | NO.

CGL Mex Shell | 05/17/19 | X | | 9:22 | 2864761

CHASSIS NUMBER | SEE NAME/CODE | REDELIVERY RELEASE #

TES 290415 | Gulf Line | TESL-2019

LICENSE PLATE | YEAR | REG Y/N | LAST FHWA | LAST BIT | MILEAGE
| | | Month/Year | Month/Year |

CHECK BOX FOK & NOTE DEFECTS BELOW

OPTIONS:
☐ TRIAXLE
☐ SPREAD AXLE TANDEM
☐ CLOSED TANDEM AXLE

☐ AIR RIDE
☐ LIFT KIT
☐ PSI

PAINT CONDITION:
☐ VERY GOOD
☐ SATISFACTORY
☐ POOR

| | RETREAD/POS | RECAP | BRAND | TREAD | /32 | PSI | REMARKS | | BRAKES | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Yokohema | | /32 | | | 1/4 | 1/2 | 3/4 | NEW | HIGH | OK | LOW |
| R.O. FRONT | | | Linex | 8 | /32 | | | 1/4 | 1/2 | 3/4 | NEW | HIGH | OK | LOW |
| R.I. FRONT | | | Continental | | /32 | | | 1/4 | 1/2 | 3/4 | NEW | HIGH | OK | LOW |
| R.O. CENTER | | | Elmax | 8 | /32 | | | 1/4 | 1/2 | 3/4 | NEW | HIGH | OK | LOW |
| R.I. CENTER | | | Roadmaster | 7 | /32 | | | 1/4 | 1/2 | 3/4 | NEW | HIGH | OK | LOW |
| R.O. REAR | | | Ironel | | /32 | | | 1/4 | 1/2 | 3/4 | NEW | HIGH | OK | LOW |
| R.I. REAR | | | Goodyear | 7 | /32 | | | 1/4 | 1/2 | 3/4 | NEW | HIGH | OK | LOW |
| L.O. FRONT | | | Aplus | | /32 | | | 1/4 | 1/2 | 3/4 | NEW | HIGH | OK | LOW |
| L.I. FRONT | | | Sailun | 7 | /32 | | | | | | | | | |
| L.O. CENTER | | | Newer ide | 8 | /32 | | | | | | | | | |
| L.I. CENTER | | | Linglong | 8 | /32 | | | | | | | | | |
| L.O. REAR | | | Terok Ait | | /32 | | | | | | | | | |
| L.I. REAR | | | | | | | | | | | | | | |

☒ EQUIPMENT RECEIVED SUBJECT TO FURTHER INSPECTION

DEPARTMENT OF TRANSPORTATION REGULATIONS REQUIRE EACH PART LISTED BE INSPECTED
If not defective, use check mark. If defective, describe defect in remarks section.

FHWA BIT INSPECTION

☐ BRAKES ☐ AIR LINES ☐ LIGHTS ☐ WIRING ☐ REFLECTORS
☐ KINGPIN ☐ FRAME ☐ SUSPENSION ☐ AXLES ☐ WHEELS/RIMS
☐ CONTAINER SECUREMENT DEVICES ☐ SUBFRAME AND SLIDER LOCK

COMPLETE ON OUT INTERCHANGE

Remarks 1S13SC330XB730557

CARRIER/TRUCKER COMPANY NAME Gulf Line | TRUCK LICENSE PLATE NO.

DRIVER NAME (PRINT) | DEPOT SIGNATURE

DRIVER SIGNATURE

CHASSIS EXCHANGE RECEIPT
WWW.DCLI.COM

ConGlobal Industries
500 Mayo Shell Road Galena Park, TX 77547
Phone: (713) 675-7587  Fax: (832) 201-7873

2864761
TRSEQ
05/17/19
09:22

| | UN | | DIRECT CHASSISLINK INC. | Inbound | 04/99 |
|---|---|---|---|---|---|
| TESZ 290415- | UN | 20 ZT | | Empty | |

GLEI/BLUE LINE    TESL2019
.00

## INSPECT@GATE - LIC, VIN# & TIRE INFO

| | LOC | | | | | |
|---|---|---|---|---|---|---|
| 1 | KBK | LLOF | F2 | FR | 1 O | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | 97000 | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |

11/18          ☐ YES  ☐ NO

| | /32" | | | /32" |
|---|---|---|---|---|
| FRONT | /32" | | | /32" |
| | /32" | | | /32" |
| | /32" | | | /32" |

TRACTOR LICENSE # 237/278

NAME (PRINT)                    NAME (PRINT)
SIGNATURE          DATE 5/17/19   SIGNATURE    DATE 5/17

PHA: BCT                          EIR: 2539888
SCAC Code: GLFI                   Date: 2019-05-15
Steamship Line: RLC               Time: 14:55 2019-05-15 15:27

MOVE TYPE: DELIVER IMPORT

CONTAINER: GESU1133975    ISO CODE: 22G1         LIC: 2376278
CHASSIS: TESZ290415       CHASSIS OWNER ID:      IS OWN: Y

BILL OF LADING:           SEAL: K121118          GROSS: 47200 lb

                          IS HAZ: N              IS OOG: N

                          TEMP:
GENSET:



Pickup Container from: 2376278
*** ***

Driver responsible for chassis twistlocks        Do not park on Crane Runways



**Outbound Gate Receipt**

EIR No: 2873909
Customer: TRACT
Name: **Trac Intermodal - TRAC SEI**
Date / 05/24/19 / 09:57
Depot : RTX06

1802 Highway 146 N La Porte, TX 77571
**Phone:** 2814700304     **Fax:** xxxxxxxxxx

DRIVER

TRP2 150123

| Unit Number | Type / Size | Condition |
|---|---|---|
| - | CHZ / 20 Z | |

| VIN | License Number | State | Exp Date | FHWA | CA BIT Date |
|---|---|---|---|---|---|
| | | | | | |

| Out To | Empty / Loaded | Trucker / SCAC | Tractor No | Release No | On Hire Survey |
|---|---|---|---|---|---|
| | Empty | GULF LINE TRANSPORT LLC / GLFI | | RGLFI1236 | no |

**Comments : any prefix**

970014

| | | TIRE CONDITON | | | | | | |
|---|---|---|---|---|---|---|---|---|
| POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS | POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS |
| LOF | | /32 | Y / N | | | ROF | | /32 | Y / N | | |
| LIF | | /32 | Y / N | | | RIF | | /32 | Y / N | | |
| LOC | | /32 | Y / N | | | ROC | | /32 | Y / N | | |
| LIC | | /32 | Y / N | | | RIC | | /32 | Y / N | | |
| LOR | | /32 | Y / N | | | ROR | | /32 | Y / N | | |
| LIR | | /32 | Y / N | | | RIR | | /32 | Y / N | | |

DATE OF INTERCHANGE IS NOT NECESSARILY DATE OF OFF HIRE, REFER TO LEASE AGREEMENT

ConGlobal Industries

NAME (PRINT) CORNIELG C

SIGNATURE _____  DATE 06-24/9

FOR RECEIVING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE.

NAME (PRINT) _____

SIGNATURE _____  DATE _____

**EIR: 2560380**

**PHA: BCT**

**SCAC Code: GLFI**

Steamship Line: HLC

**Date: 2019-05-24**

**Time: 10:39 2019-05-24 11:21**

MOVE TYPE: DELIVER IMPORT

CONTAINER: HLXU3559972
CHASSIS: TRPZ150123

ISO CODE: 22G1
CHASSIS OWNER ID:

LIC: 1L34878
IS OWN: Y

GROSS: 4/024 lb

BILL OF LADING:

SEAL: K121081

GENSET:

IS HAZ: N

TEMP:

IS OOG: N

Pickup Container from: 1L34878

*** ***

driver responsible for chassis twistlocks          Do not park on Crane Runways



## Inbound Gate Receipt

802 Highway 146 N La Porte, TX 77571
Phone: (281) 470-0304    Fax: (xxx) xxx-xxxx

EIR No: **2880131**
Customer: **TRACT**
Name: **Trac Intermodal - TRAC SEI**
Date / **05/30/19 / 14:44**
Depot: **RTX06**

| Unit Number | Type / Size | Condition |
|---|---|---|
| TRPZ 150123 - | CHZ / 20 ZTR | UN |

| VIN | License Number | State | Exp Date | FHWA |
|---|---|---|---|---|
| X | 2229556 | ME | PF/R | 07/23/18 |

| Empty / Loaded | Trucker / SCAC | Acceptance No | Tractor No |
|---|---|---|---|
| Empty | GULF LINE / GLFI | | |

| In From | Lessee | On Hire Date | Dpp |
|---|---|---|---|
| | | | 0 |

Comments:

## SUBJECT TO FURTHER INSPECTION

| No | COMP | LOC | DMG | REP | LENGTH | WIDTH | Qty | P | Description | HRS | MAT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |

### TIRE CONDITON

| POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS | POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOF | | /32 | Y / N | | | ROF | | /32 | Y / N | | |
| LIF | | /32 | Y / N | | | RIF | | /32 | Y / N | | |
| LOC | | /32 | Y / N | | | ROC | | /32 | Y / N | | |
| LIC | | /32 | Y / N | | | RIC | | /32 | Y / N | | |
| LOR | | /32 | Y / N | | | ROR | | /32 | Y / N | | |
| LIR | | /32 | Y / N | | | RIR | | /32 | Y / N | | |

FOR DELIVERING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE.

NAME (PRINT) _____

SIGNATURE _____ DATE _____

FOR RECEIVING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE.

NAME (PRINT) _____

SIGNATURE _____ DATE _____

# Cooper/Ports America (C/PA)
## By: mmoore - 05/30/2019 14:31
# Equipment Interchange Receipt
# Gate In
**Customer: HAPAG- LLOYD (AMERICA) INC.**
**EIR NO:4235935**
**EIR DATE: 05/30/19 14:30**
**Acceptance:HPL- APR19**
**Equipment:HLXU 355997- 2**
**Equipment Tp:U2DV**
**Status:AV**
**Comments:**
**Trucker:GULF LINE TRANSPORT LLC**

**Driver ID:2422323**
**Truck Lic #:970007**
**Related:**

*[signature]*

970007



PHA: BCT
SCAC Code: GLFI
Steamship Line: HLC

EIR: 2557918
Date: 2019-05-23
Time: 13:40 2019-05-23 14:10

MOVE TYPE: DELIVER IMPORT

CONTAINER: RFCU2258807
CHASSIS: TAXZ593297

ISO CODE: 22G1
CHASSIS OWNER ID:

LIC: R379316
IS OWN: Y

BILL OF LADING:

SEAL: FMH7231

GROSS: 44621 1b

IS HAZ: N

IS OOG: N

GENSET:

TEMP:

Pickup Container from: R379316
*** ***

Driver responsible for chassis twistlocks    Do not park on Crane Runways





## Outbound Gate Receipt

EIR No: **2872805**
Customer: **TRACT**
Name: **Trac Intermodal - TRAC SEI**
Date / **05/23/19 / 13:06**
Depot : **RTX06**

1802 Highway 146 N La Porte, TX 77571
**Phone:** 2814700304     **Fax:** xxxxxxxxxx

DRIVER

TAXZ 593297

| Unit Number - | Type / Size CHZ / 20 Z | Condition |
|---|---|---|

| VIN | License Number | State | Exp Date | FHWA | CA BIT Date |
|---|---|---|---|---|---|

| Out To | Empty / Loaded Empty | Trucker / SCAC GULF LINE TRANSPORT LLC / GLFI | Tractor No | Release No RGLFI1232 | On Hire Survey no |
|---|---|---|---|---|---|

Comments : any prefix

### TIRE CONDITON

| POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS | POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOF | | /32 | Y / N | | | ROF | | /32 | Y / N | | |
| LIF | | /32 | Y / N | | | RIF | | /32 | Y / N | | |
| LOC | | /32 | Y / N | | | ROC | | /32 | Y / N | | |
| LIC | | /32 | Y / N | | | RIC | | /32 | Y / N | | |
| LOR | | /32 | Y / N | | | ROR | | /32 | Y / N | | |
| LIR | | /32 | Y / N | | | RIR | | /32 | Y / N | | |

DATE OF INTERCHANGE IS NOT NECESSARILY DATE OF OFF HIRE, REFER TO LEASE AGREEMENT

| ConGlobal Industires | FOR RECEIVING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE. |
|---|---|
| NAME (PRINT) _____ | NAME (PRINT) Daren Castillo |
| SIGNATURE _____ DATE_____ | SIGNATURE _____ DATE 05/23/9 |

Cooper/Ports America (C/PA)
By: mmoore - 05/29/2019 15:59
Equipment Interchange Receipt
Gate In
Customer: HAPAG- LLOYD (AMERICA) INC.
EIR NO:4234949
EIR DATE: 05/29/19 15:58
Acceptance:HPL- APR19
Equipment:RFCU 225880- 7
Equipment Tp:U2DV
Status:AV
Comments:
Trucker:GULF LINE TRANSPORT LLC

Driver ID:r379316
Truck Lic #:1970013
Related:

**Carrier Confirmation**

Agent#:

Shipper/PO#: 2042353

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

| Mail Delivery Documents To: |
|---|
| Gulfline Transport, LLC. |
| 950 Houston Northcutt Blvd. |
| Suite 100 |
| Mount Pleasant, SC 29464 |

Date: 05/28/2019

Load#: 8723048

| Carrier #: | | | |
|---|---|---|---|
| Stops: | | | |

| Bl/Bk #: HLCULIV190255423 | Work Order#: | Driver Ref #: | Container #: RFCU2258807 |
|---|---|---|---|
| Commodity: FLOORING | Seal#: | Weight: 39925 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |

| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |
|---|---|---|---|---|---|---|

| Origin 1: | Destination 1: |
|---|---|
| CONGLOBAL - LAPORTE | Barbours Cut Terminal |
| 1802 HWY 146 NORT | 1700 E BARBOURS CUT BLVD |
| LA PORTE, TX 77571 | LA PORTE, TX 77571-3025 |
| Phone: (713) 353-2800 | Phone: (713) 670-1100 |
| | |
| Special Instructions: | Special Instructions: |
| Hours 08:00-17:00 | Hours 07:00-18:00 |
| Mon-Fri | Mon - Fri |

| Origin 2: | Destination 2: |
|---|---|
| Barbours Cut Terminal | FORBO LINOLEUM INC |
| 1700 E BARBOURS CUT BLVD | 11240 GRADER ST |
| LA PORTE, TX 77571-3025 | DALLAS, TX 75238 |
| Phone: (713) 670-1100 | Phone: 214-221-0788 SAL |
| | |
| Special Instructions: | |
| Hours 07:00-18:00 | |
| Mon - Fri | |

| Origin 3: | Destination 3: |
|---|---|
| FORBO LINOLEUM INC | CALL DISPATCH FOR EMPTY RETURN OR PICK UP |
| 11240 GRADER ST | 7002 SOUTH LAKE HOUSTON PKWY |
| DALLAS, TX 75238 | HOUSTON, TX 77049 |
| Phone: 214-221-0788 SAL | Phone: 713-554-0563 |

| Truck Information: | Settlement Information: |
|---|---|
| Truck#: 970013 | Truck#: 970013 |
| Driver: DARIEN CASTILLORODRIGUEZ | Driver: DARIEN CASTILLORODRIGUEZ |

| Notes |
|---|
| TRI - AXEL NEEDED  HAPAG LLOYD 20FT |

## Carrier Confirmation

Agent#:

Shipper/PO#: 2042390

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

Mail Delivery Documents To:

Gulfline Transport, LLC.
950 Houston Northcutt Blvd.
Suite 100
Mount Pleasant, SC 29464

Date: 05/30/2019

Load#: 8737416

| Carrier # | | | |
|---|---|---|---|
| Stops | | | |
| B/Bk # HLCULIV190357014 | Work Order#: | Driver Ref #: | Container #: UACU3774733 |
| Commodity: | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |
| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |

**Origin 1:**

Barbours Cut Terminal
1700 E BARBOURS CUT BLVD
LA PORTE, TX 77571-3025
Phone: (713) 670-1100

Special Instructions:
Hours 07:00-18:00
Mon - Fri

**Destination 1:**

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

**Origin 2:**

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

**Destination 2:**

HAPAG BARBOURS CUT
1700 E. BARBOURS CUT BLVD
LA PORTE, TX 77571
Phone: 713-670-1100

Special Instructions:
Hours 07:00-18:00

Del Appt Date: 05/31/2019 10:00 AM

**Truck Information:**

Truck#: 970001
Driver: VICTOR CAMACHO SIERRA

**Settlement Information:**

Truck#: 970001
Driver: VICTOR CAMACHO SIERRA

**Notes**

HAPAG LLOYD / 20ST

# Cooper/Ports America (C/PA)
## By: asaenz - 05/31/2019 13:51
## Equipment Interchange Receipt
## Gate In

Customer: HAPAG- LLOYD (AMERICA) INC.

EIR NO:4237043

EIR DATE: 05/31/19 13:50

Acceptance:HPL- APR19

Equipment:UACU 377473- 3

Equipment Tp:U2DV

Status:AV

Comments:tlxz296158

Trucker:GULF LINE TRANSPORT LLC

Driver ID:970001

Truck Lic #:2610941

Related:

**P R I N T   R E P L I C A**

# Barbours Cut

**EIR: 2572535**

## HLC:Hapag-Lloyd AG

**Type**: DI
**Truck Co.**: GLFI

**Created**: 30-MAY-2019 15:05
**EIRDate**: 30-MAY-2019 15:32

| | |
|---|---|
| **DRIVER NAME**: | **TRUCK LICENSE #**: 2610941 |
| **CONTAINER**: UACU3774733 | **SIZE/TYPE**: 20 GP 86 |
| **CHASSIS**: TLXZ296158 | **SIZE/TYPE**: 20 CH NA |
| **OWNER CHASSIS**: Yes | **RELEASE**: |
| **VESSEL::** RBW | |
| **PORT**: | |

| | |
|---|---|
| **GENERATOR**: | **SCALE WT**: 0.0 |
| **FUEL LEVEL**: | **GROSS WT**: 39529.0 |
| **TEMP: AIR EXCH**: | **CARGO WT**: |
| **SEALS**: K121084,0740672 | |

# Inbound Gate Receipt



**1802 Highway 146 N La Porte, TX 77571**
**Phone:** (281) 470-0304  **Fax:** (xxx) xxx-xxxx

EIR No: **2881805**
Customer: **TRACT**
Name: **Trac Intermodal - TRAC SE**
Date / **05/31/19 / 14:05**
Depot: **RTX06**

DRIVER

| Unit Number | Type / Size | Condition |
|---|---|---|
| TLXZ 296158 - | CHZ / 20 ZTR | UN |

| VIN | License Number | State | Exp Date | FHWA |
|---|---|---|---|---|
| YYYYYYYYYYYYYYYYYY | 2521467 | ME | 02/25 | 02/07/19 |

| Empty / Loaded | Trucker / SCAC | Acceptance No | Tractor No |
|---|---|---|---|
| Empty | GULF LINE / GLFI | | |

| In From | Lessee | On Hire Date | Dpp |
|---|---|---|---|
| | | | 0 |

**Comments:**

## SUBJECT TO FURTHER INSPECTION

| No | COMP | LOC | DMG | REP | LENGTH | WIDTH | Qty | P | Description | HRS | MAT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | KTA | CROR | FP | PT | | | 1 | | Nail | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |

### TIRE CONDITON

| POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS | POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOF | | /32 | Y / N | | | ROF | | /32 | Y / N | | |
| LIF | | /32 | Y / N | | | RIF | | /32 | Y / N | | |
| LOC | | /32 | Y / N | | | ROC | | /32 | Y / N | | |
| LIC | | /32 | Y / N | | | RIC | | /32 | Y / N | | |
| LOR | | /32 | Y / N | | | ROR | | /32 | Y / N | | |
| LIR | | /32 | Y / N | | | RIR | | /32 | Y / N | | |

FOR DELIVERING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE.

NAME (PRINT) _____
SIGNATURE _____ DATE _____

FOR RECEIVING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE.

NAME (PRINT) _____
SIGNATURE _____ DATE 5/31/19

Cooper/Ports America (C/PA)
By: asaenz - 05/31/2019, 13:13
Equipment Interchange Receipt
Gate In

**Customer: HAPAG- LLOYD (AMERICA) INC.**

**EIR NO:4236965**

**EIR DATE: 05/31/19 13:12**

**Acceptance:HPL- APR19**

**Equipment:TCLU 223121- 8**

**Equipment Tp:U2DV**

**Status:AV**

**Comments:**

**Trucker:GULF LINE TRANSPORT LLC**

**Driver ID:970007**

**Truck Lic #:2422323**

**Related:**

# Pass Out (NAPZ 152094-)

# Not Inspected.

970007

# Cooper/Ports America (C/PA)
## By: asaenz2 - 05/31/2019 13:32
## Equipment Interchange Receipt
## Gate In

Depot: IMS2

Customer: GCCP

EIR NO:4237001

EIR DATE: 05/31/19 13:31

Acceptance:GCCP- APR19

Trucker:GULF LINE TRANSPORT LLC

Carrier Lic:97007

Equipment:NAPZ 152094-

Equipment Tp:Z2SL

Status:AV

Comments:

DMG/Comments:

Load Flag:Empty

Gross Wt: 0

CH Lic:

CH Lic ST:

CH Lic EXP:

FHWA:

Signature _____

PHA: BCT

EIR: 2569160

SCAC Code: GLFI

Date: 2019-05-29

Steamship Line: HLC

Time: 14:05 2019-05-29 14:43

MOVE TYPE: DELIVER IMPORT

CONTAINER: TCLU2231218      ISO CODE: 22G1        LIC: 2422323
CHASSIS: NAPZ152094          CHASSIS OWNER ID:     IS OWN: Y

BILL OF LADING:              SEAL: ML-GB3//4221    GROSS: 40271 lb

                             IS HAZ: N             IS OOG: N

                             TEMP:

GENSET:



Pickup Container from: 2422323
*** ***

Driver responsible for chassis twistlocks      Do not park on Crane Runways

## Carrier Confirmation

| | | |
|---|---|---|
| Agent#: | **Mail Delivery Documents To:** | Date: 05/29/2019 |
| Shipper/PO#: 2042393 | Gulflise Transport, LLC. | Load#: 8738188 |
| Dispatcher: amagana1 | 950 Houston Northcutt Blvd. | |
| Phone: 843-849-0451 | Suite 100 | |
| Fax: 843-881-5702 | Mount Pleasant, SC 29464 | |

| Carrier #: | |
|---|---|
| Stops: | |

| Ref#: HLCUIV190357014 | Work Order#: | Driver Ref #: | Container #: TCLU2281218 |
|---|---|---|---|
| Commodity: | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |

| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |
|---|---|---|---|---|---|---|

| Origin 1: | Destination 1: |
|---|---|
| HAPAG BARBOURS CUT<br>1700 E. BARBOURS CUT BLVD<br>LA PORTE, TX 77571<br>Phone: 713-670-1100<br><br>Special Instructions:<br>Hours 07:00-18:00 | MAGANA TRANSPORT TERMINAL<br>7002 SOUTH LAKE HOUSTON PKWY<br>HOUSTON, TX 77049<br>Phone: 713-554-0563 |

| Origin 2: | Destination 2: |
|---|---|
| MAGANA TRANSPORT TERMINAL<br>7002 SOUTH LAKE HOUSTON PKWY<br>HOUSTON, TX 77049<br>Phone: 713-554-0563 | FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238<br>Phone: 214-221-0788 SAL |

| Origin 3: | Destination 3: |
|---|---|
| FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238<br>Phone: 214-221-0788 SAL | HAPAG BARBOURS CUT<br>1700 E. BARBOURS CUT BLVD<br>LA PORTE, TX 77571<br>Phone: 713-670-1100<br><br>Special Instructions:<br>Hours 07:00-18:00<br>Del Appt Date: 05/31/2019 9:00 AM |

| Truck Information: | Settlement Information: |
|---|---|
| Truck#: 970007<br>Driver: ARMANDO RAMOS | *Depart - 8:30*<br>Truck#: 970007<br>Driver: ARMANDO RAMOS |

## Notes

| |
|---|
| HAPAG LLOYD / 20ST |

Cooper/Ports America (C/PA)
By: asaenz - 05/31/2019 10:05
Equipment Interchange Receipt
Gate In
Customer: HAPAG- LLOYD (AMERICA) INC.
EIR NO:4236594
EIR DATE: 05/31/19 10:04
Acceptance:HPL- APR19
Equipment:UACU 402389- 2
Equipment Tp:U2DV
Status:AV
Comments:taxz593297
Trucker:GULF LINE TRANSPORT LLC

Driver ID:013
Truck Lic #:r379316
Related:

# Gulf Line Transport, LLC

## DELIVERY RECEIPT

**CORPORATE OFFICE**
P.O. Box 1510 · Mt. Pleasant, SC 29464
(843) 849-0451

TRIP NO. 8736052

Terminal _Houston, TX_

| | |
|---|---|
| CONTAINER NO. | UACU 4023 862 |
| CHASSIS NO. | TAXZ 593 29 97 |
| | B/L SHIPPERS NO. |

FROM _R-1_

_BarBous cot BLVD_

_(Where You Picked Up)_

TO _Forbo Linoleum_

_11240 grader st_

_Dallas, TX    75238_

_(Where You Delivered)_

FINAL DESTINATION

DELIVERY/PICK-UP DATE

SEAL #

| CONTROL | | | |
|---|---|---|---|
| PCS | DESCRIPTION | WEIGHT | |
| 1 | CONTAINER / TRL. LOAD    SEAL # | | |
| | SEAL INTACT | | |
| 1 | EMPTY CONTAINER / TRL. | | |
| | SKIDS | | |
| | PALLETS | | |
| | SLIPSHEETS | | |

APPOINTMENT TIME: _9:00AM_

ARRIVAL TIME: _9:00 AM_

TIME STARTED LOADING/UNLOADING: _9:55 AM_

TIME COMPLETED:

ACCESSORIAL AUTHORIZATION

NAME

NUMBER

RECEIVED IN GOOD CONDITION & VERIFYING TIME:

DATE DELIVERED: _05/30/11_

| | DRIVER LOADED | DRIVER UNLOADED |
|---|---|---|
| | | |

SIGNATURE OF SHIPPER/RECEIVER

DRIVERS NAME: _Brian Hestrilo_    UNIT NO.: _070013_

**NOTICE:** CUSTOMER IS RESPONSIBLE FOR ALL DETENTION CHARGES AFTER 48 HOURS, CAROLINA NATIONAL TRANSPORTATION MUST BE NOTIFIED WHEN TRAILER IS EMPTY.



PHA: BCT
EIR: 2568992
SCAC Code: GLFI
Date: 2019-05-29
Steamship Line: HLC
Time: 16:15 2019-05-29 16:45

MOVE TYPE: DELIVER IMPORT

CONTAINER: UACU4023892    ISO CODE: 22G1         LIC: R379316
CHASSIS: TAXZ593297       CHASSIS OWNER ID:      IS OWN: Y

BILL OF LADING:           SEAL: ML-GB3774308     GROSS: 37279 lb

                          IS HAZ: N              IS OOG: N

GENSET:                   TEMP:

Pickup Container from: R379316
*** ***
Driver responsible for chassis twistlocks    Do not park on Crane Runways

EIR: 6457111

PHA: Bayport
SCAC Code: GLFI
steamship Line: CMA

Date: 2019-05-23
Time: 11:52 2019-05-23 13:14

MOVE TYPE: DELIVER IMPORT

CONTAINER: TGHU0595945
CHASSIS: TNPZ207355

ISO CODE: 22G1
CHASSIS OWNER ID: TLI

LIC: 1L34878
IS OWN: Y

GROSS: 35919 lb

BILL OF LADING:

SEAL: H0107172

IS HAZ: N
TEMP:

IS OOG: N

GENSET:



Pickup Container from: 1L34878
*** ***

Do not park on Crane Runways

Driver responsible for chassis twistlocks

# Gulf Line Transport, LLC

**CORPORATE OFFICE**
P.O. Box 1510 • Mt. Pleasant, SC 29464
(843) 849-0451

## DELIVERY RECEIPT

Terminal __Houston__

| | |
|---|---|
| CONTAINER NO. | TG HU 0525-94S |
| CHASSIS NO. | TNP2 2023S55 |
| FINAL DESTINATION | Dallas, TX |

| TRIP NO. | 8723072 |
|---|---|
| B/L SHIPPERS NO. | 2042 346 |
| DELIVERY/PICK-UP DATE | 5-25-19 |

**FROM**
Magna Transport Terminal
2002 S Lake Houston Pkwy
Houston, TX 77049
(Where You Picked Up)

**TO**
Forbo Linoleum
11240 Gracier St.
Dallas, TX 75238
(Where You Delivered)

SEAL #

| CONTROL | PCS | DESCRIPTION | SEAL # | WEIGHT |
|---|---|---|---|---|
| 1 | 1 | CONTAINER / TRL. LOAD | #10107122 | |
| | | SEAL INTACT | | |
| | 1 | EMPTY CONTAINER / TRL. | | |
| | | SKIDS | | |
| | | PALLETS | | |
| | | SLIPSHEETS | | |

| APPOINTMENT TIME: 9:00 | ACCESSORIAL AUTHORIZATION |
|---|---|
| ARRIVAL TIME: 8:15 | |
| TIME STARTED LOADING/UNLOADING: 8:30 | NAME |
| TIME COMPLETED: 8:40 – 9:55 | |
| RECEIVED IN GOOD CONDITION & VERIFYING TIME: 8:40 – 9:55 | NUMBER |

| DRIVERS NAME: Kendrick Lewis | UNIT NO.: 970005 | DATE DELIVERED: 5-25-19 | DRIVER LOADED — | DRIVER UNLOADED — | SIGNATURE OF SHIPPER/RECEIVER |

**NOTICE:** CUSTOMER IS RESPONSIBLE FOR ALL DETENTION CHARGES AFTER 48 HOURS. CAROLINA NATIONAL TRANSPORTATION MUST BE NOTIFIED WHEN TRAILER IS EMPTY.



PHA: Bayport
SCAC Code: GLFI
Steamship Line: CMA

EIR: 6480805
Date: 2019-05-29
Time: 15:52 2019-05-29 16:26

MOVE TYPE: RECEIVE EMPTY

CONTAINER: TGHU0595945          ISO CODE: 22G1          LIC: 2414504
CHASSIS: TNPZ207355             CHASSIS OWNER ID: TLI   IS OWN: N

EDO/BOOKING:                    SEAL:                   GROSS: 4900 lb

                                IS HAZ: N               IS OOG: N
GENSET:                         TEMP:

*** *** ***
Deliver Container to: 7R73N.1

Driver responsible for chassis twistlocks          Do not park on crane runways



EIR: 2560190

PHA: BCT
SCAC Code: GLFI
Steamship Line: HLC

Date: 2019-05-24
Time: 10:16 2019-05-24 10:48

LIC: 2610941
IS OWN: Y

GROSS: 47531 lb

IS OOG: N

MOVE TYPE: DELIVER IMPORT
CONTAINER: HLXU3201818
CHASSIS: TLXZ295159

ISO CODE: 22G1
CHASSIS OWNER ID:

SEAL: K121089

BILL OF LADING:

IS HAZ: N

TEMP:

GENSET:

Pickup Container from: 2610941

Do not park on crane Runways

*** ***

Driver responsible for chassis twistlocks



# Outbound Gate Receipt

**1802 Highway 146 N La Porte, TX 77571**
**Phone:** 2814700304    **Fax:** xxxxxxxxxx

EIR No: **2873854**
Customer: **TRACT**
Name: **Trac Intermodal - TRAC SEI**
Date / **05/24/19 / 09:38**
Depot : **RTX06**

DRIVER

TZ X2 2614 158

| Unit Number - | Type / Size CHZ / 20 Z | Condition |
|---|---|---|

| VIN | License Number | State | Exp Date | FHWA | CA BIT Date |
|---|---|---|---|---|---|

| Out To | Empty / Loaded Empty | Trucker / SCAC GULF LINE TRANSPORT LLC / GLFI | Tractor No | Release No RGLFI1233 | On Hire Survey no |
|---|---|---|---|---|---|

Comments : any prefix

| TIRE CONDITON | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS | POSITION | BRAND | DEPTH | CAP(Y/N) | AIR | REMARKS |
| LOF | | /32 | Y / N | | | ROF | | /32 | Y / N | | |
| LIF | | /32 | Y / N | | | RIF | | /32 | Y / N | | |
| LOC | | /32 | Y / N | | | ROC | | /32 | Y / N | | |
| LIC | | /32 | Y / N | | | RIC | | /32 | Y / N | | |
| LOR | | /32 | Y / N | | | ROR | | /32 | Y / N | | |
| LIR | | /32 | Y / N | | | RIR | | /32 | Y / N | | |

DATE OF INTERCHANGE IS NOT NECESSARILY DATE OF OFF HIRE, REFER TO LEASE AGREEMENT

| ConGlobal Industires | FOR RECEIVING CARRIER: THIS EQUIPMENT WAS DELIVERED IN GOOD CONDITION, EXCEPT AS NOTED ABOVE. |
|---|---|
| NAME (PRINT) _____ | NAME (PRINT) _____ |
| SIGNATURE _____ DATE_____ | SIGNATURE _____ DATE_____ |

## Carrier Confirmation

Agent#:

Shipper/PO#: 2042298

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

| | |
|---|---|
| Carrier #: | |
| Stops: | |

**Mail Delivery Documents To:**

Gulfline Transport, LLC.
950 Houston Northcutt Blvd.
Suite 100
Mount Pleasant, SC 29464

Date: 05/29/2019

Load#: 8728474

| | | | |
|---|---|---|---|
| Bl/Bk #: HLCULIV190255518 | Work Order#: | Driver Ref #: | Container #: HLXU3201818 |
| Commodity: FLOTEX CARPET | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: 2019-05-28 09:38:00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |

| Origin 1: | Destination 1: |
|---|---|
| MAGANA TRANSPORT TERMINAL<br>7002 SOUTH LAKE HOUSTON PKWY<br>HOUSTON, TX 77049<br>Phone: 713-554-0563<br><br>Pick Up Appt: 05/24/2019 9:38 AM | FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238<br>Phone: 214-221-0788 SAL |

| Origin 2: | Destination 2: |
|---|---|
| FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238<br>Phone: 214-221-0788 SAL | HAPAG BARBOURS CUT<br>1700 E. BARBOURS CUT BLVD<br>LA PORTE, TX 77571<br>Phone: 713-670-1100<br><br>Special Instructions:<br>Hours 07:00-18:00<br><br>Del Appt Date: 05/30/2019 10:00 AM    *8:45*<br>*DePart - 9:00 Am* |

| Truck Information: | Settlement Information: |
|---|---|
| Truck#: 970001<br>Driver: VICTOR CAMACHO SIERRA | Truck#: 970001<br>Driver: VICTOR CAMACHO SIERRA |

Notes

**Cooper/Ports America (C/PA)**
**By: mmillikin - 05/30/2019 14:39**
**Equipment Interchange Receipt**
**Gate In**
**Customer: HAPAG- LLOYD (AMERICA) I**
**EIR NO:4235960**
**EIR DATE: 05/30/19 14:37**
**Acceptance:HPL- APR19**
**Equipment:HLXU 320181- 8**
**Equipment Tp:U2DV**
**Status:AV**
**Comments:tlxz296158**
**Trucker:GULF LINE TRANSPORT LLC**

**Driver ID:97001**
**Truck Lic #:2610941**
**Related:**

## Carrier Confirmation

Agent#:

Shipper/PO#: 2042434

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

Mail Delivery Documents To:

Gulfline Transport, LLC.
950 Houston Northcutt Blvd.
Suite 100
Mount Pleasant, SC 29464

Date: 05/30/2019

Load#: 8737429

| Carrier #: | | | |
|---|---|---|---|
| Stops: | | | |

| Bl/Bk #: HLCULIV190357014 | Work Order#: | Driver Ref #: | Container #: TTNU1083190 |
|---|---|---|---|
| Commodity: | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |

| Pick-up #: | cod: | Prebill: | Prepay: | tgt col: | Pallets: | Pallet Qty: |
|---|---|---|---|---|---|---|

Origin 1:

MAGANA TRANSPORT TERMINAL
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

Destination 1:

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

Origin 2:

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

Destination 2:

CALL DISPATCH FOR EMPTY RETURN OR PICK UP
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

Del Appt Date: 05/31/2019 8:00 AM

Truck Information:

Truck#: 970002
Driver: ALFONSO GARCIA

Settlement Information:

Truck#: 970002
Driver: ALFONSO GARCIA

## Notes

CMA LINES

*JONATHAN 5-31-17    8:00 - 8:30*

## Carrier Confirmation

Agent#:

Shipper/PO#: 2042434

Dispatcher: amagana1

Phone: 843-849-0451

Fax: 843-881-5702

Carrier #:

Stops:

Mail Delivery Documents To:

Gulfline Transport, LLC.
950 Houston Northcutt Blvd.
Suite 100
Mount Pleasant, SC 29464

Date: 05/30/2019

Load#: 8737429

| Bl/Bk #: HLCULIV190357014 | Work Order#: | Driver Ref #: | Container #: TTNU1083190 |
| Commodity: | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |
| Pick-up #: | cod: | Prebill: | Prepay: | tgt col: | Pallets: | Pallet Qty: |

Origin 1:

MAGANA TRANSPORT TERMINAL
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

Destination 1:

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

Origin 2:

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

Destination 2:

CALL DISPATCH FOR EMPTY RETURN OR PICK UP
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

Del Appt Date: 05/31/2019 8:00 AM

Truck Information:

Truck#: 970002
Driver: ALFONSO GARCIA

Settlement Information:

Truck#: 970002
Driver: ALFONSO GARCIA

### Notes

CMA LINES

*Jonathan 5-71-17   8:00 - 8:30*

PHA: **Bayport**        EIR: **6491398**

SCAC Code: **GLFI**      Date: **2019-05-31**

Steamship Line: CMA     Time: **13:09 2019-05-31 13:24**

MOVE TYPE: **RECEIVE EMPTY**

CONTAINER: TTNU1063190        ISO CODE: 22G1        LIC: 2610942
CHASSIS: MAGZ340503           CHASSIS OWNER ID:     IS OWN: Y

EDO/BOOKING:                  SEAL:                 GROSS: 5029 lb

                             IS HAZ: N              IS OOG: N

                             TEMP:

GENSET:



970002

## Carrier Confirmation

| Agent#: | Mail Delivery Documents To: | Date: 05/30/2019 |
|---|---|---|
| Shipper/PO#: 2042434 | Gulfline Transport, LLC. | Load#: 8737429 |
| Dispatcher: amagana1 | 950 Houston Northcutt Blvd. | |
| Phone: 843-849-0451 | Suite 100 | |
| Fax: 843-881-5702 | Mount Pleasant, SC 29464 | |

| Carrier #: | |
|---|---|
| Stops: | |

| Bl/Bk #: HLCULIV190357014 | Work Order#: | Driver Ref #: | Container #: TTNU1083190 |
|---|---|---|---|
| Commodity: | Seal#: | Weight: 0 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: |

| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |
|---|---|---|---|---|---|---|

| Origin 1: | Destination 1: |
|---|---|
| MAGANA TRANSPORT TERMINAL<br>7002 SOUTH LAKE HOUSTON PKWY<br>HOUSTON, TX 77049<br>Phone: 713-554-0563 | FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238<br>Phone: 214-221-0788 SAL |

| Origin 2: | Destination 2: |
|---|---|
| FORBO LINOLEUM INC<br>11240 GRADER ST<br>DALLAS, TX 75238<br>Phone: 214-221-0788 SAL | CALL DISPATCH FOR EMPTY RETURN OR PICK UP<br>7002 SOUTH LAKE HOUSTON PKWY<br>HOUSTON, TX 77049<br>Phone: 713-554-0563<br><br>Del Appt Date: 05/31/2019 8:00 AM |

| Truck Information: | Settlement Information: |
|---|---|
| Truck#: 970002<br>Driver: ALFONSO GARCIA | Truck#: 970002<br>Driver: ALFONSO GARCIA |

### Notes

CMA LINES

*JONATAARI 5-71-17 8:00 - 8:30*

PHA: **Bayport**                           EIR: **6491398**

SCAC Code: **GLFI**                         Date: 2019-05-31

Steamship Line: CMA                        **Time:** 13:09 2019-05-31 13:24

MOVE TYPE:  RECEIVE EMPTY

CONTAINER:  TTNU1083190      ISO CODE: 22G1        LIC: 2610942
CHASSIS:    MAGZ340503       CHASSIS OWNER ID:     IS OWN: Y

DO/BOOKING:                  SEAL:                 GROSS: 5029 lb

                             IS HAZ: N             IS OOG: N

GENSET:                      TEMP:

970002

PHA: Bayport                          EIR: 6491398
SCAC Code: GLFI                       Date: 2019-05-31
Steamship Line: CMA                  Time: 13:09 2019-05-31 13:24

MOVE TYPE: RECEIVE EMPTY

CONTAINER: TTNU1083190      ISO CODE: 22G1           LIC: 2610942
CHASSIS:   MAGZ340503      CHASSIS OWNER ID:         IS OWN: Y

EDO/BOOKING:               SEAL:                     GROSS: 5029 lb

                           IS HAZ: N                 IS OOG: N

GENSET:                    TEMP:

970002

~~merica (C/PA)
05/29/2019 13:40
~~nterchange Receipt
Gate In

Customer: HAPAG- LLOYD (AMERICA) INC.
EIR NO:4234615
EIR DATE: 05/29/19 13:39
Acceptance:HPL- APR19
Equipment:TGHU 102851- 9
Equipment Tp:U2DV
Status:AV
Comments:
Trucker:GULF LINE TRANSPORT LLC

Driver ID:970007
Truck Lic #:2422323
Related:

# Pass Out (NAPZ 152094-)

## Not Inspected.

A. R.
970007

## Carrier Confirmation

| | | |
|---|---|---|
| Agent#: | **Mail Delivery Documents To:** | Date: 05/28/2019 |
| Shipper/PO#: 2042232 | | Load#: 8661871 |
| Dispatcher: amagana1 | Gulfline Transport, LLC. | |
| Phone: 843-849-0451 | 950 Houston Northcutt Blvd. | |
| Fax: 843-881-5702 | Suite 100 | |
| | Mount Pleasant, SC 29464 | |

Carrier #:

Stops:

| | | | |
|---|---|---|---|
| Bl/Bk #: HLCUBSL190312417 | Work Order#: | Driver Ref #: | Container #: TGHU1028519 |
| Commodity: PVC TILES | Seal#: | Weight: 17174 | Chassis#: |
| Vessel: | Equipment: 20 | Pieces: 0 | LDFT: 2019-05-21 13:27:00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pick-up #: | cod: | Prebill: | Prepay: | fgt col: | Pallets: | Pallet Qty: |

**Origin 1:**

Barbours Cut Terminal
1700 E BARBOURS CUT BLVD
LA PORTE, TX 77571-3025
Phone: (713) 670-1100

Special Instructions:
Hours 07:00-18:00
Mon - Fri

Pick Up Appt: 05/17/2019 1:27 PM

**Destination 1:**

MAGANA TRANSPORT TERMINAL
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

**Origin 2:**

MAGANA TRANSPORT TERMINAL
7002 SOUTH LAKE HOUSTON PKWY
HOUSTON, TX 77049
Phone: 713-554-0563

**Destination 2:**

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

**Origin 3:**

FORBO LINOLEUM INC
11240 GRADER ST
DALLAS, TX 75238
Phone: 214-221-0788 SAL

**Destination 3:**

COOPERS PORT OF AMERICA
500 E BARBOURS CUT BLVD
LA PORTE, TX 77571-3003
Phone: 888-888-8888

Del Appt Date: 05/16/2019 9:00 AM

**Truck Information:**

Truck#: 970007
Driver: ARMANDO RAMOS

**Settlement Information:** *Depart 8:35*

Truck#: 970007
Driver: ARMANDO RAMOS

## Notes

HAPAG LLOYD 20 FT

PHA: BCT

EIR: 2545398

SCAC Code: GLFI

Date: 2019-05-17

Steamship Line: HLC

Time: 12:36 2019-05-17 13:27

MOVE TYPE: DELIVER IMPORT

CONTAINER: TGHU1028519
CHASSIS: NAPZ152094

ISO CODE: 22G1
CHASSIS OWNER ID: GCCP

LIC: 2422323
IS OWN: Y

BILL OF LADING:

SEAL: 153289

GROSS: 22023 lb

IS HAZ: N

IS OOG: N

TEMP:

GENSET:



Pickup Container from: 2422323

*** ***

Driver responsible for chassis twistlocks        Do not park on Crane Runways

PHA: Bayport
EIR: 6437348
SCAC Code: GLFI
Date: 2019-05-20
Steamship Line: CMA
Time: 16:36 2019-05-20 17:01

MOVE TYPE: RECEIVE EMPTY

CONTAINER: CAXU3339985
ISO CODE: 22G1
LIC: 2414504
CHASSIS: TNP2207260
CHASSIS OWNER ID: TLI
IS OWN: Y

EDO/BOOKING:
SEAL:
GROSS: 4900 lb

IS HAZ: N
IS OOG: N

Cooper/Ports America (C/PA)
By: asaenz2 - 05/20/2019 17:17
Equipment Interchange Receipt
Gate In
Depot: IMS2
Customer: TRAC Intermodal
EIR NO:4230152
EIR DATE: 05/20/19 17:16
Acceptance:TRAC- APR19
Trucker:GULF LINE TRANSPORT LLC
Carrier Lic:970005   2414520
Equipment:TNPZ 207260-
Equipment Tp:Z2SL
Status:AV
Comments:
DMG/Comments:
Load Flag:Empty
Gross Wt: 0
CH Lic:3915071
CH Lic ST:ME
CH Lic EXP:
FHWA:


Signature

# Gulf Line Transport, LLC

**DELIVERY RECEIPT**

GULF LINE TRANSPORT

**CORPORATE OFFICE**
P.O. Box 1510 - Mt. Pleasant, SC 29464
(843) 849-0451

CONTAINER NO.
CAIU1339985

CHASSIS NO.
# TRMZ202260

FINAL DESTINATION
Dallas

TRIP NO.
8661868

B/L SHIPPERS NO.

DELIVERY/PICK-UP DATE

Terminal Houston

FROM
Magna Transport + Terminal
7062 S. Lake Houston Hwy
Houston, TX 77049
(Where You Picked Up)

TO
Forbo Linoleum INC
11240 Greader St.
Dallas, TX 75238
(Where You Delivered)

SEAL #

APPOINTMENT TIME: 9:00

ARRIVAL TIME: 8:50

TIME STARTED
LOADING/UNLOADING:

TIME COMPLETED: 10:45

RECEIVED IN GOOD CONDITION & VERIFYING TIME:

SIGNATURE OF SHIPPER/RECEIVER

CONTROL

| PCS | DESCRIPTION | WEIGHT |
|---|---|---|
| 1 | CONTAINER / TRL. LOAD    SEAL # H0107148 | |
| | SEAL INTACT | |
| 1 | EMPTY CONTAINER / TRL. | |
| | SKIDS | |
| | PALLETS | |
| | SLIPSHEETS | |

| | DRIVER LOADED | DRIVER UNLOADED |
|---|---|---|
| ACCESSORIAL AUTHORIZATION | | |
| NAME | | |
| NUMBER | | |

DRIVERS NAME: Kendrick Leaks    UNIT NO.: 71005    DATE DELIVERED: 5-20-19

**NOTICE: CUSTOMER IS RESPONSIBLE FOR ALL DETENTION CHARGES AFTER 48 HOURS. CAROLINA NATIONAL TRANSPORTATION MUST BE NOTIFIED WHEN TRAILER IS EMPTY.**

PHA: Bayport
SCAC Code: GLFI
Steamship Line: CMA

EIR: 6437348
Date: 2019-05-20
Time: 16:36 2019-05-20 17:01

MOVE TYPE: RECEIVE EMPTY

CONTAINER: CAXU3339085
CHASSIS: TNPZ207260
EDO/BOOKING:

ISO CODE: 22G1
CHASSIS OWNER ID: TLI

SEAL:

IS HAZ: N

LIC: 2414504
IS OWN: Y
GROSS: 4900 lb

IS OOG: N

PHA: Bayport    EIR: 6426952

SCAC Code: GLFI    Date: 2019-05-17

Steamship Line: CMA    Time: 09:55 2019-05-17 10:29

MOVE TYPE: DELIVER IMPORT

CONTAINER: CAXU3339985    ISO CODE: 22G1    LIC: R309851

CHASSIS: TNPZ207260    CHASSIS OWNER ID: TLI    IS OWN: N

BILL OF LADING:    SEAL: H0107148    GROSS: 40476 lb

   IS HAZ: N    IS OOG: N

   TEMP:

GENSET: 

Pickup Container from: R309851

\*\*\* \*\*\*

Driver responsible for chassis twistlocks    Do not park on Crane Runways

# Gulf Line Transport, LLC

## DELIVERY RECEIPT

**CORPORATE OFFICE**
P.O. Box 1510 • Mt. Pleasant, SC 29464
(843) 849-0451

TRIP NO. _8661868_

Terminal _Houston_

CONTAINER NO. _CAXU3339995_

CHASSIS NO.

B/L SHIPPERS NO.

FINAL DESTINATION _# TXMZ207240_
_Dallas_

DELIVERY/PICK-UP DATE

**FROM** _Magna Transport Terminal_
_7003 S. Lake Houston Pkwy_
_Houston, TX 77049_
*(Where You Picked Up)*

**TO** _Forbo Linoleum INC_
_11240 Grader St._
_Dallas, TX 75238_
*(Where You Delivered)*

SEAL #

| CONTROL PCS | DESCRIPTION | WEIGHT |
|---|---|---|
| 1 | CONTAINER / TRL. LOAD   SEAL # H0107148 | |
| | SEAL INTACT | |
| 1 | EMPTY CONTAINER / TRL. | |
| | SKIDS | |
| | PALLETS | |
| | SLIPSHEETS | |

APPOINTMENT TIME: _9:00_

ARRIVAL TIME: _8:50_

TIME STARTED LOADING/UNLOADING:

TIME COMPLETED: _10:45_

**ACCESSORIAL AUTHORIZATION**

NAME

NUMBER

RECEIVED IN GOOD CONDITION & VERIFYING TIME:

DRIVERS NAME: _Kendrick Leal_

UNIT NO.: _97005_

DATE DELIVERED: _5-20-19_

DRIVER LOADED

DRIVER UNLOADED

SIGNATURE OF SHIPPER/RECEIVER

**NOTICE:** CUSTOMER IS RESPONSIBLE FOR ALL DETENTION CHARGES AFTER 48 HOURS. CAROLINA NATIONAL TRANSPORTATION MUST BE NOTIFIED WHEN TRAILER IS EMPTY.

**creating better environments**

**forbo**

FLOORING SYSTEMS

## MEMO

| From | To |
|---|---|
| On-behalf of Mr. Jean-Michel Wins<br>Mr. Bastiaan Janse<br>Forbo Flooring | Mr. John Falcone<br>Falcone Global Solutions LLC |

28 April 2018
Page 1/1

### Forbo Held Containers – Agreed steps to reach settlement with Maurice Ward

Dear John,

Falcone and Maurice Ward are in dispute about outstanding payments. The fact that these payments are not settled affects to bond out 87 containers to Forbo. With the aim to release all containers withhold by Maurice Ward latest on April 30th 2018, Falcone Global Solutions and Forbo Flooring agreed the following:

- Payment to Maurice Ward of $243.000, split $121.500 cash by Falcone and $121.500 cash as cash advance for Falcone by Forbo. Falcone will re-pay this to Forbo through issuing credit notes amounting to $121.500.
- Forbo posts surety of the amount of $422.000 in Dutch Courts for the disputed invoices and legal provision cost to bond out the remaining containers. Forbo Flooring US will hold $250.000 payables due to Falcone until this bond is cleared and the cash advance of $121.500 is paid back.
- Once all the containers are released, Falcone will do it's outmost best to reach promptly an amicable solution on the disputed invoices. If a court decision is needed to resolve the disputed invoices, Forbo will provide all necessary documentation to get Forbo surety of $422.000 released.
- In the event that Falcone loses or partly loses the legal dispute, which triggers a payment obligation under the surety provided by Forbo, Falcone will indemnify Forbo and reimburses eventual cash advance and any payments from the security by July 31, 2018 at latest. If the legal dispute is still ongoing on 31 July 2018, Falcone indemnifies Forbo from the surety as of Aug 01st 2018 and provide counter-surety to the wishes of Forbo.
- In case above conditions are met (i.e. release of the 87 containers as per April 30th 2018, repayment of cash advance and any surety payments to Forbo by July 31 2018 and indemnification from surety and counter-surety by Aug 01st 2018) Forbo will refrain from any claim to Falcone on cost occurred for this issue of 87 containers held by Maurice Ward.

Forbo strongly believes it is in the interest of all parties involved to reach settlement today and puts full faith in Falcone to reach this settlement with Maurice Ward with above steps.

Signatures

| John Falcone | Jean-Michel Wins | Bastiaan Janse |
|---|---|---|
| Managing Partner, Owner | Executive Vice President | Director Global Procurement |
| Falcone Global Solutions | Forbo Flooring | Forbo Flooring |

FF000001

Exhibit D

| 3rd Amended Complaint Gulf Line Transport, LLC v. Falcone Global Solutions, et al. | | | | | Forbo AP Data | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Invoice No. | Reference No. | Invoice Date | Days Past | Total Due: | Forbo Shipment No. | Freight | Unpaid | **Paid** | Date Paid |
| GLT-8680370-GHO | 2042080 | 5/15/2019 | 443 | **1,149.00** | 673956 | 19480 | | **3,785.00** | 5/30/2019 |
| GLT-8697089-GHO | 2042205 | 5/15/2019 | 443 | **1,464.00** | 674054 | 19486 | | **4,885.00** | 5/30/2019 |
| GLT-8661870-GHO | 2042230 | 5/22/2019 | 436 | **1,224.00** | 674707 | 19488 | | **3,785.00** | 5/30/2019 |
| GLT-8697199-GHO | 2042180 | 5/22/2019 | 436 | **1,464.00** | 672506 | 19485 | | **4,885.00** | 5/30/2019 |
| GLT-8697134-GHO | 2042206 | 5/22/2019 | 436 | **1,464.00** | 674052 | 19483 | | **4,885.00** | 5/30/2019 |
| GLT-8661868-GHO | 2042236 | 5/29/2019 | 429 | **1,209.00** | 675167 | 19670 | x | | |
| GLT-8697283-GHO | 2042207 | 5/29/2019 | 429 | **1,614.00** | 673296 | 19482 | | **4,885.00** | 5/30/2019 |
| GLT-8697175-GHO | 2042208 | 5/29/2019 | 429 | **1,514.00** | 673301 | 19481 | | **4,885.00** | 5/30/2019 |
| GLT-8697163-GHO | 2042209 | 5/29/2019 | 429 | **1,514.00** | 672507 | 19484 | | **4,885.00** | 5/30/2019 |
| GLT-8732928-GHO | 2042291 | 6/5/2019 | 422 | **2,194.00** | 677288 | 19550 | x | | |
| GLT-8723048-GHO | 2042353 | 6/5/2019 | 422 | **2,164.00** | 675622 | 19489 | | **4,885.00** | 5/30/2019 |
| GLT-8737416-GHO | 2042390 | 6/5/2019 | 422 | **1,514.00** | 677804 | 19654 | x | | |
| GLT-8738188-GHO | 2042393 | 6/5/2019 | 422 | **1,354.00** | 677825 | 19872 | x | | |
| GLT-8736052-GHO | 2042351 | 6/5/2019 | 422 | **1,179.00** | 677289 | 19549 | x | | |
| GLT-8723072-GHO | 2042346 | 6/5/2019 | 422 | **1,574.00** | 676432 | 19552 | x | | |
| GLT-8728474-GHO | 2042298 | 6/5/2019 | 422 | **2,164.00** | 677287 | 19548 | x | | |
| GLT-8737429-GHO | 2042434 | 6/12/2019 | 415 | **1,149.00** | 676934 | 19576 | x | | |
| GLT-8661871-GHO | 2042232 | 6/12/2019 | 415 | **1,879.00** | 675333 | 19543 | x | | |
| GLT-8737424-GHO NO COPY | 2042391 | 6/13/2019 | 414 | **1,239.00** | No Information in complaint | | | | |
| GLT-8752984-GHO NO COPY | 2042429 | 6/13/2019 | 414 | **1,209.00** | No Information in complaint | | | | |
| | | | | 30,235.00 | | | | | |

EXHIBIT

tabbies

14

State Court of Fulton County
**E-FILED**
20EV004741
1/11/2022 1:28 PM
Christopher G. Scott, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

GULF LINE TRANSPORT, LLC )
                                    )                                  Exhibit F

       Plaintiff, )     CASE NO.: 20EV004741

v. )

FALCONE GLOBAL SOLUTIONS, LLC )
and FORBO FLOORING, INC. )
                                    )

       Defendants. )

## <u>VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

COMES NOW, Plaintiff Gulf Line Transport, LLC by and through its undersigned counsel, and pursuant to O.C.G.A. § 9-11-41(a)(1)(A) hereby files this its Voluntary Dismissal Without Prejudice and dismisses its claims against Defendants in this action WITHOUT PREJUDICE.

Respectfully submitted this 11th day of January, 2022.

                                   **ROGERS LAW OFFICES**

                                   */s/ James F. F. Carroll*
                                   Beth E. Rogers
                                   Georgia Bar No. 612902
                                   James F. F. Carroll
                                   Georgia Bar No. 940350
                                   100 Peachtree Street, Ste. 1950
                                   Atlanta, Georgia 30303
                                   770-685-6320 phone
                                   678-990-9959 fax
                                   brogers@berlawoffice.com
                                   jcarroll@berlawoffice.com
                                   *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and correct copy of the within and foregoing **Plaintiff's Voluntary Dismissal Without Prejudice** upon the following by having a copy of same placed in the United States Mail with sufficient postage affixed thereto and properly addressed as follows:

Rob Kaufman
191 Peachtree St., NE
Suite 2900
Atlanta, Georgia 30303

Patrick Reagin
1180 West Peachtree Street, Suite 1800
Atlanta, Georgia 30309

Dated: January 10, 2022.

/s/James F. F. Carroll
James F. F. Carroll
Georgia Bar No. 940350
*Attorney for Plaintiff*